1  PAUL ALEXANDER (SBN 49997)
   HOWREY LLP
2  1950 University Ave., 4th Floor
   East Palo Alto, CA 94303
3  Telephone: (650) 798-3500
   Facsimile: (650) 798-3600
4  E-mail: alexanderp@howrey.com

5  Attorneys for Defendant
   MARCHON EYEWEAR, INC.

6  KATHLEEN E. FINNERTY - (SBN 157638) (Counsel for Service)
   NANCY J. DOIG - (SBN 226593)
7  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
8  Sacramento, CA 95814-3938
   Telephone: (916) 442-1111
9  Facsimile: (916) 448-1709
   finnertyk@gtlaw.com, doign@gtlaw.com
10

11 Attorneys for Plaintiff
   ASPEX EYEWEAR, INC.

12                    UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT OF CALIFORNIA

14                         SACRAMENTO DIVISION

15

16 | ASPEX EYEWEAR, INC.,                  ) Case No. **2:10−CV−00632−MCE−GGH**
                                           )
17 |         Plaintiff,                    ) **STIPULATION AND ORDER REGARDING**
                                           ) **RESPONSE DATE FOR DEFENDANT**
18 |    vs.                                ) **MARCHON EYEWEAR, INC.**
                                           )
19 | VISION SERVICE PLAN; MARCHON          )
     EYEWEAR, INC.; ALTAIR EYEWEAR, INC.,  )
20                                         )
             Defendants.                   )
21

22

23

24

25

26

27

28

WHEREAS Plaintiff Aspex Eyewear, Inc. and Defendant Marchon Eyewear, Inc., by and through their respective counsel, hereby stipulate that the response of Defendant Marchon Eyewear, Inc. to Plaintiff's Complaint for Injunctive Relief and Damages shall be filed and served on or before April 23, 2010.

Dated: March 29, 2010

/s/ Paul Alexander
Paul Alexander
Attorneys for Defendant
MARCHON EYEWEAR, INC.

Dated:  March 29, 2010

/s/Kathleen E. Finnerty
Kathleen E. Finnerty
Attorneys for Plaintiff
ASPEX EYEWEAR, INC.

**IT IS SO ORDERED.**

Dated: March 30, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Filer's Attestation**

I, Paul Alexexander, am the ECF User whose identification and password are being used to file this Stipulation. I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Kathleen E. Finnerty.

Dated: March 29, 2010

By: /s/ Paul Alexander