KATHLEEN E. FINNERTY - (SBN 157638) (Counsel for Service)
NANCY J. DOIG - (SBN 226593)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
finnertyk@gtlaw.com, doign@gtlaw.com .

Attorneys for Plaintiff,
ASPEX EYEWEAR, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC.<br><br>    Plaintiff,<br><br>v.<br><br>VISION SERVICE PLAN<br><br>    Defendant. | CASE NO. 2:10-CV-00632-MCE-GGH<br><br>**FRCP RULE 7.1(a) DISCLOSURE STATEMENT** |

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Aspex Eyewear, Inc. discloses the following:

    1).    Aspex Eyewear International, Inc. is the parent company of Aspex Eyewear, Inc.; and

    2).    No publicly held corporation owns 10% of more of Aspex Eyewear, Inc.'s stock.

DATED: April 8, 2010            GREENBERG TRAURIG, LLP

                                        By: /s/ Nancy J. Doig
                                             KATHLEEN E. FINNERTY
                                             NANCY J. DOIG
                                             Attorney for Plaintiff,
                                             ASPEX EYEWEAR, INC.