1 KATHLEEN E. FINNERTY - (SBN 157638) (Counsel for Service)
NANCY J. DOIG - (SBN 226593)
2 GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
3 Sacramento, CA 95814-3938
Telephone: (916) 442-1111
4 Facsimile: (916) 448-1709
finnertyk@gtlaw.com, doign@gtlaw.com
5
Attorneys for Plaintiff
6 ASPEX EYEWEAR, INC.

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  ASPEX EYEWEAR, INC. | ) CASE NO. 2:10-CV-00632-MCE-GGH |
| 12          Plaintiff, | ) **PLAINTIFF'S NOTICE OF MOTION** ) **AND MOTION FOR PRELIMINARY** |
| 13  v. | ) **INJUNCTION** ) |
| 14 | ) **DATE:** May 13, 2010 |
| 15  VISION SERVICE PLAN; MARCHON EYEWEAR, INC.; ALTAIR EYEWEAR, INC. | ) **TIME:** 2:00 P.M. ) **CTRM:** 7 |
| 16          Defendants. | ) **JUDGE:** Hon. Morrison C. England, Jr. ) |
| 17  _____ | ) |

18

19 TO DEFENDANTS VISION SERVICE PLAN; MARCHON EYEWEAR, INC. AND

20 ALTAIR EYEWEAR, INC. (collectively, "Defendants") AND THEIR ATTORNEYS OF

21 RECORD:

22        **PLEASE TAKE NOTICE THAT** on May 13, 2010 at 2:00 p.m., or as soon thereafter

23 as counsel may be heard, at the Sacramento Division of the United States District Court for the

24 Eastern District of California, 501 I Street, Courtroom 7, Sacramento, California 95814,

25 Plaintiff Aspex Eyewear, Inc. ("Aspex") will and hereby does move for an order for a

26 preliminary injunction pursuant to Fed. R. Civ. P. 65 that prohibits the Defendants during the

27 pendency of this action from:

28 ///

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

1    (a) taking any further actions or steps, directly or indirectly, to de-list Aspex from

2  VSP's list of approved frames;

3    (b) failing or refusing, directly or indirectly, to provide a full frames allowance for its

4  subscribers' purchases of Aspex frames; and,

5    (c) engaging, directly or indirectly, in any further communications, through any means

6  or media, with VSP's participating providers and subscribers concerning (i) the de-listing of

7  Aspex from VSP's approved list of frames or (ii) any refusal by VSP to provide a full frames

8  allowance for Aspex frames except as outlined below.

9    Furthermore, Aspex requests that the Court order Defendants to restore the status quo

10  ante by:

11    (a) sending a written communication to each of VSP's participating providers and

12  subscribers to whom VSP, Altair and/or Marchon have communicated concerning the potential

13  or actual de-listing of Aspex from VSP's approved list of frames, revoking such

14  communication; and,

15    (b) issuing a press release indicating VSP will not de-list Aspex from its approved list

16  of frames nor will it fail or refuse, directly or indirectly, to provide a full frames allowance for

17  its subscribers' purchases of Aspex frames.

18    This motion will be made on the grounds that Aspex is likely to prevail on the merits of

19  its claims; Aspex has suffered, and will continue to suffer, irreparable harm if the preliminary

20  injunction is not granted; and the balance of hardships tips sharply in favor of Aspex because if

21  it is not granted, Aspex will suffer loss of business and perhaps go out of business altogether;

22  and if it is issued, Defendants will not be harmed. Defendants have full knowledge of the facts

23  of this dispute. Aspex has attempted to resolve this dispute informally to seek a retraction of

24  the threat to de-list and to prevent the de-listing and advising of customers of the delisting by

25  defendant representatives independent of court action in the form of a motion. Aspex is

26  prepared to post an appropriate bond should the Court grant the preliminary injunction.

27  / / /

28  / / /

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

1        This motion is based on this Notice, the accompanying Memorandum of Points and

2   Authorities, and the supporting Declarations filed concurrently herewith.

3   DATED: April 9, 2010                GREENBERG TRAURIG, LLP

4

5                                     By: /s/ Kathleen E. Finnerty
                                      Kathleen E. Finnerty (SBN 157638)

6                                       Nancy J. Doig (SBN 226593)
                                    Attorneys for Plaintiff

7                                       ASPEX EYEWEAR, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION