1  KATHLEEN E. FINNERTY - (SBN 157638) (Counsel for Service)
   NANCY J. DOIG - (SBN 226593)
2  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
3  Sacramento, CA 95814-3938
   Telephone: (916) 442-1111
4  Facsimile: (916) 448-1709
   finnertyk@gtlaw.com, doign@gtlaw.com
5
   Attorneys for Plaintiff
6  ASPEX EYEWEAR, INC.

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 ASPEX EYEWEAR, INC.                 )  CASE NO. 2:10-CV-00632-MCE-GGH
                                       )
12      Plaintiff,                     )  **DECLARATION OF JOSÉ PEÑA, ESQ.**
                                       )
13 v.                                  )
                                       )
14 VISION SERVICE PLAN; MARCHON        )  **DATE:**  May 13, 2010
   EYEWEAR, INC.; ALTAIR EYEWEAR, INC. )  **TIME:**  2:00 P.M.
15                                     )  **CTRM:**  7
        Defendants.                    )  **JUDGE:** Hon. Morrison C. England, Jr.
16                                     )
                                       )
17 ————————————————————————

18              **DECLARATION OF JOSÉ PEÑA, ESQ.**

19 I, JOSÉ PEÑA, ESQ., declare as follows:

20      1.      I am General Counsel for plaintiff Aspex Eyewear, Inc. ("Aspex"). I make this

21 declaration in support of Aspex's application for a preliminary injunction.

22      2.      As General Counsel for Aspex, my responsibilities include overseeing any

23 litigation in which the company is a party. I am also responsible for managing and enforcing

24 the company's portfolio of intellectual property, including patents.

25 **Aspex's Proprietary Technology**

26      3.      Aspex is an innovator in the area of magnetic clip-on eyewear. Its products

27 incorporate technology protected by certain patents.

28

4.    In particular, Aspex owns an undivided ½ interest in United States Patent No. US RE37,545F1, entitled "Auxiliary Lenses for Eyeglasses" (the "'545 Patent"). The '545 Patent issued to the inventor Richard Chao on February 12, 2002, and is a reissue of United States Patent No. 5,568,207 (which issued to Richard Chao) on October 22, 1996). The '545 Patent is directed to a broad spectrum of novel configurations for magnetic clip-on eyewear, in which a clip on frame (typically holding sunglass lenses) is magnetically attached to a primary spectacle frame (typically holding prescription lenses); as well as novel configurations for the primary spectacle frame and auxiliary spectacle frame themselves. The '545 Patent is one of the seminal patents in the eyewear industry. A true and correct copy of the '545 Patent is attached as Exhibit A to my Declaration.

5.    Aspex is also the exclusive licensee of the United States Patent No. 5,737,054, entitled "Auxiliary Lenses for Eyeglasses" (the "'054 Patent"). The '054 Patent issued to the inventors Richard Chao and David Chao on April 7, 1998. The '054 Patent is directed to "bridge-mounted" magnetic clip-on eyewear, in which the auxiliary spectacle frame is connected to the primary spectacle frame through the use of cooperating magnetic members located at the nose bridge area of both frames. A true and correct copy of the '054 Patent is attached as Exhibit B to my Declaration.

6.    Aspex sells an array of commercially successful magnetic clip-on eyewear products that incorporate technology covered by the '545 and '054 Patents.

7.    Aspex sells the inventive eyewear covered by the '545 and '054 Patents to customers such as independent optometrists.

8.    The inventive technology covered by the '545 and '054 Patents has been very successful in the marketplace, and many competitors have copied the inventions in an attempt to take market share away from Aspex.

9.    Within the past few years, Aspex has learned that other companies, including competitor and Defendant Marchon Eyewear, Inc. ("Marchon"), were manufacturing and selling magnetic clip-on eyewear that infringe the '545 Patent.

DECLARATION OF JOSÉ PEÑA, ESQ.

10.    Several years ago, Aspex also learned that competitor and Defendant Altair Eyewear, Inc. ("Altair") was manufacturing and selling bridge-mounted magnetic clip-on eyewear that infringes the '054 Patent.

11.    As I am informed and believe, both Marchon and Altair are wholly-owned subsidiaries of Defendant Vision Service Plan ("VSP").

12.    In 2009 and 2002, respectively, Aspex filed lawsuits against: (i) Marchon, for infringing the '545 Patent, and (ii) Altair, for infringing the '054 Patent (the "Underlying Patent Cases"). Both of the Underlying Patent Cases are pending.

**VSP's Efforts To Harm Aspex, And Aspex's
Efforts To Preserve & Restore The *Status Quo Ante***

13.    Toward the end of December, 2009, certain of our customers advised Aspex that they had received telephone calls from Defendant VSP, during which they were told that VSP would soon (i) remove Aspex from VSP's list of approved frame manufacturers; and (ii) bar VSP subscribers from using their insurance benefits to purchase Aspex's products. As I understand it, VSP told these customers that Aspex was being de-listed because of "ongoing litigation." On December 30, 2009, I wrote a letter to VSP demanding an explanation. A true and correct copy of my December 30, 2009 letter to VSP is attached as Exhibit C to my Declaration.

14.    Soon thereafter, I had a telephone conversation with Thomas Fessler, Esq., VSP's General Counsel. During the telephone conversation, Mr. Fessler confirmed that VSP representatives had, in fact, been calling Aspex's customers and advising them that VSP would no longer reimburse providers or subscribers for purchases of Aspex's products. From my conversation, I understood that the reason VSP was de-listing Aspex from its approved list of frame providers was that Aspex was continuing to pursue the Underlying Patent Cases. I was told that he had drafted (but not sent) a letter to all the providers in VSP's network, advising them that VSP would no longer reimburse providers or subscribers for purchases of Aspex's products.

15.    Mr. Fessler made it clear during the conversation that VSP's actions were connected to the Underlying Patent Cases against Marchon and Altair. I understood from speaking to him that the de-listing of Aspex was intended to give VSP, Marchon and Altair ("Defendants") leverage to settle the Underlying Patent Cases. Mr. Fessler (speaking for all three Defendants) outlined the following demands: (i) that Aspex dismiss the Underlying Patent Cases in exchange for no money, and (ii) that Aspex promise not to sue any of the Defendants again, despite the continuing manufacture and sale by Marchon of the product at issue in the litigation.

16.    At no time did Mr. Fessler provide any other business justification for de-listing Aspex. In fact, Aspex has been a member of VSP's approved list of frame providers for many years, and has always satisfied the requirements, as stated in VSP's provider manual, to remain on VSP's approved list. *See* accompanying Declaration of Bernard Pedoussaut.

17.    In the hope of resolving the matter without further damage to Aspex, I asked Mr. Fessler to have VSP stop calling Aspex's customers. Mr. Fessler agreed. He also promised not to send the letter de-listing Aspex while the companies negotiated a potential settlement.

18.    During a subsequent telephone conference with Mr. Fessler in January, 2010, I advised him that contrary to what he had promised, VSP representatives were once again calling Aspex's customers, and advising them that Aspex would soon be de-listed. Mr. Fessler indicated that this was done in error and assured me that VSP would stop calling Aspex's customers.

19.    On February 10 and 11, 2010, I met with Mr. Fessler in Miami, FL, accompanied by Thierry Ifergan, an Aspex executive. The purposes of the meeting were to put a stop to VSP's interference with Aspex's business and discuss a potential settlement of the Underlying Patent Cases. Again, Mr. Fessler spoke for all three Defendants. No other representative was present for Marchon or Altair. The meeting concluded without a settlement of the Underlying Patent Cases.

DECLARATION OF JOSÉ PEÑA, ESQ.

20.    During the meeting, we informed Mr. Fessler that our customers were again receiving calls from VSP. Once again, he said this should not have happened and promised, again, that VSP would stop.

21.    Mr. Fessler indicated that this was a temporary cessation while the "settlement" negotiations continued. Mr. Fessler did not agree to retract VSP's threat to de-list Aspex.

22.    Aspex has learned that some of its customers received calls from VSP in early March, 2010, despite VSP's repeated promises to stop this activity. (*See also* B. Pedoussaut Decl., Exs. C and D).

23.    As the accompanying Declaration of Bernard Pedoussaut shows, being de-listed by VSP could potentially ruin Aspex's business. At a minimum, de-listing would cause grievous and irreparable harm to Aspex's customer relationships, sales network, reputation and future prospects. (*See id.*, ¶¶26-32.) By threatening to de-list Aspex, VSP is attempting to exploit Aspex's fear of economic ruin in order to induce Aspex to dismiss the Underlying Patent Cases, and thereby hand its valuable patent rights over to VSP, Altair and Marchon. These rights include, for example, Aspex's rights, guaranteed by the United States Patent Laws, to (i) exclude any and all competitors from infringing upon Aspex's patents; and (ii) demand payment of no less than a reasonable royalty for others to practice the inventions covered by Aspex's patents.

24.    Despite the enormous pressure to do so, Aspex has not yielded to VSP's threats and bullying tactics. Indeed, over the past several weeks Aspex has repeatedly demanded that VSP retract its threat of de-listing, in writing. No such retraction has been issued.

25.    In light of (i) VSP's failure to honor its promises to cease calling Aspex's customers, and (ii) VSP's refusal to retract its illegal and extortionate threat to de-list Aspex, Aspex filed its complaint in this matter and advised Defendants of its intention to seek, among other things, a temporary restraining order and a preliminary injunction.

26.    On March 22, 2010, VSP's outside counsel sent a letter to Aspex's counsel (Kathleen Finnerty, Esq.) in which VSP promised yet again (albeit, for the first time in writing)

1  to stop calling Aspex's customers.  A true and correct copy of this letter is attached as Exhibit

2  D to my Declaration.

3      27.    In the March 22, 2010 letter, counsel stated that VSP would "discontinue for 30

4  days the process of informing VSP eyecare professionals of its decision to alter its coverage of

5  Aspex frames effective June 1, 2010." (Exh. D).

6      28.    In the March 22, 2010 letter, VSP's counsel also admits that VSP was

7  systematically calling Aspex's customers and telling them of its plan to de-list Aspex.  (*See*

8  Exh. 4, stating that VSP would stop "informing VSP eyecare professionals" [i.e., Aspex's

9  customers] "of its decision to alter coverage of Aspex frames").

10      29.    In addition, by stating on March 22, 2010 that it will voluntarily "discontinue"

11  these phone calls, VSP concedes that such calls were continuing to occur despite its repeated

12  promises to stop.

13      30.    Finally, what is missing from this letter is any indication that VSP is retracting

14  its threat to de-list Aspex.

15      I declare under penalty of perjury that the foregoing is true and correct.

16  Executed this ___ day of April, 2010.

17

18                                          JOSÉ PEÑA, ESQ.

19

20

21

22

23

24

25

26

27

28

6
DECLARATION OF JOSÉ PEÑA, ESQ.

# EXHIBIT "A"

US00RE37545E

(19) **United States**

(12) **Reissued Patent**

Chao

(10) Patent Number: **US RE37,545 E**

(45) Date of Reissued Patent: **Feb. 12, 2002**

(54) **AUXILIARY LENSES FOR EYEGLASSES**

(75) Inventor: **Richard Chao**, Chia Yi Hsien (TW)

(73) Assignees: **Contour Optik, Inc.**, Chiayi (TW); **Asahi Optical Co., Ltd.**

(21) Appl. No.: **09/182,862**

(22) Filed: **Oct. 21, 1998**

**Related U.S. Patent Documents**

Reissue of:

(64) Patent No.: **5,568,207**
Issued: **Oct. 22, 1996**
Appl. No.: **08/554,854**
Filed: **Nov. 7, 1995**

(51) Int. Cl.$^7$ ............................. G02C 7/08; G02C 9/00
(52) U.S. Cl. ............................ 351/57; 351/47
(58) Field of Search ............................ 351/47, 57, 41, 351/44; 2/441, 443

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,679,233 A | 7/1928 | Strauss | | 351/47 |
| 2,737,847 A | 3/1956 | Tesauro | | 351/41 |
| 2,770,168 A | 11/1956 | Tesauro | | 351/41 |
| 3,498,701 A | 3/1970 | Miller | | 351/57 |
| 3,531,188 A | 9/1970 | LeBlanc et al. | | 351/48 |
| 3,531,190 A | 9/1970 | LeBlanc | | 351/113 |
| 3,536,385 A | 10/1970 | Johnston | | 351/47 |
| 3,565,517 A | 2/1971 | Gitlin et al. | | 351/106 |
| 3,582,192 A | 6/1971 | Gitlin et al. | | 351/52 |
| 3,838,914 A | 10/1974 | Fernandez | | 351/106 |
| 4,070,103 A | 1/1978 | Meeker | | 351/52 |
| 4,070,105 A | 1/1978 | Marzouk | | 351/159 |
| 4,196,981 A | 4/1980 | Waldrop | | 351/59 |
| 4,217,037 A | 8/1980 | Lemelson | | 351/47 |
| 4,547,909 A | 10/1985 | Bell | | 2/431 |
| 4,988,181 A | 1/1991 | Riach | | 351/52 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CH | 572222 | 1/1976 |
| CN | 76209045 | 9/1976 |
| CN | 107096 | 4/1985 |
| CN | 1117593 | 2/1996 |
| DE | 1797366 | 1/1971 |
| DE | G 85 07 761.5 | 6/1985 |
| DE | G 88 06 898.6 | 10/1988 |
| DE | 3905041 | 8/1990 |
| DE | 3919489 | 12/1990 |
| DE | 3920879 | 1/1991 |
| DE | 3921987 | 1/1991 |
| DE | 39333310 | 1/1991 |
| DE | 9216919 | 2/1993 |
| DE | 43 16 698 | 11/1994 |
| EP | 0469699 | 2/1992 |

(List continued on next page.)

OTHER PUBLICATIONS

English language abstract of Japanese Publication No. 55–50217.

English language abstract of Japanese Publication No. 54–111842.

English language abstract of Japanese Publication No. 54–111841.

English language abstract of Japanese Publication No. 1–136114.

(List continued on next page.)

*Primary Examiner*—Huy Mai
(74) *Attorney, Agent, or Firm*—Morgan & Finnegan, L.L.P.

(57) **ABSTRACT**

An eyeglass device includes a primary and an auxiliary spectacle frames for supporting lenses. The primary spectacle frame includes two legs pivotally coupled to two side extensions and includes two magnetic members secured in the rear and side portions. The auxiliary spectacle frame includes two legs engaged on the primary spectacle frame and each having a magnetic member for engaging with the magnetic members of the primary spectacle frame so as to secure the spectacle frames together and so as to prevent the auxiliary spectacle frame from moving downward relative to the primary spectacle frame.

**34 Claims, 2 Drawing Sheets**



## US RE37,545 E
### Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,181,051 A | 1/1993 | Townsend et al. | 351/52 |
| 5,243,366 A | 9/1993 | Blevins | 351/57 |
| 5,321,442 A | 6/1994 | Albanese | 351/44 |
| 5,389,981 A | 2/1995 | Riach | 351/158 |
| 5,410,763 A | 5/1995 | Bolle | 2/436 |
| 5,416,537 A * | 5/1995 | Sadler | 351/47 |
| 5,642,177 A | 6/1997 | Nishioka | 351/47 |
| 5,682,222 A | 10/1997 | Chao | 351/111 |
| 5,696,571 A | 12/1997 | Spencer et al. | 351/47 |
| 5,737,054 A | 4/1998 | Chao | 351/47 |
| 5,877,838 A | 3/1999 | Chao | 351/47 |
| 5,882,101 A | 3/1999 | Chao | 351/47 |
| 5,883,688 A | 3/1999 | Chao | 351/47 |
| 5,883,689 A | 3/1999 | Chao | 351/47 |
| 5,929,964 A | 7/1999 | Chao | 351/47 |
| 6,012,811 A | 6/2000 | Chao et al. | 351/47 |
| 6,092,895 A | 7/2000 | Chao et al. | 351/47 |
| 6,109,747 A | 8/2000 | Chao | 351/47 |
| 6,170,948 B1 | 1/2001 | Chao | 351/47 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0743545 | 11/1996 | |
| FR | 915421 | 11/1946 | |
| FR | 1037755 | 9/1953 | |
| FR | 1061253 | 4/1954 | |
| FR | 2483632 | 4/1981 | |
| FR | 1266652 | 12/1981 | |
| FR | 2657436 | 7/1991 | |
| GB | 846425 | 8/1960 | |
| GB | 855268 | 11/1960 | |
| JP | 44-15392 | 7/1969 | |
| JP | 54-111841 | 9/1979 | |
| JP | 54-111842 | 9/1979 | |
| JP | 55-50217 | 4/1980 | |
| JP | 56-29209 | 3/1981 | |
| JP | 57-184910 | 11/1982 | |
| JP | 612621 | 1/1986 | |
| JP | 1-136114 | 5/1989 | |
| JP | 2-109325 | 8/1990 | |
| JP | 5-157997 | 6/1993 | |
| JP | 5-40493 | 10/1993 | |
| JP | 3011174 * | 5/1995 | |
| JP | 7-128620 | 5/1995 | |
| RU | 220885 | 6/1968 | |
| TW | 274588 | 4/1996 | |
| WO | WO 90/09611 | 8/1990 | |
| WO | WO 96/23241 | 8/1996 | |

### OTHER PUBLICATIONS

English language abstract of Japanese Publication No. 56–29209.

English language abstract of Japanese Publication No. 44–15392.

English language abstract of Japanese Publication No. 5–157997.

English language abstract of Japanese Publication No. 612621.

English language abstract of Japanese Publication No. 5–40493.

English language abstract of German Publication No. 9216919.

English language abstract of German Publication No. 1797366.

English language abstract of German Publication No.43 16 698.

English language abstract of German Publication No.39333310.

English language abstract of German Publication No.3921987.

English language abstract of German Publication No.3920879.

English language abstract of German Publication No.3919489.

English language abstract of German Publication No.3905041.

English language abstract of French Publication No.1266652.

English language abstract of French Publication No.1037755.

English language abstract of French Publication No.2,657, 436.

English language abstract of French Publication No.2,483, 632.

English language abstract of French Publication No.915, 421.

English language abstract of Switzerland Publication No.572,222.

English language abstract of Russian Publication No.220885.

English language abstract of Taiwan Publication No.274588.

English language abstract of Chinese Publication No.1117593.

Documents describing Twincome in a Patent Opposition Proceeding in Germany initiated by Pentax, on or around Apr. 30, 1997.

* cited by examiner

**U.S. Patent**        Feb. 12, 2002        Sheet 1 of 2        **US RE37,545 E**



FIG.1

FIG.2

FIG.3

FIG.4



# FIG.5



# FIG.6



# FIG.7

US RE37,545 E

1

## AUXILIARY LENSES FOR EYEGLASSES

Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to auxiliary lenses, and more particularly to auxiliary lenses for eyeglasses.

2. Description of the Prior Art

A typical spectacle frame having an attachable one-piece slide-on rim is disclosed in U.S. Pat. No. 4,070,103 to Meeker. In Meeker, a spectacle frame includes a magnetic material secured to the peripheral portion thereof for facilitating attachment of the auxiliary lens rim cover to the spectacle frame. The lens rim cover also includes a magnetic strip for engaging with the magnetic material of the spectacle frame.

Another typical eyeglasses are disclosed in U.S. Pat. No. 5,416,537 to Sadler and comprise first magnetic members secured to the temporal portions of the frames and second magnetic members secured to the corresponding temporal portions of the auxiliary lenses.

In both of the eyeglasses, the auxiliary lenses are simply attached to the frames by magnetic materials and have no supporting members for preventing the auxiliary lenses from moving downward relative to the frames such that the auxiliary lenses may easily move downward relative to the frames and may be easily disengaged from the frames when the users conduct jogging or jumping exercises. In addition, the magnetic materials are embedded in the frames of the primary lenses and of the auxiliary lenses such that the frames should be excavated with four or more cavities for engaging with the magnetic members and such that the strength of the frames is greatly decreased.

The present invention has arisen to mitigate and/or obviate the afore-described disadvantages of the conventional spectacle frames.

## SUMMARY OF THE INVENTION

The primary objective of the present invention is to provide auxiliary lenses which may be stably secured and supported on the frames.

In accordance with one aspect of the invention, there is provided an eyeglass device comprising a primary spectacle frame for supporting primary lenses therein, the primary spectacle frame including two side portions each having an extension extended therefrom for pivotally coupling a leg means thereto, the primary spectacle frame including two rear and side portions each having a projection secured thereto, the primary spectacle frame including an upper portion, a pair of first magnetic members secured in the projections respectively, an auxiliary spectacle frame for supporting auxiliary lenses therein, the auxiliary spectacle frame including two side portions each having an arm extended therefrom for extending over and for engaging with the upper portion of the primary spectacle frame, and a pair of second magnetic members secured to the arms respectively for engaging with the first magnetic members of the primary spectacle frame so as to secure the auxiliary spectacle frame to the primary spectacle frame. The arms are engaged with and supported on the upper portion of the primary spectacle frame so as to allow the auxiliary spectacle frame to be stably supported on the primary spectacle frame and so as to prevent the auxiliary spectacle frame from moving downward relative to and so as to prevent the

2

auxiliary spectacle frame from being disengaged from the primary spectacle frame.

The projections and the first magnetic members are arranged lower than the upper portion of the primary spectacle frame, the second magnetic members are extended downward toward the projections for hooking on the primary spectacle frame so as to further secure the auxiliary spectacle frame to the primary spectacle frame. The auxiliary spectacle frame may be prevented from disengaging from the primary spectacle frame.

Further objectives and advantages of the present invention will become apparent from a careful reading of a detailed description provided hereinbelow, with appropriate reference to accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1 and 2 are front views of a spectacle frame and of auxiliary lenses in accordance with the present invention respectively;

FIGS. 3 and 4 are top views of the spectacle frame and of the auxiliary lenses respectively;

FIG. 5 is a front view of the spectacle frame and the auxiliary lenses combination;

FIG. 6 is a top view of the spectacle frame and the auxiliary lenses combination; and

FIG. 7 is a cross sectional view taken along lines 7—7 of FIG. 6,

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to the drawings, and initially to FIGS. 1 to 4, an eyeglass device in accordance with the present invention comprises a primary spectacle frame 10 for supporting primary lenses therein. The primary spectacle frame 10 includes two side portions each having an extension 11 extended rearward therefrom for pivotally coupling a leg 12 thereto. The primary spectacle frame 10 includes two projections 13 secured to the rear and side portions thereof for supporting magnetic members 14 therein. An auxiliary spectacle frame 20 is provided for supporting the auxiliary lenses therein and includes two side portions each having an arm 21 extended rearward therefrom for extending over and for engaging with the upper portion of the primary spectacle frame 10 (FIGS. 5 and 6). The auxiliary spectacle frame 20 also includes two magnetic members 22 secured to the arms 21 therefor for engaging with the magnetic members 14 of the primary spectacle frame 10 such that the auxiliary spectacle frame 20 may be stably supported on the primary spectacle frame 10, best shown in FIGS. 5 and 6.

It is to be noted that the arms 21 are engaged with and are supported on the upper portion of the primary spectacle frame 10 such that the auxiliary spectacle frame 20 may be stably supported and secured to the primary spectacle frame 10. The auxiliary spectacle frame 20 will not move downward relative to the primary spectacle frame and will not be easily disengaged from the primary spectacle frame when the users conduct jogging or jumping exercises.

It is further to be noted that the projections 13 and the magnetic members 14 are secured to the primary spectacle frame 10 and the magnetic members 22 are secured in the arms 21. The magnetic members 14, 22 are not embedded in the frames 10, 20 such that the frames 10, 20 are not required to be formed with cavities therein and such that the strength of the frames 10, 20 will not be decreased.

*As shown in FIGS. 3–7, the engaging surfaces between magnetic members 14 in primary spectacle frame 10 and the magnetic members 22 in the auxiliary spectacle frame 20 lie in a plane that is substantially horizontal when the eyeglass device is worn.*

US RE37,545 E

3

Referring next to FIG. 7, it is preferable that the projections 13 and the magnetic members 14 are located slightly lower than the upper portion of the primary spectacle frame 10; and the end portions of the arms 21 and/or the magnetic members 22 are slightly extended downward toward the projections 13 such that the arms 21 and the magnetic members 22 may hook on the primary spectacle frame 10 and such that the auxiliary spectacle frame 20 may further be stably supported and secured to the primary spectacle frame 10.

*In one embodiment, as shown in FIG. 7, magnetic members 14 and 22 are not in contact with each other; magnetic members 14 and 22 are engaged with, but not supported on, each other. Instead, the arm 21 securing the magnetic member 22 is supported on an upper side portion of the primary spectacle frame 10. As shown in FIG. 7, the upper side portion can be an upper part of the side portion securing the projection 13.*

Accordingly, the eyeglass device in accordance with the present invention includes an auxiliary spectacle frame that may be stably secured to the primary spectacle frame and will not move downward relative to the primary spectacle frame and will not be easily disengaged from the primary spectacle frame when the users conduct jogging or jumping exercises. In addition, the magnetic members are not embedded in the frames such that the strength of the frames will not be decreased.

Although this invention has been described with a certain degree of particularity, it is to be understood that the present disclosure has been made by way of example only and that numerous changes in the detailed construction and the combination and arrangement of parts may be resorted to without departing from the spirit and scope of the invention as hereinafter claimed.

I claim:

1. An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein, said primary spectacle frame including two side portions each having an extension extended therefrom for pivotally coupling a leg means thereto, said primary spectacle frame including two rear and side portions each having a projection secured thereto, said primary spectacle frame including an upper side portion,

a pair of first magnetic members secured in said projections respectively,

an auxiliary spectacle frame for supporting auxiliary lenses therein, said auxiliary spectacle frame including two side portions each having an arm extended therefrom for extending over and for engaging with said upper side portion of said primary spectacle frame, and

a pair of second magnetic members secured to said arms respectively for engaging with said first magnetic members of said primary spectacle frame so as to secure said auxiliary spectacle frame to said primary spectacle frame,

said arms being engaged with and supported on said upper side portion of said primary spectacle frame so as to allow said auxiliary spectacle frame to be stably supported on said primary spectacle frame and so as to prevent said auxiliary spectacle frame from moving downward relative to said primary spectacle frame and so as to prevent said auxiliary spectacle frame from being disengaged from said primary spectacle frame.

2. An eyeglass device according to claim 1, wherein said projections and said first magnetic members are arranged lower than said upper side portion of said primary spectacle frame, said second magnetic members are extended down-

4

ward toward said projections for hooking on said primary spectacle frame so as to further secure said auxiliary spectacle frame to said primary spectacle frame.

3. An eyeglass device as recited in claim 1 wherein the first and the second magnetic members are magnets.

4. An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein with the lenses defining a vertical plane, the primary spectacle frame including two side portion extensions extended therefrom for pivotally coupling a leg thereto and a first magnet having a horizontal surface and secured to said side portion extensions of the primary spectacle frame, and

an auxiliary spectacle frame for supporting auxiliary lenses therein, and for disposing in front of the primary spectacle frame, the auxiliary spectacle frame including two auxiliary side portions, the auxiliary spectacle frame including two second magnets, each secured to one of the auxiliary side portions for respectively engaging the horizontal surface of one of the first magnets so as to secure the auxiliary spectacle frame to the primary spectacle frame.

5. An eyeglass device as recited in claim 4 wherein at least an end portion of one auxiliary side portion extends downward toward one of the side portions of the primary spectacle frame for hooking on the primary spectacle frame such that the auxiliary spectacle frame is further stably supported and secured to the primary spectacle frame.

6. An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein;

the primary spectacle frame including two side portion extensions extended therefrom for pivotally coupling a leg thereto; and

the primary spectacle frame including two first magnetic members respectively having a horizontal surface and being secured to one of the side portions extensions of the primary spectacle frame; and

an auxiliary spectacle frame for supporting auxiliary lenses therein, and for disposing in front of the primary spectacle frame, the auxiliary spectacle frame including two auxiliary side portions, wherein the auxiliary spectacle frame further includes two second magnetic members each secured to one of the auxiliary side portions and having a horizontal surface for coupling a corresponding horizontal surface of one of the first magnetic members so as to secure the auxiliary spectacle frame to the primary spectacle frame.

7. An eyeglass device as recited in claim 6 wherein the second magnetic members are magnets.

8. An eyeglass device as recited in claim 6 wherein the first magnetic members are magnets.

9. An eyeglass device as recited in claim 6 wherein the first and the second magnetic members are magnets.

10. An eyeglass device as recited in claim 9 wherein the auxiliary side portions are respectively supported on a corresponding extension and the first magnetic members are not in contact with the second magnetic members.

11. An eyeglass device as recited in claim 6 wherein the auxiliary side portions are respectively supported on a corresponding extension and the first magnetic members are not in contact with the second magnetic members.

12. An eyeglass device comprising:

a primary spectacle frame having two side portion extensions, each of said extensions having a front side, a rear side and a first magnetic member secured to said rear side,

US RE37,545 E

5

an auxiliary spectacle frame including two side portions each having an arm extended therefrom for extending toward and beyond said rear side, each of said arms containing a second magnetic member, and

said arms and said first and second magnetic members cooperating to stably support said auxiliary spectacle frame on said primary spectacle frame.

13. The eyeglass device according to claim 12, wherein said first and second magnets members are magnets.

14. An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein, said primary spectacle frame including two side portion extensions extended therefrom for pivotally coupling a leg, each of said extensions also including an outer side, an inner side, and a top side with a projection secured to said inner side, each of said projections respectively securing a first magnetic member, and

an auxiliary spectacle frame for supporting auxiliary lenses therein, said auxiliary spectacle frame including two side portions each having an arm extended therefrom, said auxiliary spectacle frame further including a pair of second magnetic members secured to said arms respectively for engaging said first magnetic members of said primary spectacle, each of said arms adapted to extend over one of said top sides.

15. The eyeglass device according to claim 14, wherein said first and second magnets members are magnets.

16. An eyeglass device comprising:

a primary spectacle frame having two side portion extensions, each of said extensions having a front side and a rear side with a first magnetic member secured to said rear side, and

an auxiliary spectacle frame including two side portions, each of said side portions having an arm extended therefrom for extending beyond said rear side, said arms containing corresponding second magnetic members, said arms and said first and second magnetic members supporting said auxiliary spectacle frame on said primary spectacle frame.

17. An eyeglass device comprising:

a primary spectacle frame having two side portion extensions, each of said extensions extending laterally away from one another and rearwardly of said frame, each of said extensions having a top side, a front side and a rear side with a first magnetic member secured to said rear side, and

an auxiliary spectacle frame including two side portions each having an arm extending from said front side over said top side, said arms containing corresponding second magnetic members, said arms and said first and second magnetic members supporting said auxiliary spectacle frame on said primary spectacle frame.

18. An eyeglass device comprising:

a primary spectacle frame having two side portion extensions extending rearwardly therefrom having a top side and a rear side with a first magnetic member secured thereto, and

an auxiliary spectacle frame including two arms for extending over a corresponding top side of said extensions, said arms respectively containing second magnetic members for cooperation with said first magnetic members and downwardly extended end portions for hooking said auxiliary spectacle frame to said primary spectacle frame, said arms and said first and second magnetic members supporting said auxiliary spectacle frame on said primary spectacle frame.

6

19. An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein having two side portion extensions, said side portion extensions each having a top side and a projection attached to a rear side thereof, each of said projections securing a first magnetic member, and

an auxiliary spectacle frame including two arms for extending over and engaging a corresponding top side of said side portion extensions, said arms respectively containing second magnetic members and downwardly extended end portions, at least said arms and said first and second magnetic members supporting said auxiliary spectacle frame on said primary spectacle frame.

20. An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein having two side portion extensions having a top side and a rear side with a first magnetic member secured to said rear side, and

an auxiliary spectacle frame including two arms for extending over and engaging a corresponding top side of said extensions, said arms respectively containing downwardly extended second magnetic members for hooking said auxiliary spectacle frame to said primary spectacle frame, said arms and said first and second magnetic members cooperating to support said auxiliary spectacle frame on said primary spectacle frame.

21. An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein having an extension at each side for pivotal coupling to a leg, each of said extensions having a front side, a rear side, a top side and a projection attached to said rear side, each of said projections securing first magnetic members, and

an auxiliary spectacle frame for supporting auxiliary lenses therein and including two side portions, each of said side portions having an arm extended therefrom and adapted to extend from said front side to beyond said rear side of said side extension of said primary spectacle frame, said arms each containing corresponding second magnetic members, said arms locating each of said second magnetic members in an engagement position to engage respective first magnetic members of said primary spectacle frame and inhibit relative vertical movement therebetween.

22. An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein and having two side portion extensions extending rearwardly therefrom and having a front side, a rear side, a top side, and a rear end, each of said rear ends pivotally coupling a leg configured to conform to a user at a distal end thereof, each of said extensions of said primary spectacle frame further having a projection attached to each of said rear sides, and a pair of first magnetic members respectively secured in said projections, said first magnetic members capable of engaging second magnetic members of an auxiliary spectacle frame so that lenses of an auxiliary spectacle frame are located in front of said primary lenses.

23. An eyeglass device comprising:

an auxiliary spectacle frame for supporting auxiliary lenses therein, said frame including a front side, a rear side, and oppositely positioned side portions, each of said side portions having an arm extended therefrom, each of said arms having a rearwardly directed free end for securing a magnetic member, and a pair of magnetic members respectively secured in the free ends of

US RE37,545 E

7

said arms, said arms and said pair of magnetic members adapted to extend across respective side portions of a primary spectacle frame so that said pair of magnetic members can vertically engage corresponding magnetic members on a primary spectacle frame.

24. An eyeglass device comprising:

an auxiliary spectacle frame for supporting auxiliary lenses therein, said frame including a front side, a rear side, and oppositely positioned side portions, each of said side portions having an arm extended therefrom, each of said arms having a rearwardly directed end for securing a magnetic member, a pair of magnetic members respectively located at said ends of said arms, each of said ends further including a downwardly extended end portion for hooking onto a primary spectacle, said arms and said pair of magnetic members adapted to extend across respective side portions of a primary spectacle frame so that said pair of magnetic members can engage corresponding magnetic members on a primary spectacle frame.

25. An eyeglass device comprising:

a primary spectacle frame having two side portion extensions extending therefrom and adapted to pivotally couple a leg thereto, said extensions each having a front side, a rear side, a top side and a projection extending from said rear side, each of said projections securing a first magnetic member, and

an auxiliary spectacle frame including two side portions each having an arm extended therefrom for extending over said top side, said arms containing corresponding second magnetic members, said arms with said second magnetic members engaging said first magnetic members thereby securing said auxiliary frame to said primary spectacle frame to prevent said auxiliary spectacle frame from moving downward relative to and/or disengaging from said primary spectacle frame.

26. An eyeglass device, comprising:

a primary spectacle frame for supporting primary lenses therein;

a pair of extensions mounted to said primary spectacle frame at laterally spaced locations and each projecting toward a wearer when the eyeglass device is worn;

a first pair of magnetic members, each affixed to a respective one of a pair of projections attached to a rear side of said extensions so as to be concealed by said extensions when said eyeglass is worn, said first pair of magnetic members each having a first surface;

an auxiliary spectacle frame for supporting auxiliary lenses therein;

a pair of spaced apart arms mounted to said auxiliary spectacle frame and projecting toward the wearer when the eyeglass device is worn; and

a second pair of magnetic members, each affixed to said pair of arms, said second pair of magnetic members each having a second surface, said auxiliary spectacle frame capable of being supported by said primary spectacle frame by mounting said second pair of magnetic members to said first pair of magnetic members, said first and second surfaces being oppositely directed so that said surfaces are juxtaposed.

27. An eyeglass device according to claim 26 wherein said auxiliary frame includes an abutment surface for engagement with an oppositely directed surface on said primary frame to inhibit relative movement therebetween.

28. An eyeglass device according to claim 27 wherein said abutment surface is provided on each of said arms on said auxiliary frame.

8

29. An eyeglass device according to claim 27 wherein said extensions are located adjacent respective ones of said arms.

30. An eyeglass device according to claim 29 wherein said auxiliary frame includes an abutment surface for engagement with an oppositely directed surface on said primary frame to inhibit relative movement therebetween.

31. An eyeglass device comprising:

a primary spectacle frame having two side portion extensions extending rearwardly therefrom with a top side and a rear side with a first magnetic member secured thereto, and

an auxiliary spectacle frame including two arms for extending over a corresponding top side of said extensions, said arms respectively containing second magnetic members for cooperation with said first magnetic members and downwardly extended end portions for hooking said auxiliary spectacle frame to said primary spectacle frame, said arms and said first and second magnetic members supporting said auxiliary spectacle frame on said primary spectacle frame, wherein at least one of said first magnetic members and said second magnetic members are magnets.

32. An eyeglass device comprising:

a primary spectacle frame having two side portion extensions, each of said extensions having a front side, a rear side and a first magnetic member secured to said rear side,

an auxiliary spectacle frame including two side portions each having an arm extended therefrom and traversing said extension from said front side to said rear side, each of said arms containing a second magnetic member, and

said first and second magnetic members engaging one another to support said auxiliary spectacle frame on said primary spectacle frame.

33. An eyeglass device comprising:

a primary spectacle frame having two side portion extensions, each of said extensions having a front side, a rear side and a first magnetic member secured to said rear side,

an auxiliary spectacle frame including two side portions each having an arm extended therefrom, each of said arms containing a second magnetic member, said arms extending across said extension from said front side to said rear side, and

said arms and said first and second magnetic members stably support said auxiliary spectacle frame on said primary spectacle frame.

34. An eyeglass device comprising:

a primary spectacle frame having two side portion extensions with a front side, a rear side and a first magnetic member

an auxiliary spectacle frame including two side portions each having an arm extended therefrom, each of said arms containing a second magnetic member, said arms extending across a respective extension from said front side to said rear side so that said first and second magnetic members engage one another whereby said auxiliary spectacle frame is supported by said primary spectacle frame.

\* \* \* \* \*

US00RE37545F1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (6678th)

# United States Patent

Chao

(10) **Number:** **US RE37,545 F1**

(45) **Certificate Issued:** **Mar. 3, 2009**

(54) **AUXILIARY LENSES FOR EYEGLASSES**

(75) Inventor: **Richard Chao**, Chia Yi Hsien (TW)

(73) Assignee: **Aspex Eyewear, Inc.**, Miramar, FL (US)

**Reexamination Request:**
No. 90/008,864, Sep. 13, 2007

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | Re. 37,545 |
| Issued: | Feb. 12, 2002 |
| Appl. No.: | 09/182,862 |
| Filed: | Oct. 21, 1998 |

**Related U.S. Patent Documents**

Reissue of:

(64) 

| | |
|---|---|
| Patent No.: | 5,568,207 |
| Issued: | Oct. 22, 1996 |
| Appl. No.: | 08/554,854 |
| Filed: | Nov. 7, 1995 |

(51) **Int. Cl.**
G02C 07/08 (2006.01)
G02C 09/00 (2006.01)

(52) **U.S. Cl.** ............................................. 351/57; 351/47
(58) **Field of Classification Search** ......................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 188,246 | A | 3/1877 | Johnson |
| 1,613,765 | A | 1/1927 | Nerney |
| 1,679,233 | A | 7/1928 | Strauss |
| 1,907,749 | A | 5/1933 | Dechau |
| 1,936,319 | A | 11/1933 | Wingate |
| 2,065,122 | A | 12/1936 | Diggins |
| 2,117,436 | A | 5/1938 | Lindblom |
| 2,141,063 | A | 12/1938 | Euler |
| 2,254,637 | A | 9/1941 | Welsh |
| 2,492,072 | A | 12/1949 | Tapner |
| 2,587,472 | A | 2/1952 | Hoffmaster |

| | | | |
|---|---|---|---|
| D170,435 | S | 9/1953 | Weissman |
| 2,737,847 | A | 3/1956 | Tessauro |
| 2,770,168 | A | 11/1956 | Tessauro |
| 3,498,701 | A | 3/1970 | Miller |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 773287 | 12/1967 |
| CH | 572222 | 1/1976 |
| CN | 1117593 | 2/1996 |
| DE | 1797366 | 1/1971 |
| DE | G 85 87 761.5 | 6/1985 |
| DE | G 88 06 898.6 | 10/1988 |
| DE | 3905041 | 8/1990 |
| DE | 3920879 | 1/1991 |
| DE | 3921987 | 1/1991 |
| DE | 39333310 | 1/1991 |
| DE | G 92 16 919.8 | 2/1993 |
| DE | 43 16 698 | 11/1994 |
| DE | 29518590 | 11/1995 |
| EP | 0469699 | 2/1992 |
| EP | 0502796 B1 | 2/1995 |

(Continued)

OTHER PUBLICATIONS

"Twincome–Pentax Documents" Describing Twincome in A Patent Opposition in Germany initiated by Pentax, on or about Apr. 30, 1997.

*Primary Examiner*—Glenn K. Dawson

(57) **ABSTRACT**

An eyeglass device includes a primary and an auxiliary spectacle frames for supporting lenses. The primary spectacle frame includes two legs pivotally coupled to two side extensions and includes two magnetic members secured in the rear and side portions. The auxiliary spectacle frame includes two legs engaged on the primary spectacle frame and each having a magnetic member for engaging with the magnetic members of the primary spectacle frame so as to secure the spectacle frames together and so as to prevent the auxiliary spectacle frame from moving downward relative to the primary spectacle frame.



**US RE37,545 F1**

Page 2

| U.S. PATENT DOCUMENTS | | | |
|---|---|---|---|
| 3,531,188 A | 9/1970 | LeBlanc et al. | |
| 3,531,191 A | 9/1970 | LeBlanc | |
| 3,536,385 A | 10/1970 | Johnston | |
| 3,565,517 A | 2/1971 | Gitlin et al. | |
| 3,582,192 A | 6/1971 | Gitlin et al. | |
| D221,480 S | 8/1971 | Tagnon | |
| 3,838,914 A | 10/1974 | Fernandez | |
| 4,021,892 A | 5/1977 | Piper | |
| 4,070,103 A | 1/1978 | Meeker | |
| 4,070,105 A | 1/1978 | Marzouk | |
| 4,196,981 A | 4/1980 | Waldrop | |
| 4,217,037 A | 8/1980 | Lemelson | |
| 4,380,379 A | 4/1983 | Ahern | |
| 4,432,616 A | 2/1984 | Kurosaka | |
| 4,466,713 A | 8/1984 | Tanaka | |
| 4,547,909 A | 10/1985 | Bell | |
| 4,685,782 A | 8/1987 | Lhospice | |
| D291,808 S | 9/1987 | Meyerspeer | |
| 4,822,158 A | 4/1989 | Porsche | |
| 4,878,749 A | 11/1989 | McGee | |
| D307,756 S | 5/1990 | Porsche | |
| 4,988,181 A | 1/1991 | Riach | |
| 5,181,051 A | 1/1993 | Townsend et al. | |
| 5,243,366 A | 9/1993 | Blevins | |
| 5,321,442 A * | 6/1994 | Albanese ...................... 351/44 |
| 5,389,981 A | 2/1995 | Riach | |
| 5,410,763 A | 5/1995 | Bolle | |
| 5,416,537 A | 5/1995 | Sadler | |
| 5,642,177 A | 6/1997 | Nishioka | |
| 5,682,222 A | 10/1997 | Chao | |
| 5,684,558 A | 11/1997 | Hamamoto | |
| 5,696,571 A | 12/1997 | Spencer et al. | |
| 5,710,614 A | 1/1998 | Cereda | |
| 5,724,118 A | 3/1998 | Krebs | |
| 5,737,054 A | 4/1998 | Chao | |
| 5,867,244 A | 2/1999 | Martin | |
| 5,877,838 A | 3/1999 | Chao | |
| 5,882,101 A | 3/1999 | Chao | |
| 5,883,688 A | 3/1999 | Chao | |
| 5,883,689 A | 3/1999 | Chao | |
| 5,889,574 A | 3/1999 | Gandl-Schiller | |
| 5,912,718 A | 6/1999 | Murai et al. | |
| 5,914,768 A | 6/1999 | Hyoi | |
| 5,929,964 A | 7/1999 | Chao | |
| 6,012,811 A | 1/2000 | Chao et al. | |
| 6,092,896 A | 7/2000 | Chao et al. | |
| 6,109,747 A | 8/2000 | Chao | |
| 6,149,269 A | 11/2000 | Madison | |
| 6,170,948 B1 | 1/2001 | Chao | |
| 7,040,751 B2 | 5/2006 | Madison | |

| FOREIGN PATENT DOCUMENTS | | |
|---|---|---|
| EP | 0743545 | 11/1996 |
| FR | 915421 | 11/1946 |
| FR | 1037755 | 9/1953 |
| FR | 1061253 | 4/1954 |
| FR | 2483632 | 4/1981 |
| FR | 1266652 | 12/1981 |
| FR | 2657436 | 7/1991 |
| GB | 846425 | 8/1960 |
| GB | 855268 | 11/1960 |
| JP | 57-184910 | 5/1956 |
| JP | 44-15392 | 7/1969 |
| JP | 54-111841 | 9/1979 |
| JP | 54-111842 | 9/1979 |
| JP | 54-163052 | 12/1979 |
| JP | 55-50217 | 4/1980 |
| JP | 55-083022 | 6/1980 |
| JP | 55-133014 | 10/1980 |
| JP | 55-135814 | 10/1980 |
| JP | 56-29209 | 3/1981 |
| JP | 56-925214 | 8/1981 |
| JP | 56-153317 | 11/1981 |
| JP | 57-178215 | 11/1982 |
| JP | 57-184910 | 11/1982 |
| JP | 61-2621 | 1/1986 |
| JP | 63-188626 | 12/1988 |
| JP | 1-136114 | 5/1989 |
| JP | 2-109325 | 8/1990 |
| JP | 5-157997 | 6/1993 |
| JP | 05-160899 | 8/1993 |
| JP | 5-40493 | 10/1993 |
| JP | 05-289029 | 11/1993 |
| JP | 06-265828 | 9/1994 |
| JP | 06-331943 | 12/1994 |
| JP | 07-028001 | 1/1995 |
| JP | 07-101722 | 2/1995 |
| JP | 07-056123 | 3/1995 |
| JP | 3011174 | 5/1995 |
| JP | 7-128620 | 5/1995 |
| JP | 07-156856 | 5/1995 |
| JP | 07-244259 | 9/1995 |
| JP | 08-050263 | 2/1996 |
| JP | 9-043544 A | 2/1997 |
| RU | 220885 | 6/1968 |
| TW | 274588 | 4/1996 |
| WO | WO 90/09611 | 8/1990 |
| WO | WO-95/18986 | 7/1995 |
| WO | WO-95/23995 | 9/1995 |
| WO | WO 96/23241 | 8/1996 |

* cited by examiner

US RE37,545 F1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

### THE PATENT IS HEREBY AMENDED AS
### INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the original patent but was deleted by the reissue patent; matter printed in italics was added by the reissue patent. Matter enclosed in heavy double brackets [[ ]] appeared in the reissue patent but is deleted by this reexamination certificate; matter printed in boldface is added by this reexamination certificate.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims 1–9, 12, 13, 16–20, 24, and 31–33 is confirmed.

Claims 23 and 34 are determined to be patentable as amended.

New claim 35 is added and determined to be patentable.

Claims 10, 11, 14, 15, 21, 22 and 25–30 were not reexamined.

23. *An eyeglass device comprising:*
*an auxiliary spectacle frame for supporting auxiliary lenses therein, said frame including a front side, a rear*

**2**

*side, and oppositely positioned side portions, each of said side portions having an arm extended therefrom, each of said arms having a rearwardly directed free end for securing a magnetic member* having a horizontal surface*, and a pair of magnetic members respectively secured in the free ends of said arms, said arms and said pair of magnetic members adapted to extend across respective side portions of a primary spectacle frame so that said pair of magnetic members* having a horizontal surface *can vertically engage corresponding magnetic* [[members]] *member surfaces on a primary spectacle frame.*

*34. An eyeglass device comprising:*

*a primary spectacle frame having two side portion extensions with a front side, a rear side and a first magnetic member at said rear side,*

*an auxiliary spectacle frame including two side portions each having an arm extended therefrom, each of said arms containing a second magnetic member, said arms extending across a respective extension from said front side to said rear side so that said first and second magnetic members engage one another whereby said auxiliary spectacle frame is supported by said primary spectacle frame.*

**35. The eyeglass device according to claim 23, wherein, said magnetic members of said auxiliary spectacle frame are magnets.**

* * * * *

# EXHIBIT "B"

US005737054A

# United States Patent [19]

## Chao

| [11] | Patent Number: | 5,737,054 |
|---|---|---|
| [45] | Date of Patent: | Apr. 7, 1998 |

[54] **AUXILIARY LENSES FOR EYEGLASSES**

[76] Inventor: **Richard Chao**, No. 43-4, Yi Hsin Tsuen, Shui San Hsiang, Chia Yi Hsien, Taiwan

[21] Appl. No.: **766,327**

[22] Filed: **Dec. 13, 1996**

[51] Int. Cl.⁶ .............................. G02C 9/00; G02C 7/08
[52] U.S. Cl. ............................................ 351/47; 351/57
[58] Field of Search ........................... 351/47, 57, 41, 351/58, 106, 158; 2/441, 443

[56] **References Cited**

U.S. PATENT DOCUMENTS

5,416,537   5/1995   Sadler .................................... 351/57

Primary Examiner—Hung X. Dang
Attorney, Agent, or Firm—Charles E. Baxley, Esq.

[57] **ABSTRACT**

An eyeglass device includes a primary and an auxiliary spectacle frames for supporting lenses. The primary spectacle frame includes a magnetic connector member secured in the middle bridge portion. The auxiliary spectacle frame includes a middle bridge portion having a projection for engaging over the middle bridge portion of the primary spectacle frame and having a magnetic connector member for engaging with the connector member of the primary spectacle frame such that the spectacle frames can be easily secured together with only one hand.

**4 Claims, 1 Drawing Sheet**



**U.S. Patent**          Apr. 7, 1998          **5,737,054**



FIG. 1

FIG.3

FIG. 2

FIG.4

5,737,054

1

## AUXILIARY LENSES FOR EYEGLASSES

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to auxiliary lenses, and more particularly to auxiliary lenses for eyeglasses.

2. Description of the Prior Art

The closest prior art of which applicant is aware is his prior U.S. Pat. No. 5,568,207 to Chao. The spectacle frames comprise a primary spectacle frame having two magnet members provided on the upper side portions, and an auxiliary spectacle frame including a pair of arms for engaging over the upper side portions for preventing the auxiliary spectacle frame from moving downward relative to the primary spectacle frame and having two magnet members for engaging with the magnet members of the primary spectacle frame for stably attaching the auxiliary spectacle frame to the primary spectacle frame. However, two pairs of magnet members are required such that the manufacturing cost is increased. In addition, the user have to align two pairs of magnet members.

The present invention has arisen to mitigate and/or obviate the afore-described disadvantages of the conventional spectacle frames.

### SUMMARY OF THE INVENTION

The primary objective of the present invention is to provide auxiliary lenses which may be easily engaged on the primary spectacle frames.

In accordance with one aspect of the invention, there is provided an eyeglass device comprising a primary spectacle frame for supporting primary lenses therein, the primary spectacle frame including a middle bridge portion, a first magnetic or magnetizable member secured in the middle bridge portion of the primary spectacle frame, an auxiliary spectacle frame for supporting auxiliary lenses therein, the auxiliary spectacle frame including a middle bridge portion having a projection extended therefrom for extending over and for engaging with the middle bridge portion of the primary spectacle frame, and a second magnetic or magnetizable member secured to the projection of the auxiliary spectacle frame for engaging with the first connector member of the primary spectacle frame and for allowing the auxiliary spectacle frame to be attached to the primary spectacle frame with only one hand by a user.

Further objectives and advantages of the present invention will become apparent from a careful reading of a detailed description provided hereinbelow, with appropriate reference to accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top plan view illustrating a spectacle frame and auxiliary lenses in accordance with the present invention respectively, in which the spectacle frame and the auxiliary lenses are separated from each other;

FIG. 2 is a top plan view of the spectacle frame and the auxiliary lenses combination;

FIG. 3 is a front elevational view of the spectacle frame and the auxiliary lenses combination; and

FIG. 4 is a cross sectional view taken along middle bridge portions of FIG. 2.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to the drawings, and initially to FIGS. 1 to 3, an eyeglass device in accordance with the present invention

2

comprises a primary spectacle frame 10 for supporting primary lenses therein. The primary spectacle frame 10 includes two side portions each having an extension 11 extended rearwardly therefrom for pivotally coupling a leg 12 thereto. The primary spectacle frame 10 includes a middle bridge portion 13 for supporting a magnetic or magnetizable connector member 14 therein. An auxiliary spectacle frame 20 is provided for supporting the auxiliary lenses therein and includes a middle bridge portion 21 having a projection 22 extended rearward therefrom for extending over and for engaging with the middle bridge portion 13 of the primary spectacle frame 10 (FIGS. 2-4). The auxiliary spectacle frame 20 also includes a magnetic or magnetizable connector member 24 secured in the projection 22 thereof for engaging with the connector member 14 of the primary spectacle frame 10 such that the auxiliary spectacle frame 20 can be stably supported on the primary spectacle frame 10, best shown in FIGS. 2-4.

It is to be noted that the projection 22 is engaged with and is supported on the middle bridge portion of the primary spectacle frame 10 such that the auxiliary spectacle frame 20 will not move downward relative to the primary spectacle frame and will not be easily disengaged from the primary spectacle frame when its user conducts jogging or jumping exercises.

It is further to be noted that the user is only required to engage the connector member 24 of the auxiliary spectacle frame 10 with the connector member 14 of the primary spectacle frame, such that the frames 10, 20 can be easily secured with each other. The user can thus easily use only one hand to stably attach the auxiliary spectacle frame to the primary spectacle frame. Alternatively, only one of the connector members 14, 24 is required to be a magnet. For example, if only connector member 24 is provided as a magnet in the middle bridge member 21 of the auxiliary spectacle frame, the connector member 14 is not required to be a magnet, but could be composed typically of magnetic iron. It is only required to have the middle bridge member 13 made by magnetically attractive material such that the middle bridge member 21 of the auxiliary spectacle frame 20 may also be easily attached to the primary spectacle frame 10. Only one or one pair of magnetizable members are required to be a magnet for attaching the spectacle frames together.

Referring next to FIG. 4, it is preferable that the connector member 24 is slightly extended downward toward the connector member 14 such that the auxiliary spectacle frame 20 may further be stably supported and secured to the primary spectacle frame 10.

Accordingly, the eyeglass device of the present invention includes an auxiliary spectacle frame that may be easily secured to the primary spectacle frame with only one hand. In addition, only one of the pair of magnetic members is required to be a magnet for attaching the spectacle frames together.

Although this invention has been described with a certain degree of particularity, it is to be understood that the present disclosure has been made by way of example only and that numerous changes in the detailed construction and the combination and arrangement of parts may be resorted to without departing from the spirit and scope of the invention as hereinafter claimed.

I claim:

1. An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein, said primary spectacle frame including a middle bridge portion,

5,737,054

3

a first magnetic member secured in said middle bridge portion of said primary spectacle frame,

an auxiliary spectacle frame for supporting auxiliary lenses therein, said auxiliary spectacle frame including a middle bridge portion having a projection extended therefrom for extending over and for engaging with said middle bridge portion of said primary spectacle frame, and

a second magnetic member secured to said projection of said auxiliary spectacle frame for engaging with said first magnetic member of said primary spectacle frame and for allowing said auxiliary spectacle frame to be attached to said primary spectacle frame with only one hand by a user.

2. An eyeglass device comprising:

a primary spectacle frame for supporting primary lenses therein, said primary spectacle frame including a middle bridge portion,

a first connector member secured in said middle bridge portion of said primary spectacle frame,

an auxiliary spectacle frame for supporting auxiliary lenses therein, said auxiliary spectacle frame including

4

a middle bridge portion having a projection extended therefrom for extending over and for engaging with said middle bridge portion of said primary spectacle frame,

a second connector member secured to said projection of said auxiliary spectacle frame for engaging with said first connector member of said primary spectacle frame, and

magnetic means operatively associated with the first and second connector members whereby they are connectable to each other magnetically for allowing said auxiliary spectacle frame to be attached to said primary spectacle frame with only one hand by a user.

3. The eyeglass device as claimed in claim 2, with the first connector member being a magnet, the second connector member being a magnetizable substance.

4. The eyeglass device as claimed in claim 2, with the second connector member being a magnet, the first connector member being a magnetizable substance.

* * * * *

# EXHIBIT "C"



December 30, 2009

<span style="text-decoration: underline;">Via Email robly@vsp.com</span>

Rob Lynch
Vision Service Plan
3333 Quality Drive
Rancho Cordova, CA 95670

Attn: Rob Lynch,

    I am General Counsel for Aspex Eyewear, Inc. ("Aspex").  Over the past week, we have received several phone calls from our customers informing us that representatives from Vision Service Plan ("VSP") have contacted them by phone to inform them that beginning in 2010, VSP will no longer reimburse these customers for frames distributed by Aspex.  Aside from these unconfirmed phone calls, Aspex is unaware of any formal position taken by VSP, nor was Aspex provided any warning or notice that VSP would be taking such a drastic measure.  We are at a loss and confused as to why VSP would depart from its long standing and established policy (15 years) of reimbursing its customers for their purchase of Aspex's frames.  As you can appreciate VSP's actions may have already caused us incalculable damages and irreparably damaged relationships between Aspex and its customers, some dating back as far as 15 years.

    Given the serious nature of the information we have been hearing from our customers, before VSP continues communicating or implements this new policy, we request that you provide a written, detailed account of VSP's position on this matter no later than January 6, 2010.  You may send the response to legal@aspexeyewear.com to expedite the response.

Sincerely,

José Peña Esq.

Cc:   Thierry Ifergan (thierry@aspexeyewear.com)
       Michael A. Nicodema Esq. (nicodemam@gtlaw.com)
       Gary Brooks

# EXHIBIT "D"


Attorneys at Law

Reinhart Boerner Van Deuren s.c.
P.O. Box 2965
Milwaukee, WI 53201-2965

1000 North Water Street
Suite 1700
Milwaukee, WI 53202

Telephone:  414-298-1000
Facsimile:  414-298-8097
Toll Free:  800-553-6215
reinhartlaw.com

March 22, 2010

Scott W. Hansen, Esq.
Direct Dial: 414-298-8123
shansen@reinhartlaw.com

HAND DELIVERED AND
SENT BY COURIER

Kathleen E. Finnerty, Esq.
Greenberg Traurig, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938

Dear Kathleen:                     Re:   *Aspex Eyewear, Inc. v. Vision Service*
                                          *Plan, et al.*

    This letter will confirm that VSP has voluntarily (and with a full reservation of
all rights) decided to discontinue for 30 days the process of informing VSP eyecare
professionals of its decision to alter its coverage of Aspex frames effective June 1,
2010.  VSP made this decision as a courtesy to facilitate ongoing settlement
negotiations and also to afford Judge England an opportunity to address Aspex's
request for emergency relief in a more orderly fashion.

    We do not expect Aspex to refrain from serving its complaint or applying for
emergency relief, as we hope to have a decision granting or denying preliminary
injunctive relief by the end of this voluntary action.

                                   Yours very truly,

                                   *Scott W. Hansen*

                                   Scott W. Hansen

REINHART3323492SWH:CFC

cc     Mr. Bill Warne