KATHLEEN E. FINNERTY - (SBN 157638) (Counsel for Service)
NANCY J. DOIG - (SBN 226593)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
finnertyk@gtlaw.com, doign@gtlaw.com

Attorneys for Plaintiff
ASPEX EYEWEAR, INC.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC. | CASE NO. 2:10-CV-00632-MCE-GGH |
| Plaintiff, | **DECLARATION OF BERNARD PEDOUSSAUT** |
| v. | |
| VISION SERVICE PLAN; MARCHON EYEWEAR, INC.; ALTAIR EYEWEAR, INC. | **DATE:** May 13, 2010<br>**TIME:** 2:00 P.M.<br>**CTRM:** 7 |
| Defendants. | **JUDGE:** Hon. Morrison C. England, Jr. |

### DECLARATION OF BERNARD PEDOUSSAUT

I, BERNARD PEDOUSSAUT, declare as follows:

1.    I am a management consultant for plaintiff Aspex Eyewear, Inc. ("Aspex"). I make this declaration in support of Aspex's motion for a preliminary injunction.

2.    I have more than twenty years of experience in the eyewear industry, having previously served as the President and CEO of two other eyewear companies, Logo of the Americas, Inc. (1995-2000) and Lux de Paris, Inc. (1989-1995).

3.    I started working for Aspex in November, 2000. At the time, Aspex had only been operating within the United States for approximately 7 years. It had approximately 15-20 employees in its distribution center and 40 to 50 outside sales representatives.

4.    The focus of my work for Aspex during the past 9 ½ years has been to help grow the company to where it stands today, with approximately 70 employees in its Florida

1 location and 160 outside sales representatives and sales managers and an increase in sales of

2 approximately 500%.

3      5.     Presently, I am mainly responsible for strategic development including

4 overseeing Aspex's sales and marketing and its network of outside sales representatives and

5 managers. As a result, I am familiar with the following: (i) the company's overall sales and

6 marketing strategy; (ii) its historical and projected sales; (iii) the company's inside and outside

7 sales personnel; and (iv) the company's relationships with its customers.

8 **Aspex's Products & Marketing Approach**

9      6.     Aspex manufactures and distributes eyewear including, most significantly,

10 magnetic clip-on eyewear.

11      7.     Aspex's magnetic clip-on eyewear products consist of an eyeglass frame (which

12 typically holds non-tinted, prescription lenses) and a matched sunglass frame (which typically

13 holds tinted, non-prescription lenses) that clips on to the eyeglass frame using Aspex's patented

14 clip-on magnet technology. One benefit of a clip-on configuration is that the user does not

15 need to purchase prescription sunglasses; instead, he or she simply attaches the sunglasses to

16 the eyeglass frame when needed.

17      8.     From the time I started with Aspex, the company's sales and marketing strategy

18 has focused on independent eye care practitioners ("ECPs") -- *i.e.*, optometrists, opticians and

19 ophthalmologists. Independent ECPs are small businesses. Many operate as single locations.

20 Some have multiple locations, which typically are located relatively close together.

21      9.     Indeed, Aspex's intent in building a network of outside sales representatives was

22 to sell its products to independent ECPs. The sales representatives are located throughout the

23 country and generate sales through direct contact (via telephone and in-person) with their

24 accounts. Most of the representatives are independent contractors who exclusively sell Aspex's

25 products. A few -- less than 10% -- are "multi-line" representatives, meaning they also sell

26 other companies' products.

27

28

DECLARATION OF BERNARD PEDOUSSAUT

10.    This approach has been successful. Over time, Aspex -- through its network of sales representatives -- has developed solid relationships with its many independent ECP customers.

11.    I attribute this success, in large part, to the high quality of the sales representatives and managers in our network. That, in turn, is a result of careful recruiting and extensive training. Because the eyewear industry is relatively close-knit, often we are able to identify specific salespeople with good reputations and recruit them to work with Aspex. We also use advertisements to attract candidates whom we evaluate based on credentials and in-person interviews.

12.    As a result, approximately 70% of Aspex's annual sales are to independent ECPs. Most of these sales are to repeat customers.

13.    The remaining 30% of Aspex's sales are to national retail chains (e.g., Wal-Mart; Costco). Aspex's independent sales representatives are not involved in these sales. All sales to national chains are handled by two individuals within Aspex, neither of whom is an outside sales representative.

**VSP's Provider Network**

14.    According to VSP's web site, VSP is the largest vision insurance provider in the United States. (*See* printouts from VSP's web site, true copies of which are attached as Exhibit A). VSP states that its annual revenues exceed $2 billion. (*See id.*)

15.    VSP claims to have over 55 million subscribers, which means that approximately 1 in 6 individuals in the United States are covered under its insurance plans. (*See id.*)

16.    VSP also claims to have contracts with 33,000 clients, including more than 100 health insurance plans. (*See id.*)

17.    VSP maintains a large network of optometrists who sell vision-related products and services covered under VSP's insurance plans. According to VSP's website, its network includes more than 26,000 doctors in nearly 20,000 offices across the country. (*See id.*) As a

1    result, VSP claims that its doctors' offices are, on average, only four miles from where its

2    subscribers live or work. (*See id.*)

3         18.    It is my understanding, based on my experience in the industry, that VSP has

4    contracted with nearly all of the optometrists in many geographic areas.    Thus, in many

5    instances, even non-VSP subscribers have no alternative but to do business with VSP's member

6    optometrists.

7         19.    Aspex does not have precise numbers but based on our experience I believe that

8    the majority of Aspex's independent ECP customers are in VSP's network.

9    **How VSP's Subscribers Use Their Benefits To Purchase Eyewear**

10        20.    Again, based on my experience in the industry, I am aware that VSP's

11   individual "subscribers" typically access their insurance benefits by doing business with

12   optometrists in VSP's network.    A subscriber who needs eyeglasses can visit a VSP optometrist

13   to obtain a prescription and purchase eyewear.    This is confirmed by the attached excerpt from

14   VSP's Provider Reference Manual. (*See* Excerpts of VSP's "Provider Reference Manual," true

15   copies of which are attached as Exhibit B, at p. 4.87.)

16        21.    VSP's Provider Reference Manual also shows that VSP does not restrict its

17   subscribers' benefits to particular eyewear brands.    Instead, each subscriber selects eyewear

18   frames according to his/her own preferences. (*See id.*, at p. 4.87) ("Your patient can apply the

19   frame allowance to *any frame,* listed or unlisted.") (italics added).

20        22.    VSP maintains a list of approved "Frame Companies/Lines." (*See id.*, at pp.

21   4.88-4.91.)    According to the Provider Reference Manual, to be on the approved list a

22   manufacturer must (i) complete an application; (ii) provide certain price information or be

23   listed in the "*Frames*" catalog; and (iii) its catalog price or manufacturer's wholesale price

24   cannot exceed a 25% markup over the doctor's typical acquisition price. (*See id.*)

25        23.    According to the Provider Reference Manual, Aspex satisfied these criteria.

26   (*See id.*) (stating that the companies on the list, including Aspex, "have completed our

27   application and meet the following criteria:....").

28

1    24.    Accordingly, VSP's 55 million subscribers can use their benefits to purchase

2    Aspex-branded products, if they so choose.  This has been the case throughout the entirety of

3    my nearly ten-year association with Aspex.

4    **VSP's Threat To De-List Aspex And Ruin Its Business**

5    25.    As stated in the accompanying Declaration of Jose Pena, Esq., in recent months

6    VSP has threatened to (i) remove Aspex from the list of approved frame manufacturers; and (ii)

7    send a letter to every provider in its enormous network, advising each that VSP will no longer

8    reimburse its subscribers for purchases of Aspex's products.  (*See* Decl. of Jose Pena, Esq.)

9    VSP apparently has delayed sending the letter and, thus, Aspex remains on VSP's list of

10   approved vendors.  (*See id.*)

11   26.    Nevertheless, Aspex has learned that certain of its independent ECP customers

12   are aware of VSP's intention to de-list Aspex.  As a result, many have either decreased or

13   eliminated their purchases of Aspex's products.

14   27.    I asked our sales representatives and managers to determine which customers

15   had either reduced or eliminated their orders as a result of hearing about VSP's plans.  The

16   sales representatives and managers were instructed to compile the data collected during this

17   process, which is ongoing.  True copies of two charts, each summarizing the resulting data as to

18   a particular Aspex sales territory,[1] are attached as Exhibits C and D.

19   28.    I am told by our sales representatives and managers who compiled this

20   information that most of the affected customers have stated that they received telephone calls

21   directly from VSP.

22   29.    From reviewing Exhibits C and D, it is clear to me that the recipients of VSP's

23   telephone calls were mainly Aspex's best customers.

24

25

26

27   ─────────────────────
     [1]   Aspex divides the country into 56 territories.  Note that each customer on Exhibits C

28   and D is identified by its Aspex client number, rather than name, because Aspex
     considers the names of its customers and related information to be confidential.

30.     I believe VSP can identify and target Aspex's best customers because VSP knows (i) how much it has paid towards purchases of Aspex products; and (ii) the specific retailers who submitted the claims and received such payments.

31.     Aspex also has been told that some of its competitors have become aware of VSP's imminent de-listing of Aspex, and at least one such competitor has instructed its salespeople to use this information to persuade retailers to purchase the competitor's products rather than Aspex's products.

32.     I also asked our sales people to find out what VSP was telling our customers was the reason for de-listing Aspex. Many customers said that they were told by VSP that its plan to de-list Aspex was a result of "ongoing litigation."

**How De-Listing Would Harm Aspex**

33.     As stated above, even though VSP has yet to formally de-list Aspex, its telephone calls to Aspex's customers have harmed the company's relationships with many of its best and most loyal customers. Aspex has lost a considerable amount of sales.

34.     However, these effects would be dwarfed by the harm Aspex would suffer if VSP were to carry through on its threat to adopt a formal, written policy barring subscribers from using their benefits to purchase Aspex-branded products. Given the ubiquity of VSP's plans, the breadth of its provider network and its tens of millions of insured subscribers, the impact on Aspex would be devastating.

35.     First, as stated above, we believe that the vast majority of Aspex's independent ECP customers (which account for 70% of its business) are in VSP's network and thus would be jeopardized if VSP de-listed Aspex.

36.     Second, if Aspex were to lose those customers for any sustained period of time, Aspex would lose its valuable network of sales representatives.  As noted, the sales representatives focus exclusively on independent ECPs.  Without those customers, the representatives will have no ability to generate sales and, because they are paid mainly on commission, no ability to generate income. Thus, in order to generate income they would likely try to associate themselves with other manufacturers, whose products they could sell to

1  independent ECPs.  Of course, it is possible that not all would be able to find other

2  manufacturers willing to take them; if so, they could lose their livelihoods.

3       37.    Third, if Aspex were to lose its ability to sell to independent ECPs it would be

4  foreclosed  from  pursuing  certain  business  opportunities,  including  product  licensing

5  agreements.    Aspex is presently exploring potential licensing deals in which it would

6  manufacture eyewear under a licensed brand name.  A key factor in being able to pursue such

7  opportunities is the ability to sell to independent ECPs, rather than discount chains, because of

8  the superior profit margins in the independent ECP distribution channel and the image that the

9  licensor would like to maintain for the brand.  If Aspex loses its ability to reach independent

10  ECPs, then it would likely also lose its ability to secure a licensing deal.  It is not possible to

11  calculate the lost value associated with not being able to pursue these opportunities.

12       38.    In sum, given Aspex's historic focus on selling to independent ECPs, including

13  the fact that 70% of its sales are to independent ECPs, the value to the company of its sales

14  network and customer relationships, and potential lost business opportunities, I believe that

15  VSP has the power to bankrupt the company.

16       I declare under penalty of perjury that the foregoing is true and correct.

17  Executed this ___ day of April, 2010.

18

19                                           Bernard Pedoussaut

20

21

22

23

24

25

26

27

28

DECLARATION OF BERNARD PEDOUSSAUT

# EXHIBIT "A"

## VSP History

**1955:**
With a dream to provide high-quality, cost-effective eyecare benefits, a group of optometrists in Oakland, California, form the first prepaid, not-for-profit vision benefit.

**1960s:**
Companies and government agencies begin recognizing the importance of including vision insurance in their employees' benefits packages.

VSP experiences rapid growth and builds stronger partnerships with eye doctors.

The VSP concept is so successful that other states use it as a model.

**1968:**
Headquarters move from Oakland to Sacramento, California.

**1970s:**
VSP opens an optical lab in Sacramento, California, to better serve its members and eye doctors with a wide range of products and specialized service. (Today, our lab network includes over 300 facilities nationwide.)

**1980s:**
With VSP now a national eyecare wellness benefits leader, organizations in many industries, such as education, government, high-tech and banking, quickly see the value of vision care.

**1990s:**
Vision care benefits grow increasingly popular among employers as they recognize the competitive advantages of providing their employees a complete benefits package. As a result, membership increases 11 times to over 31 million.

**1992:**
We launch Altaireyewear, a private label frame company that sells its products exclusively to our eye doctors.

**1993:**
Our headquarters moves once again to our current building in Rancho Cordova, California, near Sacramento.

**1997:**
The Sight for Students℠ program launches, delivering free eyecare services to thousands of low-income children.

**2000s:**
VSP launches Eyefinity®, a separate for-profit company that provides e-commerce solutions to private-practice VSP doctors.

Fortune Magazine lists our company as one of the "100 Best Companies to Work For" consecutively from 2000 through 2008.

**2003:**
VSP opens our second high tech optical lab, located outside Columbus, Ohio.

**2004:**

In December, VSP achieves a gross $2 billion in revenue.

J.D. Power and Associates ranked VSP "Highest in Member Satisfaction Among National Vision Plans, Three Years in a Row (2004 -2006)."™

**2005:**

In September, VSP celebrates our 50th anniversary.

**2006:**

Fortune Magazine ranks VSP #7 on its list of '100 Best Companies to Work For.' In addition, we begin providing voluntary coverage to many of the more than eight million federal employees and retirees.

**2007:**

VSP expands its company and network of doctors into Canada. VSP begins also offering a "direct to consumer" comprehensive eyecare plan to those who don't have access to vision coverage through an employer. In addition, VSP purchases its third optical lab, Legends 4.0™, located in Lewisville, Texas.

**2008:**

VSP expands its existing frame and practice solutions business by acquiring Marchon, an industry-leading manufacturer, designer, and distributor of quality eyewear and sun wear. OfficeMate, Marchon's practice solutions business, merges with Eyefinity to create Eyefinity/OfficeMate, and Altair becomes an eyewear division of Marchon.

VSP purchases its fourth optical lab, Ultra Lens, in Fort Lauderdale, FL.

## VSP Facts

We're dedicated to offering affordable, high-quality eyecare plans that promote visual wellness and improve our members' quality of life. As the nation's largest provider of eyecare coverage, thousands of companies rely on us to provide a range of vision plans. Our plans meet overall eye health and wellness needs and cover advanced vision correction procedures, including surgery.

| | |
|---|---|
| Origin | Brokers |
| Recognition | Doctors |
| Community | Employees |
| Members | Corporate Locations |
| Clients | Executive Management |

### Origin

A forward-thinking group of optometrists founded VSP in September of 1955 in Oakland, California. Today, our headquarters are in Rancho Cordova, a suburb of Sacramento, California. For more than half a century we've been a trusted source in eyecare wellness benefits.

Top

### Recognition

VSP has earned recognition from a range of prestigious third parties. Check out our extensive list of Awards and Accreditations.

Top

### Community

Our passion for people and their vision doesn't stop at those with VSP coverage. We believe everyone deserves to see well. That's why we actively seek opportunities to give back to the community with programs like Sight for Students®. This program provides free eyecare and eyewear to uninsured, low-income children.

Top

### Members

With more than 55 million members nationwide, we're proud that one in six people in the United States relies on us for eyecare coverage.

Top

## ·Clients

VSP has contracts with 33,000 clients, including more than 100 health plans. We're dedicated to supporting our clients' wellness initiatives. That's why we developed the VSP Eye Health Management Program. It's our way of educating our clients and members about the importance of overall wellness. We help keep our clients' employees happy, healthy and productive.

Top

## Brokers

In addition to our own direct sales force, we also sell our vision plans through a network of national brokers. We work with more than 16,000 brokers and consultants, including independents, general agents and national brokerage firms. We're committed to providing plans and services that fit both our brokers' and their clients' needs.

Top

## Doctors

We have more than 26,000 doctors in nearly 20,000 offices across the country. That's 38,000 points of access for our members. Whether our members live in cities, suburbs or rural areas, our doctors are nearby—an average of only four miles from where our members live and work. What's more, our doctors provide both eye exams and eyewear, making them a convenient "one-stop" means of obtaining eyecare benefits.

Top

## Employees

We are pleased to have approximately 4,000 employees working for VSP Global℠ companies, including VSP® Vision Care, Marchon® Eyewear Inc., Altair® Eyewear, Eyefinity®/OfficeMate®, and VSP® Labs.

Meet the companies.

Top

## Corporate Locations

**Headquarters**
3333 Quality Drive
Rancho Cordova, CA 95670
800.852.7600

**Eastern Operations Center (EOC)**
3400 Morse Crossing
Columbus, OH 43219
800.462.7009

**Regional Offices**

VSP has offices in the following cities:

| | | | |
|---|---|---|---|
| Atlanta, GA | Boston, MA | Canton, OH | Charlotte, NC |
| Chicago, IL | Hartford, CT | Dallas, TX | Denver, CO |
| Greenville, SC | Kansas City, KS | Honolulu, HI | Houston, TX |
| Indianapolis, IN | Parsippany, NJ | Long Beach, CA | Memphis, TN |
| Minneapolis, MN | San Francisco, CA | Phoenix, AZ | Portland, OR |
| Richmond, VA | Tampa, FL | Seattle, WA | Southfield, MI |
| St. Louis, MO | | | |

Top

## Executive Management

Rob Lynch, President & Chief Executive Officer
Gary Brooks, President of Vision Care
Al Berg, CEO of Marchon Eyewear
Jim McGrann, President of Practice Solutions
Don Oakley, President of Ophthalmic Operations

Top

# EXHIBIT "B"



Vision care for life

# VSP Provider Reference Manual

Check out the manuals on VSPOnline.

Effective January 1, 2009

VSP PROVIDER REFERENCE MANUAL
UPDATE NOTICE, JANUARY 2009

The following VSP Provider Reference Manual updates are effective January 1, 2009.

## Section 1: Eligibility & Authorization

- Changed the term "WellVision" to "VSP" in referencing to VSP plans throughout this section.

- Added the "Important" note below to Obtaining an Authorization Number on Determining a Patient's Eligibility on the **Eligibility and Authorization** page.

---

Important! Make sure you choose the correct member and patient prior to issuing an authorization. If you're not sure which member to choose, call Provider Services Support at 800.615.1883 for assistance.

---

- Included the "Diabetic Eyecare Program" as exempt from paper claim charge. Removed also information about the exception of the gift certificates for VSP's Sight for Students and American Red Cross charity claims on Submitting Claim on Paper section of the **Eligibility and Authorization** page.

## Section 2: Plans & Coverages

- Updated the **Signature Plan** page with the following information:

  - Updated the Frames "Note" on the Materials Coverage to read as:

---

Note: VSP only covers frames when the lenses meet VSP's minimum prescription criteria, unless the patient is eligible for plano lenses. Most VSP Signature Plan patients who've had laser correction surgery can use their frame benefit for plano sunglasses.

---

  - Removed the "operative" service from the **Laser VisionCare Program**.
  - Added the **Diabetic EyeCare Program**. DEP will provide medical eyecare services for members with Type 1 diabetes. Effective January 1, 2009, DEP will be available nationally to eligible members with a VSP Signature Plan that don't already have VSP Primary EyeCare services.
- Updated the contact information about Eligibility and Authorization for **Access Plan and Access Indemnity Plan** page.

- Updated the entire **Diabetic EyeCare Program** page.

- Updated the Submitting Claims/Billing & Reimbursement section of the **Exam Plus and Exam Plus with Allowances Plans**.

- Updated the Submitting Claims/Billing & Reimbursement section of **Laser VisionCare Program**.

- Updated the information about **Interim Benefits** criteria: Check patient's interim benefits before providing services or materials by calling Provider Services Support Line at 800.615.1883.

## Section 3: Eye Exams

- Changed the number from "three" to "ten" years in keeping itemized record of charges made to patients on the **Exam Documentation** page.

- Updated guidelines for providing billable diagnostic and treatment services that are not included in the routine eye exam on the **Supplemental Testing** page.

VSP PROVIDER REFERENCE MANUAL
UPDATE NOTICE, JANUARY 2009



## Section 4: Dispensing & Patient Options

- Added "Carl Zeiss Vision Virginia" to **Virginia Contract Lab** list page.

- Updated the Lens Styles list on the **Patient Options Explanations** page.

- Updated the **Product Index** page.

## Section 5: Client Details

- Added the **ADP TotalSource** page.

- Removed the **AT&T** page.

- Changed the client name from "**Blue Cross of California PPO**" to "**Anthem Blue Cross**" page. Also added to the Post Cataract Materials/Services section to each of the regions that "patients may not be balance billed."

- Created separate client detail pages of all regional states of the **CIGNA HealthCare.**

- Added **L3 Communications** page.

- Updated Access Plan eligibility information regarding the identification of the member's nine-digit ID number, and also added the Indemnity Schedule information to the **Principal Financial Group** page.

## Section 6: Polices



- Updated the entire **Office Standards** page.

- Updated the Review Levels section of the **Quality and Assurance Program** page. Added also the following information to the Quality Assurance Medical-Record Review section:

  "In addition to medical records, the patient's financial records may be requested. VSP will review these records to ensure the correct out-of-pocket charges were assessed for services and materials. Results are separate from the medical record review."

- Updated the **Medical Record Review** page.

- Removed the **Quality Assurance Financial Review** page.

- Added **VSP's Fraud and Abuse Policy** page.

- Added the "Diabetic Eyecare Program" to the list of programs that shouldn't get savings statement on **VSP's Savings Statement** page.

VSP PROVIDER REFERENCE MANUAL
UPDATE NOTICE, JANUARY 2009

## Tools & Forms

For a complete list of downloadable forms and reference charts, please refer to the Tools & Forms section of VSP manuals on VSP *Online*. Below are updated forms:

- Contact Lens Care Program—New!
- Coordination of Benefit Acknowledgement
- Frame Calculator
- Frame Benefit Examples
- Interactive Voice Response (IVR) System
- Materials Verification Form
- Medical Services Authorization Request Form
- Patient Exam Form
- Patient History Questionnaire
- Patient Responsibility Statement
- Remittance Advice
- Vision Therapy Verification Form



vsp.
Vision care for life



# VSP Provider
# Reference Manual

Effective January 1, 2009

©2009 Vision Service Plan. All Rights Reserved.
Material contained herein is confidential, intended only for the use of VSP network doctors and the contents may not be shared with any unauthorized person. This manual is the property of VSP.

## Introduction

Scope of the Manual ................................................................................................ i
Contacting VSP ....................................................................................................... ii
Alphabetical Subject Index ...................................................................................... iv

## Section 1: Eligibility & Authorization

Determining Eligibility ........................................................................................... 1.1
Coordination of Benefits Between Multiple VSP Plans ........................................... 1.3
Coordination of Benefits Between Health Plans and VSP Plans ............................. 1.8
Coordination of Benefits Between Medicare & VSP Plans ..................................... 1.10
Submitting Claims/Timeliness ................................................................................ 1.11
Claim Appeals ........................................................................................................ 1.15

## Section 2: Plans & Coverages

VSP Signature<sup>SM</sup> Plan ................................................................................ 2.1
Contact Lens Plans ................................................................................................. 2.5
Access Plan and Access Indemnity Plan .................................................................. 2.13
Integrated Primary EyeCare<sup>SM</sup> Program ....................................................... 2.16
Acute and Primary EyeCare .................................................................................... 2.17
Diabetic EyeCare Program ...................................................................................... 2.28
Exam Plus Plan and Exam Plus With Allowances Plan ............................................ 2.35
Laser VisionCare<sup>SM</sup> Program ........................................................................ 2.39
Low Vision ............................................................................................................. 2.42
Safety EyeCare Plan ............................................................................................... 2.44
Computer VisionCare<sup>SM</sup> Plan .......................................................................... 2.47
VDT EyeCare Plan ................................................................................................. 2.51
Vision Therapy ...................................................................................................... 2.55
Interim Benefits ..................................................................................................... 2.57
Repair/Replace Benefits.......................................................................................... 2.58

## Section 3: Eye Exams

Levels of Service .................................................................................................... 3.1
Pediatric Eye Exams............................................................................................... 3.5
Supplemental Testing ............................................................................................. 3.9
Exam Documentation ............................................................................................ 3.10
Contact Lens Case Management Procedures ........................................................... 3.14
Clinical Practice Guidelines (Algorithms) .............................................................. 3.16

## Section 4: Dispensing & Patient Options

Using the Contract Lab System ................................................................................4.1

Contract Lab List ....................................................................................................4.3

Patient Options Fee Instructions ...........................................................................4.11

Patient Options Explanations ................................................................................4.12

Product Index .........................................................................................................4.20

Special Lenses .........................................................................................................4.81

Doctor In-Office Lens Options .............................................................................4.84

Providing Frames ...................................................................................................4.86

Frame Companies/Lines .........................................................................................4.88

First-time Redos .....................................................................................................4.92

## Section 5: Client Details

ADP TotalSource ....................................................................................................5.1

Anthem Blue Cross ................................................................................................5.2

CIGNA HealthCare of Connecticut .....................................................................5.5

CIGNA HealthCare of Delaware Valley ...............................................................5.8

CIGNA HealthCare of Illinois..............................................................................5.11

CIGNA HealthCare of Indiana .............................................................................5.14

CIGNA HealthCare of New Jersey........................................................................5.17

CIGNA HealthCare of New York ..........................................................................5.20

CIGNA HealthCare of (Western) Pennsylvania....................................................5.23

CIGNA HealthCare of South Carolina..................................................................5.26

CIGNA HealthCare of Tennessee..........................................................................5.29

CIGNA HealthCare of Washington ......................................................................5.32

CIGNA HealthCare of Wisconsin .........................................................................5.35

Elective Contact Lens Copayment Exception Clients...........................................5.38

Elective Contact Lens Covered in Full Exception Clients....................................5.40

IBM .........................................................................................................................5.42

L3 Communications................................................................................................5.43

Michigan Education Special Services Association (MESSA) .................................5.44

PacifiCare PPO.......................................................................................................5.48

Post Cataract Enhancement Clients .....................................................................5.49

Principal Financial Group ......................................................................................5.50

Raytheon Company ................................................................................................5.51

Safety Eyewear Plans AZ Client Details ...............................................................5.52

Southern Health and Carelink ..............................................................................5.54

Telephone and Data Systems Inc. (TDS) ..............................................................5.56

Union Benefits Trust (formerly OCSEA) ................................................................................ 5.57

Univera ..................................................................................................................................... 5.58

UPS ......................................................................................................................................... 5.59

U.S. Department of Veterans Affairs ...................................................................................... 5.60

## Section 6: Policies

Business Continuity Plan .......................................................................................................... 6.1

Charity Programs: Sight For Students and American Red Cross ............................................... 6.2

Complaints and Grievances ....................................................................................................... 6.5

Insurance, Licensure and Certification ..................................................................................... 6.6

Office Standards .......................................................................................................................... 6.8

Patients' Rights and Responsibilities ....................................................................................... 6.11

Quality Assurance Program ..................................................................................................... 6.12

Medical-Record Review ............................................................................................................ 6.14

Reimbursement ........................................................................................................................ 6.18

How to Use VSP's Name and Logo .......................................................................................... 6.22

VSP's Notice of Privacy Practices ............................................................................................ 6.24

VSP's Privacy Committment .................................................................................................... 6.28

VSP's Fraud and Abuse Policy .................................................................................................. 6.29

VSP Savings Statement ............................................................................................................. 6.33

Glossary ........................................................................................................................ Appendix.1-3

# INTRODUCTION

## SCOPE OF THE MANUAL

Use this manual in combination with your patient's VSP Plan Summary. If you participate in other VSP networks, we'll provide those manuals to you.

The **VSP Provider Reference Manual** contains guidelines for your partnership with VSP. The core sections and their contents are:

- **Eligibility and Authorization:** Processes for verifying patient eligibility for VSP coverage, determining which benefits apply and submitting claims for reimbursement.

- **Plans and Coverages:** Covered services and administration of VSP eyecare plans.

- **Eye Exams:** Standard exam and supplemental test procedures for children and adults. Also includes processes for documentation requirements and referrals.

- **Dispensing and Patient Options:** Procedures for dispensing spectacle lenses and frames and contact lenses to patients. Also explains the use of contract labs and how to administer a necessary redo.

- **Client Details:** Specifics about benefits, coordination of benefits and reimbursement.

- **Policies:** A listing of VSP's policies and procedures for quality management, reimbursement, advertising, and safety.

### TOOLS FOR LOCATING INFORMATION

The **Alphabetical Subject Index**, found in this Introduction, lists the main manual topics by section.

The **Glossary**, located in the back of the manual, provides an alphabetical listing of common terms used throughout this manual. A concise definition is provided for each term.

# CONTACTING VSP

## Contacting VSP by Phone

| Service | Number | Notes |
|---|---|---|
| Provider Services Support Line | 800.615.1883 | Representatives are available Monday through Friday from 6:00 a.m. to 7:00 p.m. and Saturday from 6:00 a.m. to 2:30 p.m. Pacific Time. After dialing, you'll be greeted by our Interactive Voice Response (IVR) system. After the salutation, you may reach a representative by selecting from the following options: Option #1: Eligibility and authorization information  Option #2: All other inquiries |
| Member Services (Patients) | 800.877.7195 | Representatives are available to answer questions from patients Monday through Friday from 5:00 a.m. to 7:00 p.m. Pacific Time. You may also refer VSP members to vsp.com. |
| Provider Relations | 800.852.7600 ext. 7234 (message center) | Provider Relations will answer questions regarding VSP seminars and other training opportunities. |
| Provider Services | West: 800.852.7600 East: 800.462.7009 | Provider Services will answer any questions pertaining to doctor membership, Quality Management, Provider Reviews, recredentialing, or fees. |
| MESSA Authorization Line | 800.624.7021 | **Michigan doctors only:** Call the MESSA Authorization Line for MESSA member eligibility and authorization information. |

## Contacting VSP by Mail

| Claims and Correspondence | Correspondence (Eastern USA) |
|---|---|
| VSP PO Box 997100 Sacramento, CA 95899-7100 | VSP PO Box 2487 Columbus, OH 43216-2487 |

## Ordering Supplies and Forms

### SHIPPING TIME

Most shipments will be sent UPS ground. Please allow the appropriate time for shipment. If you need faster delivery, please make note of the priority on your request.

# PROVIDING FRAMES

Note: We only cover frames when lenses meet our minimum prescription criteria, unless your patient is eligible for plano lenses. We'll deny frame-only claims that don't meet our criteria. Your patient must pay for the non-covered frame as an out-of-pocket expense.

Here's our minimum prescription criteria:

The combined power in any meridian is ±0.50 diopters or greater in at least one eye or one of the following exceptions occurs:

—Necessary prism of 0.50 diopters or greater in at least one eye
—Anisometropia is 0.50 diopters or greater
—Cylinder power is ±0.50 diopters or greater

General guidelines when providing frames for VSP patients:

- Depending on lab policy, you can send the frame from your office to the lab, have the frame drop-shipped from the manufacturer, or use a frame supplied by the lab.

- Only provide frames when the prescription lenses meet our minimum prescription criteria, unless your patient is eligible for plano lenses. We'll deny frame-only claims not meeting our criteria.

- Lenses that don't meet out minimum prescription criteria can't be dispensed to your patient in a VSP-covered frame or separately.

- Provide only current stock—not discontinued frames.

## Frames Companies/Lines

Frame companies listed on the Frame Companies/Lines list have completed our application and meet the following criteria:

- The manufacturer provides us and our doctors with current catalogs and wholesale price lists for their frames, or the manufacturer is listed in the *Frames*® catalog.

- Catalog price or manufacturer's wholesale price doesn't exceed a 25% markup over your typical acquisition price.

When billing us for listed frame companies/lines, please use the frame price indicated on the manufacturer's wholesale price list or the *Frames* catalog list as the wholesale cost. For all companies not listed, use your acquisition price when indicating the wholesale cost.

Keep invoices of frame purchases other than those on the Frame Companies/Lines list for at least six years. We may ask you for these invoices.

We include listed frame companies' entire collections unless otherwise noted.

## Patient's Frame Allowance

Under the VSP Signature Plan®, your patient's frame allowance is represented by a combination of the wholesale frame amount and corresponding retail amount for which your patient is covered. Although patients will only be informed of their retail allowance, they're covered in full for any frame less than or equal to their wholesale or retail allowance.

Your patient can apply the frame allowance to any frame, listed or unlisted. If patients choose unlisted frames, use your acquisition cost instead of the *Frames* catalog price when submitting the "wholesale cost" to us.

For Signature (A), Second Pair (B), CVC (S), Value (U), and VDT (V): Provide an eyeglasses case with the frame, unless patient declines. To be reimbursed for an eyeglass case, you must bill HCPCS code V2756 with your U&C fee for case. VSP will pay the billed amount up to $2.00. Don't balance bill the patient.

### FRAME OVERAGES

Charge your patient according to our frame overage procedures. When patients choose frames exceeding both their wholesale and equivalent retail allowances, they're responsible for overages (any amount exceeding their retail frame allowances—less a 20% discount.) Don't charge your patient more than the discounted frame overage, plus sales tax if it applies.

Don't bill patients for standard costs to ship frames to you. Non-standard shipping costs are a private transaction between you and your patients. Tell patients what the cost will be before ordering frames.

Total charges to patients can't exceed the retail price of frames.

Check out the Frame Benefit Examples/Frame Calculator reference card for help with these calculations.

# FRAME COMPANIES/LINES

Frame companies on the Frame Companies/Lines list have completed our application and meet the following criteria:

- The manufacturer provides us and our doctors with current catalogs and wholesale price lists for their frames, or the manufacturer is listed in the *"Frames"* catalog.
- Catalog price or manufacturer's wholesale price doesn't exceed a 25% markup over your typical acquisition price.

When billing us for listed frame companies/lines, please use the frame price indicated on the manufacturer's wholesale price list, or the *"Frames"* catalog list as the wholesale cost. For unlisted companies, use your acquisition price.

---

**Note:** Keep invoices of frame purchases other than those on the Frame Companies/Lines list for at least six years. We may ask you for these invoices.

---

Entries don't imply endorsement, promotion, contracts, or any other relationship between us and listed companies. We'll include listed companies' entire collections unless otherwise noted.

123 Eyewear

A & A Optical Co., Inc.
A Child's View, Inc.
Aaron M. Poriss, Co.
Abba Optical, Inc.
Accent Eyewear, Inc.
Aden Ophthalmic Products*
Aim Optics
Alanco Optical
Alibi Optiks
Altair Eyewear
Antica
AO® Sunwear USA, Inc.
Aoyama USA/International Systech
Apex Sungear, LLC
Apollo Eye Gear
Apple Optical Co.
ARIA Advanced Eyewear
Aristar
Art Craft Optical Company, Inc.*
Artisan Eyewear Design
Artistic Eye
Artoptic International Corp.

Ashley Barrett
Aspex Eyewear, Inc.
Australian Optical Co.

B. Robinson Optical, Inc.
B.G.E.
BBH Eyewear
Bella Italia
Ben-Glo Optical
Benedict Optical
Best Image
Beverly Hills Polo Club
Bill Blass
Biovision, Inc.
Black Flys Eyewear
Blink Eyewear
BOIC Eyewear
Bolle´ America
Bonjour
Boston Eye Designs
BOZ
Bravo Eyewear
Brendel Lunettes
Broadway Eyewear

Bruno Bernini, Inc.
Bucci, Inc.

C & E Vision Group
CAC Optical, Inc.
Cadore Moda
California Design Studio, Inc.
Calvin Klein Eyewear
Canyon Eyewear
Capital Eyes, LLC
Capri Optics
Caravaggio
Cases & Frames Wholesale Optical Suppliers
Cazal
CDS Eyewear
Charisma Eyewear, Inc.
Charmant Inc., USA
Choice Optical Group
Claiborne Optics/Studio Collections
Clariti Eyewear, Inc.
ClearVision Optical
COCO Lunette International
Colors in Optics, Ltd.

DISPENSING & PATIENT OPTIONS

FRAME COMPANIES/LINES

Continental Optical Imports
Continental Sales Co.
Costa Del Mar
Cottet Morel Eyewear
Coyote Vision, USA, Inc.
Creative Group
Creative Optics
Crystal Clear Vision Group
Crystal Eyewear
Custom Optical Frames, Inc.
CXD

**D**
Dakis Optical Company, Inc.
Dakota Smith Eyewear
Dan's Optical Supplies
De Rigo USA
Diaco, Inc.
Diversified Ophthalmics
Dupont Optics Company

**E**
E'lite Optical
Eagle Eyewear, Inc.
Eastern States Optical
Elizabeth Arden
Emporium Buyers' Club
EnVida
e-SMITH eYeWeAR Inc.
Euro Designs Eyewear
Euro Eyewear, Inc.
Euro Vision Group
Europa International
Eurotrends Eyewear
Excel Eyewear Corp.
Exclusively Ours
Exit Eyewear
Exportimar, Inc.
Eye Concept Optical Ltd.
Eye Eye Denmark
Eye on New York
Eye Q Eyewear Corporation
Eye Think Eyewear
Eyedeals Eyewear
Eyephorics (2.5)/Optica Italee

Eyes Cream Shades
Eyesight Pacific, Inc.
Eyespace
Eyestyles
Eyewear Designs Ltd.

**F**
Face A Face, Inc.
Faconnable Eyewear
First Look Optic
Fisher Price/Clear Vision
Fitovers**
Flintstones
Focal Change Frames
Foko, Inc.
Frame Club
Frame Management, Inc.
Frames Plus
Fratelli Lozza/Opti-Fashion

**G**
Gatling Optical Company
Global Optique, Inc.
Gold Coast Imports
Gordon Optical Supply
Great Western Optical
Guess?/Viva

**H**
Hallmark Optical
Hart Specialties, Inc.
Hello Kitty/Fantas-Eyes, Inc.
Heritage Collection *(formerly International Eyewear, Inc.)*
High Fashion Optical
Hobie
HSU International
Hudson Optical Corp.*

**I**
I2I Moda
I-Frame, Inc.
I-Dealoptics
I-Goti Eyewear
I.X. Optical U.S.A.
IC Optical, LLC
IC Optics, Ltd.

ICON Eyewear Inc.
ICP
Ideas Optical Group, Inc.
Imagewear
Infinity Eyewear, Inc.
Infooptica
Innovative Eyewear for Revolution
Inspecs USA *(formerly Gone Vision Group)*
International Eyewear, Inc. (CA)
International Minds
International Point of View
Intervention Eyewear
Ira Mitchell Eyewear
Irish Eyes
it Eyewear
Italian Eyes

**J**
J & B Optical Co., Inc.
J.F. Rey Eyewear
Jai Kudo
Jason International Optical, Inc.
Jersey Optical
Jonathan Cate Eyewear
Jordan Eyewear, Inc.
JR Vision Group

**K**
Kala Eyewear/Golden Gate Optical USA
Kasperek Optical, Inc.
Kazuo Kawasaki/Optica Italee
KB Optics
Keezhan Eyewear/Kadima USA
Kenmark Optical/Lancer Int'l
Key Largo
Key Lunettes, Inc.
Kingmex International Corp.
Kio Yamato
Koba Eyewear
Koure Eyewear, Inc.
Kover U.S.A., Inc.
Kyoto Eyewear

FRAME COMPANIES/LINES                    DISPENSING & PATIENT OPTIONS

**L**

L & L Optical
L & Y Optical Wholesale
LBI Company
L'Amy, Inc.
L'Unique Optique, Inc.
L'Uomo
La Difference
La Prima Optics
Lantis Optical
Lawrence Eyewear Mystique
Le Star
Leisure Optiks
LG Eyewear
Liberty American, Inc.
Liberty Optical Mfg. Co., Inc.*
Lido West Eyewear, Inc.
Ligo
Limited Editions *(except Ce-Tru Collection)*
Linea Roma/Vision Design Eyewear Inc.
Liz Claiborne Optics/Studio Collections
Liz Claiborne Sunglasses
Logic Optics USA, Inc.
Logo Paris, Inc.
London Bridge Classics
Look Occhiali SRL
Looking Good Eyewear
Lotus Optical Ind, Corp.
Luminaire Company
Luxottica Group

**M**

M Par M
Manhattan Design Studio
Marajo Eyewear
Marchon
Marcolin
Marine Optical, Inc.
Marlin Industries
Marlyn Optical Co., Inc.
Martin Copeland
Masunaga Group, Inc.

MBI, LTD.
McGee Group, The
Meridian Eyewear
Metzler International (USA), Inc.
Micro Vision Optical Inc.
Microshapes
Milton Appel Co., Inc.
Minima
Minuteman Optical Corp.
Miracle Optics
Mitani USA Inc.
Miyazawa/EnVida
Modern Optical Ltd. *(except Best B-Eyes & Modern Times)*
Modo Eyewear
Moja Design
Momentum Eyewear, Inc.
Montage Eyewear
Montreaux Eyewear
Morton Optical
Mountain Pond Eyewear
Multi Facets

**N**

Nantucket Eyewear/Precision Optical
Nassau Vision Group
Nautica Eyewear
Neo Era Optics
Neostyle Eyewear Corp.
Nevada Eyeworks, USA
New Era Optical
New Millennium Eyewear Group, Inc.
New Trends Eyewear
New Vision Optique, LLC
New York Eye/Hart Specialties Co.
New York Optical Western Hemisphere
Nicole Miller
Nikon Eyewear
Noble Optical
Northern Eyes, Inc.
Northwest Eyewear

Nouveau Eyewear
Nutmeg Optical Supply, Inc.

**O**

Occhiali West
Ocean Optical Co.
O.G.I. Frames, Inc.
Omni Eyewear
On-Guard Safety Corp.*
Opti-Fashion, Inc.
Optica Italee
Optical Dispensary Management
Optical Exchange
Optical Fashion Trade
Optical Trends
Optical Xpressions
Optics Industries
Optiline, Inc.
Optimate, Inc.
Optiq, Ltd.
Optique Du Monde
Optique Classique
Optique Marquis
Ora Optical
Otego Optical
Ownda Eyewear, Inc.
Oycos/Momentum Eyewear, Inc.

**P**

Panoptx
Pathway
Paul Michael Optical Corporation
Perry Ellis
Phillips Safety*
Phoenix Optical, Inc.
Piazza Optical
Pierre Cardin
Pixel Optic, LLC
Portside Eyewear
Positive Eyewear
Prava Optics, Inc.
Premier Eyewear
Precious Metal Eyewear
Prestige Optics *(Prestige line only)*
Prio Corporation

DISPENSING & PATIENT OPTIONS

FRAME COMPANIES/LINES

Priority Eyewear
Private Eyes
Private Label
Pro Design Eyewear, Inc.
Prodigy Eyewear
Profiles Eyewear
R ▓▓▓▓▓▓▓▓▓▓▓▓
R & R Imports
Rafaele
Ralph Lauren Eyewear
Real Eyes Optical
Rainbow World Optical Supply, Inc.
Regency International
Regent Opticals, Inc.
Rem Optical Co.
Renditions Eyewear Group
Revolution Eyewear
Revue International
Rochester Optical Manufacturing
Rodenstock
ROI
Royal Vision Int'l. Co.
Royce Int'l Eyewear *(formerly Dakota Eyewear)*
Rozin Optical
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
S.P.F. Optical, Inc.
Safilo USA
SAMA Eyewear
Sanders Optical Co., Inc.
Sans Pareil, Inc.
Savvy Eyewear
Scandanavian Frames, Inc.
Scojo Vision, LLC***
Score International, Inc.
See O₂ Frames, Inc.
SEECO Eyewear

Seiko Titanium
Serengeti Eyewear, Inc.
Shane Michael
Sharp Optics
Shefa, LLC
Shuron Ltd.
Siegel Optik
Signature Eyewear
Silhouette
Silver Dollar Optical Corp.
Smilen Eyewear
Sola Technologies
Solo Bambini
Sorrento Designs
Southern Optical
Spectacle Eyeworks
Spectrum Eyewear
Spectrum Optical
Spy Optic, Inc.
St. John/Studio Collections
St. Moritz
Standard Optics
Studio Collections *(formerly Wilshire Designs)*
Styl-Rite Optical
Styloptic
Sunairess Eyewear
Suncloud
Superior Frame Line, Inc.
Supreme Optical Corporation
Symmetry Eyewear
Systech/International Systech Corp.
▓▓▓▓▓▓▓▓▓▓▓▓▓
Tart Optical Enterprises/Bacara
Technol, Incorporated
Titmus*
Toki Eyewear/Masunaga Group

Inc.
Transworld Optical
Tura
Tuscany Eyewear
▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓
U.S. Eyewear
U.S. Optical Frame Co.
U.S. Safety*
Ultra/Palm Optical Co., Inc.
United Colors of Benetton
United Optical
Universal-Univis
Upscale Eyewear Company
USA Optical
Uvex/Leisure Optiks
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Vanni
Value Eyewear
Veneto
Venuti International
Vision America
Vision Concepts International Inc.
Viva
▓▓▓▓▓▓▓▓▓▓▓▓▓
Welling International
Wiley X Eyewear*
Windsor Eyes *(formerly Windsor Optical/ Ambassador Eyewear)*
Wolverine/Kenmark/Lancer International*
World Spectacles, Inc.
Wreckless Vision
Zeiss/Classic Optical
Zen Eyewear
Zimco Optics, Inc. *(except Budget Collection)*
Zyloware

* Safety Eyewear frame company.

** Included when prescription lenses are mounted or if your patient has plano benefits (frame with plano lenses can be used).

*** Included only if the generic lenses supplied with the frame are replaced with custom prescription lenses at the time of purchase.

4.91

# Welcome to VSP!

As a VSP doctor, you're part of the nation's leading eyecare health plan. Over 55 million members nationwide rely on doctors like you to help them see well and stay healthy. Everyone deserves good health, so we actively seek opportunities to give back to the community. Take our Sight for Students® Program. It provides free eyecare and eyewear to uninsured, low-income children.

Helping people see well and be well—that's what VSP is all about.

©2009 Vision Service Plan. All Rights Reserved.

This material is confidential, intended for the use of VSP doctors only. The contents may not be shared with any unauthorized person. This manual is the property of VSP.



3333 Quality Drive
Rancho Cordova, CA 95670
800.615.1883
vsp.com

CAT#11218  JOB#9959DR  1/09          VSP® is an equal opportunity and affirmative action employer.

# REIMBURSEMENT

## VSP's Doctor Payment System

We reimburse doctors according to a unique fee payment system. Our goals are to pay doctors as fairly as we can while, at the same time, provide an eyecare plan to clients at a competitive price.

We pay professional fees for the VSP Signature Plan® exams (diagnostic services) and lens and frame dispensing services. Refer to the VSP Signature Plan in Section 2: Plans and Coverages for more information.

## Filing Doctors' Fees

We need doctors to turn in their U&C fees when they first join and each year after that so we can assign fees and reimbursement for services to our patients. Please use our "Confidential Fee Survey Form" included in your network application packet to report U&C professional service fees initially or on VSP*Online* at eyefinity.com. We'll use this information to determine each doctor's fees for providing services to our patients. Once fees have been determined, we'll provide an Assigned Fee Report (AFR) for each doctor indicating fees and reimbursement.

Please refile your fees every year even if there's no change. To get a new "Confidential Fee Survey Form," please call VSP's Provider Services Support Line at 800 615.1883. Or, you can go to VSP*Online* at eyefinity.com and complete the survey online under "Fee Filing and Inquiry" to file your fees online.

### REFILING FREQUENCIES

Increased U&Cs/No Change to U&Cs: You can refile fees every 12 months.

Decreased U&Cs: You can refile fees as often as you'd like. But refile at least every 12 months.

## Assigned Fee Reports

Assigned Fee Reports (AFRs) reflect doctor-submitted U&Cs and VSP-determined reimbursement amounts for exams and basic lens and frame services. The report is divided into four categories:

1. **Exam Services:** Reimbursement amounts for exams
   - Bundled Fees: Combined reimbursement amounts for exam and refraction
   - Unbundled Fees: Separate reimbursement amounts for exam and refraction
   - Supplemental Exam Fees: VDT exam services
   - Evaluation/Management Fees: Primary and acute eyecare services
2. **Material Services:** Reimbursement amounts for dispensing lenses and a frame
3. **Frame-Only Dispensing:** Reimbursement amounts for dispensing a new frame
4. **Patient-Supplied Frame Dispensing:** Reimbursement amount for dispensing a frame supplied by the patient

### AFR FREQUENCIES

Once doctors reach our maximum allowance for their region, we automatically update fees if the maximum allowance increases. We'll send AFRs with revised fees and reimbursement amounts when this happens.

Doctors who choose a Practice Administrator can verify and refile fees on VSP*Online* at eyefinity.com by clicking the "Fee Filing & Inquiry" link. You can assign a Practice Administrator by downloading our "Practice Administrator Form" under the Manage Your Practice link on VSP*Online* at eyefinity.com.

## Maximum Allowances

Our Board of Directors establishes maximum amounts that can be reimbursed for exams and for lens and frame services in each geographic region. The board reviews these confidential amounts periodically.

### SIGNATURE NETWORK

We send every practice in our network an AFR showing reimbursement fees for this plan. If you'd like another copy, please call our Health Care Services Division. Doctors in the West should call 800.852.7600. Doctors in the East should call 800.462.7009. You can also use the Supply Request Form on VSP*Online* on eyefinity.com.

Patient options (e.g., lens and material options not covered by your patient's plan) are charged to patients following the VSP Signature Plan Patient Options List. Call Provider Services at 800.615.1883 to get a form faxed or go to VSP*Online* on eyefinity.com and look under the "Manuals". The Option Charge Backs and Doctor Service Fees show what we deduct from your check for our payment to the lab for selected patient options plus your service fee for each option.

Find copays, frame allowances, and elective contact lens allowances under the patient's plan information on VSP*Online*.

### CHOICE NETWORK

We send Choice Network doctors AFRs showing reimbursement fees for plans in the Choice Network like the Signature Choice Plan. Please call our Health Care Services Division if you'd like another copy. Doctors in the West should call 800.615.1883. Doctors in the East should call 800.462.7009. You can also use the Supply Request Form on VSP*Online* on eyefinity.com.

Bill patients for patient options by charging 80% of your U&C fee. The Option Charge Backs and Doctor Service Fees show what we deduct from your check for our payment to the lab for covered patient options and your service fee for each option.

Find copays, frame allowances, and elective contact lens allowances under the patient's plan information on VSP*Online*.

### VALUE NETWORK

We send doctors in the Select Network AFRs showing reimbursement fees for plans in the Value Network. Please call our Health Care Services Division for another copy.

### OTHER NETWORKS

Our Regional Network Plans, VSP Advantageand Medicaid Plans have fee schedules for each state. Call us at 800.615.1883 for a copy of a fee schedule for the plan(s) you're in.

## Covered Patient Options (Signature or Value Plan)

When you supply a covered patient option, we'll pay you a professional fee equal to the difference between the patient option fee and the chargeback for each covered option provided. This is called a doctor's service fee.

Note: We don't pay service fees for the following covered patient options: plastic dyes, glass tints and plastic, and glass photochromics. Also, we don't pay service fees for covered polycarbonate lenses when supplied to dependent children or disabled patients under the VSP Signature Plan®. We don't pay service fees for supplying these options when the patient's plan covers them, unless noted as an exception in Section 5: Client Details.

## Covered Patient Options (Signature Choice)

When you supply a covered patient options, we'll pay you a professional fee located on the Signature Choice Option Charge Backs and Doctor Service Fees.

Note: Also, we don't pay service fees for covered polycarbonate lenses when supplied to dependent children or disabled patients under the VSP Signature Plan.

## Progressive Lenses (Signature and Value Plan)

The patient option fees for progressive lenses are equal to the chargeback fees. We pay a separate dispensing fee for providing progressive lenses to your patients whether the lenses are covered or not. We base this dispensing fee on your current filed fee for progressive lenses.

## Progressive Lenses (Signature Choice)

When providing non-covered progressive lenses, charge your patient 80% of your add on fee. You're paid a separate dispensing fee for providing progressive lenses. The dispensing fee is based on your current filed fee for progressive lenses. If your patient is covered for progressive lenses, you're paid a separate dispensing fee and the covered service fee in the Signature Choice Option Charge Backs and Doctor Service Fees.

## Payments

We mail checks following your state's established pay schedule. Checks include payment for claims turned in and received during specified pay periods. We enclose statements itemizing the claims paid with checks.

Please call the Provider Services Support Line at 800.615.1883 if your check doesn't arrive according to the schedule.

## Cutoff Dates

Our payment schedule includes cutoff dates; claims need to be processed by these dates for them to be paid on your next check. Cutoffs usually fall five to 10 days before the last day of the payment period. We can't guarantee internal processing time, but claims turned in at least three working days before the cutoff usually are paid on the upcoming check.

## Claims Not on the Remittance Advice (RA) Statement

If payment for a claim doesn't appear on your check, it could be because:

- The wrong doctor ID number was used.

- We need more information.

- We got the claim after the deadline, so it'll be included on your next check.

- We haven't received the claim.

- We're auditing the claim or lab invoice.

For claims that have gone unpaid more than two months, copy the "Doctor's Copy" of the claim and mail it with a note explaining the situation. Please mail that to "VSP's Member Claims Processing Department" at the same address you send your VSP claims.

---

**Important!** Please clearly print your doctor ID number on the claim copy so pay isn't further delayed.

---

## Payment Errors

If you see a payment error, write us within five days after the check arrives. Please include copies of your RA and the "Doctor's Copy" of the claim so we can review the claim. For more information, please call the Provider Support Services Line at 800.615.1883.

EXHIBIT "C"

## VSP AFFECTED ACCOUNTS IN TERRITORY M09

| Client No. | City, State | Outcome |
|---|---|---|
| 20475 | Bexley, OH | Will not reorder until VSP issue is resolved |
| 16615 | Montgomery, OH | Has order on hold and will not reorder until VSP communicates that it is reimbursing Aspex's products |
| 51995 | Gahanna, OH | Will not reordering because of the VSP issue |
| 20638 | Columbus, OH | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 19258 | Cincinnati, OH | Will not reorder until VSP issue is resolved |
| 59427 | Athens, OH | Will not reorder until VSP issue is resolved |
| 50074 | Hilliard, OH | Significantly reduced its reorders until VSP issue is resolved |
| 22717 | Dublin, OH | Will not reorder until VSP issue is resolved |
| 22419 | Marysville, OH | Significantly reduced its reorders until VSP issue is resolved |
| 14793 | Dayton, OH | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 56410 | Columbus, OH | Will not reorder until VSP issue is resolved |
| 14634 | Cincinnati, OH | Has informed us that they will no longer carry our products if they are not covered by VSP and has been liquidating its Aspex inventory |
| 1971 | Columbus, OH | Has informed us that they will no longer carry our products if they are not covered by VSP and has been liquidating its Aspex inventory |
| 22718 | Columbus, OH | Will not reorder until VSP issue is resolved and cancelled its scheduled appointment |

Page 1 of 3

## VSP AFFECTED ACCOUNTS IN TERRITORY M09

| Client No. | City, State | Outcome |
|---|---|---|
| 59950 | Columbus, OH | Will not reorder until VSP issue is resolved |
| 1977 | Westerville, OH | Reduced its reorders but closely monitoring the VSP issue |
| 51656 | New Albany, OH | Will not reorder until VSP issue is resolved |
| 11177 | Columbus, OH | Selling off inventory in anticipation of not having VSP coverage and ordering reduced |
| 21280 | Powell, OH | Significantly reduced its reorders until VSP issue is resolved |
| 7850 | Dublin, OH | Will not reorder until VSP issue is resolved |
| 56342 | Columbus, OH | Will not reorder until VSP issue is resolved |
| 60189 | Columbus, OH | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 21940 | Columbus, OH | Significantly reduced its reorders until VSP issue is resolved |
| 59038 | Pickerington, OH | Has informed us that they will likely no longer carry our products if they are not covered by VSP but will await further information before making its final decision |
| 5489 | Worthington, OH | Will not reorder until VSP issue is resolved and demands to return all frames |
| 60916 | Powel, OH | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 25048 | Reynoldsburg, OH | Significantly reduced its reorders until VSP issue is resolved |

## VSP AFFECTED ACCOUNTS IN TERRITORY M09

| Client No. | City, State | Outcome |
|---|---|---|
| 26368 | Pickerington, OH | Will not reorder until VSP issue is resolved |
| 7515 | Westerville, OH | Significantly reduced its reorders until VSP issue is resolved |
| 13176 | Grove City, OH | Will not reorder until VSP communicates that it is reimbursing Aspex's products |
| 18225 | Dublin, OH | Cannot order and cannot continue to do business without VSP |
| 45713 | Marion, OH | Will not reorder until VSP issue is resolved |
| 50850 | Lancaster, OH | Significantly reduced its reorders until VSP issue is resolved |
| 10097 | Columbus, OH | Will not reorder until VSP issue is resolved |
| 24723 | Whitehall, OH | Significantly reduced its reorders until VSP issue is resolved |
| 29777 | Chillicothe, OH | Significantly reduced its reorders until VSP issue is resolved |
| 13244 | Grove City, OH | Will not reorder until VSP issue is resolved and contacted our competitors to trade out 100 Aspex frames for other brands because they need to have VSP approved frames |

# EXHIBIT "D"

## VSP AFFECTED ACCOUNTS IN TERRITORY G08

| Client No. | City, State | Outcome |
|---|---|---|
| 20446 | Aurora, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 50174 | Aurora, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 1968 | Aurora, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 6492 | Aurora, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 51865 | Boulder, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 16496 | Boulder, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 26775 | Boulder, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 20252 | Boulder, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 49031 | Boulder, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 27735 | Brighton, CO | Concerned and closely monitoring the VSP issue will likely not carry our products if not covered by VSP |
| 10267 | Brighton, CO | Concerned and closely monitoring the VSP issue will likely not carry our products if not covered by VSP |
| 10199 | Broomfield, CO | Has order on hold and will not reorder until VSP communicates that it is |

## VSP AFFECTED ACCOUNTS IN TERRITORY G08

| Client No. | City, State | Outcome |
|---|---|---|
| | | reimbursing Aspex's products |
| 56533 | Canon City, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 21077 | Canon City, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 29790 | Castle Rock, CO | Concerned and closely monitoring the VSP issue will likely not carry our products if not covered by VSP |
| 55986 | Castle Rock, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 13778 | Castle Rock, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 39460 | Centennial, CO | Will not reorder until VSP issue is resolved |
| 47586 | Centennial, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 16263 | Centennial, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 25125 | Colorado Spring , CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 10028 | Colorado Spring, CO | Concerned and closely monitoring the VSP issue will likely not carry our products if not covered by VSP |
| 9596 | Colorado Spring, CO | Donated our frames - dropped us |

Page 2 of 6

## VSP AFFECTED ACCOUNTS IN TERRITORY G08

| Client No. | City, State | Outcome |
|---|---|---|
| 26302 | Colorado Spring, CO | Concerned and closely monitoring the VSP issue will likely not carry our products if not covered by VSP |
| 10710 | Colorado Spring, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 14200 | Colorado Spring, CO | Concerned and closely monitoring the VSP issue will likely not carry our products if not covered by VSP |
| 26457 | Colorado Spring, CO | Concerned and closely monitoring the VSP issue will likely not carry our products if not covered by VSP |
| 45918 | Colorado Spring, CO | Concerned and closely monitoring the VSP issue will likely not carry our products if not covered by VSP |
| 8381 | Colorado Spring, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 25028 | Colorado Spring, CO | Will not reorder until VSP issue is resolved |
| 56249 | Colorado Spring, CO | Concerned and closely monitoring the VSP issue will likely not carry our products if not covered by VSP |
| 51788 | Delta, CO | Concerned and closely monitoring the VSP issue will likely not carry our products if not covered by VSP |
| 19893 | Denver, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 5624 | Denver, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 47511 | Denver, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |

Page 3 of 6

## VSP AFFECTED ACCOUNTS IN TERRITORY G08

| Client No. | City, State | Outcome |
|---|---|---|
| 8587 | Denver, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 47513 | Denver, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 27510 | Denver, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 39544 | Denver, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 28641 | Denver, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 8934 | Denver, CO | Will not reorder until VSP issue is resolved |
| 8001 | Denver, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 46771 | Dillon, CO | Will not reorder until VSP issue is resolved |
| 20387 | Evergreen, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 52541 | Fort Collins, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 17812 | Fort Collins, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 7098 | Fort Collins, CO | Significantly reduced its reorders until VSP issue is resolved |

Page 4 of 6

# VSP AFFECTED ACCOUNTS IN TERRITORY G08

| Client No. | City, State | Outcome |
|---|---|---|
| 26466 | Fort Collins, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 15915 | Ft. Collins, CO | Will not reorder until VSP issue is resolved |
| 19648 | Greeley, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 8611 | Greenwood Villa, CO | Has order on hold and will not reorder until VSP communicates that it is reimbursing Aspex's products |
| 20741 | Highlands Ranch, CO | Has order on hold and will not reorder until VSP communicates that it is reimbursing Aspex's products |
| 28097 | Lakewood, CO | Has order on hold and will not reorder until VSP communicates that it is reimbursing Aspex's products |
| 26156 | Lakewood, CO | Has order on hold and will not reorder until VSP communicates that it is reimbursing Aspex's products |
| 1498 | Littleton, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 49957 | Littleton, CO | Will not reorder until VSP issue is resolved |
| 6386 | Littleton, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 21337 | Littleton, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 56534 | Littleton, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |

## VSP AFFECTED ACCOUNTS IN TERRITORY G08

| Client No. | City, State | Outcome |
|---|---|---|
| 57093 | Littleton, CO | Has informed us that they will no longer carry our products if they are not covered by VSP |
| 14575 | Littleton, CO | Has order on hold and will not reorder until VSP communicates that it is reimbursing Aspex's products |
| 19765 | Westminster, CO | Will not reorder until VSP issue is resolved |