# EXHIBIT A



Vision Care Plan
Combined Evidence of Coverage
and Disclosure Form

Effective July 1, 2009 to June 30, 2010

This Evidence of Coverage and Disclosure Form
discloses the terms and conditions of coverage.
Please read this form completely and carefully.
Individuals with special health care needs
should carefully read those sections that apply
to them. All applicants have the right to review
the Evidence of Coverage and Disclosure prior
to enrollment.

PROVIDED BY



3333 Quality Drive, Rancho Cordova, CA 95670
800-877-7239
vsp.com

T.D.D. for the hearing impaired:
800-428-4833

## WELCOME!

Welcome to VSP Vision Care, the nation's largest eyecare health plan. As a member of the Healthy Families Program, many of your eyecare needs are covered through VSP.

Vision care is one of the most important aspects of maintaining your overall health. A thorough eye exam, such as those conducted by VSP doctors, can detect many vision and other medical problems in their earliest stages. They include conditions such as problems with depth perception, color blindness and diabetes.

On behalf of VSP employees and network doctors, we look forward to providing you with the best vision care and service in the country.

## INTRODUCTION

### Using This Booklet

This booklet, called the Combined Evidence of Coverage and Disclosure Form, or "EOC," contains detailed information about Healthy Families Program benefits, how to obtain benefits and the rights and responsibilities of Healthy Families Program members. Please read this booklet carefully and keep it on hand for future reference.

Throughtout this booklet, "you," "your," "subscriber," and "member," refers to the child or children enrolled in the Healthy Families Program. "We," "us," and "our" always refers to VSP. "VSP doctor," "Non-VSP doctor," "provider," "plan provider," or "participating provider" refers to a licensed eye care doctor who is responsible for providing services to you.

## DISCLOSURE

This Combined Evidence of Coverage and Disclosure Form constitutes only a summary of the Vision Plan's policies and coverage under the Healthy Families Program (HFP). The Vision Plan contract and the HFP regulations (California Code of Regulations, Title 10, Chapter 5.8) issued by the California Managed Risk Medical Insurance Board (MRMIB), should be consulted to determine the exact terms and conditions of coverage. These regulations may be viewed on the Internet at http://www.mrmib.ca.gov.

Additionally, the HFP regulations require the Vision Plan to comply with all requirements of the Knox-Keene Health Care Service Plan Act of 1975, as amended (California Health and Safety Code, section 1340, et seq.), and the Act's regulations (California Code of Regulations, Title 28). Any provision required to be a benefit of the program by either the Act or the Act's regulations shall be binding on the Vision Plan, even if it is not included in the Evidence of Coverage booklet or the Vision Plan contract.

## ELIGIBILITY AND ENROLLMENT

Information about eligibility, enrollment, disenrollment, the starting date of coverage, transfers to another vision plan, annual requalification, premium payments, and the federal Health Insurance Portability and Accountability Act of 1996 (HIPAA) is included in the Healthy Families Program Handbook that was mailed to you by the Healthy Families Program. If you have questions on these topics or would like another copy of the Handbook, please contact the Healthy Families Program at the following address or toll-free telephone number:

> Healthy Families Program
> PO Box 138005
> Sacramento, CA 95813-8005
> 800-880-5305

The hearing impaired should call the California Relay Service at 711(TTY).

Additional information about the Healthy Families Program is available at the Managed Risk Medical Insurance Board Website at www.mrmib.ca.gov.

## TABLE OF CONTENTS

Welcome & Introduction ..........................................1

Disclosure ..............................................................2

Eligibility and Enrollment .......................................2

Procedure for Using the Plan ..................................4

Multilingual Services ..............................................5

Member Rights & Responsibilities ...................... 5-6

Member Liabilities ............................................. 6-7

Summary of Benefits ...............................................8

Plan and Service Frequencies ...................................9

Copays ...................................................................9

Benefits and Coverages...................................... 9-10

Provisions for Obtaining Services from

    VSP Doctors.................................................. 10-11

Provisions for Obtaining Services from

    Non-VSP Providers...........................................11

Filing a Claim for Non-VSP Provider Services... 11-12

Exclusions and Limitations of Benefits ...................12

California Children's Services ............................ 13-14

Second Medical Opinion................................... 14-15

Claims Appeals......................................................15

Complaints or Grievances ................................. 15-16

Arbitration ...........................................................17

Accessing Care................................................. 17-18

    Physical Access...................................................17

    Access for the Hearing Impaired .........................17

    Access for the Vision Impaired............................17

    The Americans with Disabilities Act of 1990 .......17

    Disability Access Greivances .......................... 17-18

General Information ......................................... 18-20

Liability in Event of Non-Payment.........................20

Terms and Cancellation..........................................21

Definitions...................................................... 21-22

VSP Doctor Network Map.................................. Back

**PROCEDURE FOR USING THE PLAN**

Please read the following information so you will know from whom or what group of doctors health care may be obtained.

1. When you desire to receive plan benefits from a VSP doctor, contact VSP at 1-800-877-7239 or the member doctor. If you are eligible, VSP will provide Benefit Authorization to the VSP doctor.

2. When such authorization is received and services are performed prior to the expiration date of the authorization, this will constitute a claim against the plan in spite of your termination of coverage or the termination of the plan. Should you receive services from a VSP doctor without such authorization or obtain services from a provider who is not a VSP doctor, you are responsible for payment in full to the provider at the time of service.

3. If you do not have a list of VSP's doctors in your area, you may obtain one by calling VSP's Member Services at 800-877-7239, by logging on to VSP's Web site at vsp.com or by writing to VSP at the following address:

   VSP
   P.O. Box 997105
   Sacramento, CA 95899-7105

4. You pay the copay to the VSP doctor for the services covered by the plan. VSP will pay the VSP doctor directly according to their agreement with the doctor.

5. In emergency conditions, when immediate vision care is necessary, you can obtain covered services by contacting a VSP doctor. Reimbursement will be made in accordance with the agreement between VSP and the doctor.

6. In the event of termination of a doctor's membership in VSP, VSP will remain liable to the doctor for services rendered to you at the time of termination and permit the doctor to continue to provide you with plan benefits until the services are completed or until VSP makes reasonable and appropriate arrangements for the provision of such services by another authorized doctor.

4

## MULTILINGUAL SERVICES

If you or your representative prefer to speak in any language other than English, call us at 800-877-7239 (TDD/TTY for the hearing impaired, 800-428-4833) to speak with a VSP Member Services Representative. Our Member Services staff can help you find a health care provider who speaks your language or who has a regular interpreter available. You do not have to use family members or friends as interpreters. If you cannot locate a health care provider who meets your language needs, you can request to have an interpreter available for discussions of medical information at no charge.

This EOC booklet, as well as other informational material, has been translated into Spanish, Chinese/ Cantonese, Korean and Vietnamese. To request translated materials, please call VSP's Member Services at 800-877-7239.

## MEMBER RIGHTS AND RESPONSIBILITIES

**As a VSP member, you have the right to:**
- Be treated with respect and dignity.
- Choose your provider from our Provider Directory.
- Get appointments within a reasonable amount of time.
- Participate in candid discussions and decisions about your vision care needs, including appropriate or medically necessary treatment options for your condition(s), regardless of cost and regardless of whether the treatment is covered by this plan.
- Have a confidential relationship with your provider.
- Have your records kept confidential. This means we will not share your health care information without your written approval or unless it is permitted by law.
- Voice your concerns about VSP, or vision care services you received, to VSP.
- Receive information about VSP, our services and our providers.
- Make recommendations about your rights and responsibilities.
- See your health care records.
- Request an interpreter at no charge to you.

5

- Use interpreters who are not your family members or friends.
- File a complaint if your language needs are not met.

**Your responsibilities are to:**

- Give your providers and VSP correct information.
- Ask questions about any vision condition and make certain that the explanations and instructions are understandable.
- Make and keep appointments and inform the vision care doctor at least 24 hours in advance when the appointment must be cancelled.
- Communicate openly with the vision care doctor to develop a strong partnership based on trust and cooperation.
- Help VSP maintain accurate and current records by providing timely information regarding changes in address, family status and other health care coverage.
- Notify VSP as soon as possible if billed inappropriately or if you have a complaint.
- Treat all VSP personnel and health care providers respectfully and courteously.

## MEMBER LIABILITIES

Generally, the only amount a member pays for covered services is the required copayment.

You may have to pay for services you receive that are NOT covered services, such as:

- non-emergency services received in the emergency room;
- non-emergency or non-urgent services received outside of VSP's service area if you did not get authorization from VSP before receiving such services;
- specialty services you receive if you did not get a required referral or authorization from VSP before receiving such services (see page 12 Exclusions and Limitations of Benefits;
- services from a non-participating provider, unless the services are for situations allowed in this Evidence of Coverage booklet (for example, emergency services, urgent services outside of the plan's service area, or specialty services approved by the plan (see page 11, Provisions for Obtaining Services From Non-VSP Providers; or
- services you received that are greater than the limits described in this Evidence of Coverage booklet unless authorized by VSP.

VSP is responsible to pay for all covered services including emergency services. You are not responsible to pay a provider for any amount owed by the health plan for any covered service.

If VSP does not pay a non-participating provider for covered services, you do not have to pay the non-participating provider for the cost of the covered services. Covered services are those services that are provided according to this Evidence of Coverage booklet. The non-participating provider must bill VSP, not you, for any covered service. But remember, services from a non-participating provider are not "covered services" unless they fall within the situations allowed by this Evidence of Coverage booklet.

If you receive a bill for a covered service from any provider, whether participating or non-participating, contact the VSP member services department at 1-800-877-7239.

## SUMMARY OF BENEFITS

This summary of benefits is intended to help you compare covered benefits and is a summary only. The benefits and coverage section should be consulted for a detailed description of coverered benefits and limitations.

| BENEFITS | SERVICES | COST TO MEMBER |
|---|---|---|
| Eye Exam | A comprehensive vision exam to determine the presence of vision problems or other abnormalities. | $5 copay per exam Exams are limited to once each 12 month benefit period beginning July 1st of each year. |
| Frames and Lenses | When the vision exam indicates that corrective lenses are necessary, the member is entitled to necessary frames and lenses. | $5 for frames and lenses or for frames or lenses when purchased separately. Frames and lenses are limited to once each 12 month period beginning July 1st of each year. |
| Contact Lenses | Elective contact lenses | An allowance of $110 is provided toward the cost of an exam, contact lens fitting/evaluation, and contact lenses. $5 copay for exam. |
| | Medically necessary contact lenses | Covered in full. No copay. lenses may be prescribed for certain conditions and require prior approval. Contact lenses are limited to once each 12 month benefit period, beginning July 1st of each year. |
| Low Vision | This benefit is provided to members who have severe visual problems that are not correctable with regular lenses. | No copay for supplementary testing. $5 copay for supplemental care. |

8

## PLAN AND SERVICE FREQUENCIES

| | |
|---|---|
| Exam: | Once each 12 months* |
| Lenses: | Once each 12 months* |
| Frames: | Once each 12 months* |

*Based on Plan year beginning July 1st.*

## COPAYS

Subscribers will be required to pay a $5.00 copay to the doctor at the time of their eye exam. If eyewear is provided, they will also be required to pay a $5.00 copay at the time the eyewear is ordered. Elective Contact Lenses have a $5.00 exam copay and Medically Necessary Contact Lenses have a zero copay for both exam and eyewear. There are no copays for members that are determined to be American Indians or Alaska Natives.

No deductibles are charged for vision benefits. An annual copay maximum is not applied to vision benefits.

Any additional care, service, and/or eyewear not covered by this plan may be arranged between the Subscriber and the doctor.

## BENEFITS AND COVERAGES

1. **Eye Exam:** Each subscriber shall be entitled to a comprehensive eye exam, including a complete analysis of the eyes and related structures, as appropriate, to determine the presence of vision problems or other abnormalities. Exams are limited to once each twelve month benefit period beginning July 1st of each year.
2. **Lenses:** The VSP doctor will order the proper lenses necessary for your visual welfare. The doctor shall verify the accuracy of the finished lenses. Polycarbonate lenses are covered in full when dispensed by a VSP doctor. Lenses are limited to once each 12 month benefit period beginning July 1st of each year.
3. **Frames:** A frame allowance of $75 will be provided by the vision plan. The frame benefit provides a subscriber choice to select a frame that fits their lifestyle. Therefore, if a subscriber chooses a frame that exceeds the plan allowance, the subscriber will pay the difference. The VSP doctor will assist in the selection of frames, properly fit and adjust the frames, and provide subsequent adjustments to frames to maintain comfort and efficiency. Frames are limited to once each 12 month benefit period beginning July 1st of each year.

9

4. **Medically Necessary Contact Lenses:** Medically necessary contact lenses may be prescribed by a VSP doctor for certain conditions such as after cataract surgery; to correct extreme visual acuity problems that cannot be corrected with spectacle lenses; certain conditions of Anisometropia; and Keratoconus. A VSP doctor must receive prior approval from VSP for medically necessary contact lenses. When the member doctor receives prior approval for such cases, they are fully covered by VSP.

   Medically necessary contacts are limited to once each 12 month benefit period beginning July 1st of each year.

5. **Elective contact lenses:** An allowance of $110 will be provided by VSP toward the costs of an exam, contact lens evaluation and fitting and contact lenses. This allowance will be in lieu of all benefits including eye exam and eyewear costs. The Subscriber is responsible for any costs exceeding this allowance.

   Elective contact lenses are limited to once each 12 month benefit period beginning July 1st of each year.

6. **Low Vision - Limitations:** A low vision benefit shall be provided to subscribers who have severe visual problems that are not correctable with regular lenses. This benefit requires prior approval from VSP. With this prior approval, supplementary testing and supplemental care, including low vision therapy as visually necessary or appropriate, shall be provided. There is no copay for low vision supplemental testing, but there is a $5 copay for low vision supplemental care. Low vision benefits obtained from a non-VSP provider will be subject to the same limitations described above. The subscriber will be required to pay the non-VSP provider in full and will be reimbursed in accordance with what VSP would pay a panel provider for this benefit.

## PROVISIONS FOR OBTAINING SERVICES FROM VSP DOCTORS

If you elect to receive vision care services from one of the participating VSP doctors, covered services as described herein, are provided after any applicable copays. Additional options selected for cosmetic purposes will be

the responsibility of the patient. Selecting a participating VSP doctor assures direct payment to the provider and a guarantee of quality services.

## PROVISIONS FOR OBTAINING SERVICES FROM NON-VSP PROVIDERS

When a Subscriber obtains services from a provider not included in VSP's network of approved doctors, the Applicant will be responsible for paying the provider for all services and eyewear received at the time of their appointment. VSP will reimburse the Applicant within fourteen (14) calendar days after receipt of the paid itemized bill or statement, according to the schedule of allowances as follows:

(1) Professional fees:
   (A) Eye exams ................................ up to $35.00
(2) Eyewear:
   Pair:
   (A) Single vision lenses ................... up to $25.00
   (B) Lined Bifocal lenses .................. up to $40.00
   (C) Lined Trifocal lenses ................. up to $50.00
   (D) Lenticular lenses ..................... up to $100.00
   (E) Frame ................................. up to $40.00
   (F) Polycarbonate lenses ................. up to $10.00
   (G) Necessary contact lenses ......... up to $250.00
   (H) Elective contact lenses ............ up to $110.00

Determination of whether contact lenses are necessary or elective when obtained from doctors not included in VSP's network of approved providers will be the responsibility of VSP. Reimbursement for elective contact lenses is in lieu of all benefits, including exam and eyewear.

## FILING A CLAIM FOR NON-VSP PROVIDER SERVICES

To file a claim, you must send your itemized statement of charges to VSP. Please include with your itemized statement:
• Provider's name, address and phone number
• Covered member's ID number, name, date of birth, address and phone number
• Notation that member is covered by Healthy Families

Claims must be submitted within six months of completion of services. VSP will reimburse you in accordance with the reimbursement schedule on this page. There is no assurance that the reimbursement

schedule will be sufficient to pay for the exam or the eyewear and VSP cannot guarantee patient satisfaction. VSP reserves the right to reject any and all claims for services or benefits which are filed more than one hundred eighty (180) days after completion of services.

## EXCLUSIONS AND LIMITATIONS OF BENEFITS

(A) This vision plan shall exclude:
   (1) Benefits which are neither necessary nor appropriate
   (2) Benefits which are not obtained in compliance with the rules and policies of the Subscriber's vision plan
   (3) Orthoptics or vision training and any associated supplemental testing
   (4) Aniseikonic lenses
   (5) Plano (non-prescription) lenses, less than $\pm$ .50 diopter
   (6) Two pair of glasses in lieu of bifocals, unless medically necessary and with the prior authorization of the vision plan
   (7) Replacement or repair of lost or broken lenses or frames
   (8) Medical or surgical treatment of the eyes.
   (9) Eye exams or any corrective eyewear required as a condition of employment
   (10) Services or eyewear provided by any other group benefit providing for vision care; VSP shall provide services at the time of need and the member or member's legal guardian will cooperate to assure that VSP is reimbursed for such benefits.
   (11) Any benefits that were received prior to the subscriber's effective date of coverage
   (12) Any benefits that were received subsequent to the time the subscriber's coverage ends
   (13) Any additional costs over and above the plan's frame allowance of $75
   (14) Photochromic lenses or tinted lenses, unless medically necessary and with prior authorization of the vision plan

There is no benefit for professional services or eyewear connected with:
(A) Blended lenses (bifocals which do not have a visible dividing line);
(B) Contact lenses except as specified in Title 10, Code of California Regulations, Section 2699.6721(a)(3).
(C) Oversized lenses (larger than standard lens blank to accommodate prescriptions);
(D) Progressive multifocal lenses;
(E) Coated or laminated lenses;
(F) UV protected lenses;
(G) Other optional cosmetic processes.

## CALIFORNIA CHILDREN'S SERVICES (CCS)

As part of the services provided through the Healthy Families Program, members needing specialized medical care may be eligible for services through the California Children's Services (CCS) program.

CCS is a California medical program that treats children with certain physically handicapping conditions and who need specialized medical care. This program is available to all children in California whose families meet certain medical, financial and residential eligibility requirements. All children enrolled in the Healthy Families Program are deemed to have met the financial eligibility requirements of the CCS Program. Services provided through the CCS Program are coordinated by the local county CCS office.

If a member's primary care provider suspects or identifies a possible CCS eligible condition, he or she must refer the member to the local CCS program. VSP can assist with this referral. VSP will also make a referral to CCS when a primary care provider refers the member to a specialist or where there is an inpatient admission which appears to involve care for a CCS eligible condition. The CCS program, will determine if the member's condition is eligible for CCS services.

If the CCS program determines that the condition is a CCS eligible condition, the member will remain enrolled in the Healthy Families Program. He or she will be referred to, and should receive treatment for the CCS eligible condition through, the specialized network of CCS providers and/or CCS approved specialty centers. These CCS providers and specialty centers are highly trained to treat CCS eligible conditions. CCS services must be received from CCS paneled providers. Payment for CCS eligible services obtained from non-CCS paneled providers will be the responsibility of the member's legal guardian.

VSP will continue to provide primary care, prevention services, and any other services that are not related to the CCS eligible condition, as described in this booklet. VSP will also work with the CCS program and providers to coordinate care provided by both the CCS program and VSP. If a condition is determined not to be eligible for CCS program services, the member will continue to receive all medically necessary services from VSP.

Although all children enrolled in the Healthy Families Program are determined to be financially eligible for the CCS program, the CCS office must verify residential status for each child in the CCS program. If a member is referred to the CCS program, the member's legal guardian will be asked to complete a short application to verify residential status and ensure coordination of the member's care after the referral has been made.

Additional information about the CCS program can be obtained by calling VSP's Member Services at 800-877-7239 or by calling the local county CCS program.

Vision benefits covered under the California Children Services Program (Health and Safety Code Section 123.800 et seq.) are subject to eligibility requirements for that program. VSP shall not be responsible for the provision of, or payment for, the particular services authorized by the California Children's Services Program for the particular Subscriber for the treatment of a California Services Program eligible medical condition. All other services provided under the participating vision plan shall be available to the subscriber.

## SECOND MEDICAL OPINION

You may request a second medical opinion. A request must be granted by VSP under the following conditions:

(1) If you question the reasonableness or necessity of recommended surgical procedures.

(2) If you question a diagnosis or plan of care for a condition that threatens loss of life, loss of limb, loss of bodily function or substantial impairment including, but not limited to a serious chronic condition.

(3) If the clinical indications are not clear or are complex and confusing, a diagnosis is in doubt due to conflicting test results or the treating health professional is unable to diagnose the condition and you request an additional diagnosis.

(4) If the treatment in progress is not improving your medical condition within an appropriate period of time given the diagnosis and plan of care and you request a second opinion regarding the diagnosis or continuance of the treatment.

(5) If you have attempted to follow the plan of care or consulted with the initial provider concerning serious concerns about the diagnosis or plan of care. All requests for a second medical opinion shall be directed in writing to:

>   VSP
>   Clinical Consultant
>   Health Care Services Division
>   3333 Quality Drive
>   Rancho Cordova, CA 95670

State law requires that routine decisions regarding medical necessity shall be made within 5 business days of VSP's receipt of requested information it deems reasonably necessary to make the decision. If your condition is such that you face an imminent and serious threat to your health including, but not limited to the potential loss of life, limb or other major bodily function or the normal timeframe for the decision making process would be detrimental to your life or health or could jeopardize your ability to regain maximum function, such decisions shall be made in a timely fashion appropriate for the nature of your condition not to exceed 72 hours after VSP's receipt of requested

14

information deemed reasonably necessary to make the decision.

In no circumstances will a second medical opinion be granted if the patient's initial vision exam was performed by a non-VSP provider.

## CLAIMS APPEALS

If a Subscriber's claim for benefits is denied by VSP in whole or in part, VSP will notify the Subscriber in writing of the reason or reasons for the denial. Within one hundred eighty (180) days after receipt of such notice of denial of a claim. Subscriber may make a verbal or written request to VSP for a full review of such denial. The request should contain sufficient information to identify the Subscriber for whom a claim for benefits was denied, including the Subscriber's name, identification number and date of birth as well as the name of the provider of services. The Subscriber may state the reasons they believe that the claim denial was in error. The Subscriber may also provide any pertinent documents to be reviewed. VSP will review the claim and give the Subscriber the opportunity to review pertinent documents, submit any statements, documents, or written arguments in support of the claim and appear personally to present materials or arguments. Subscriber or Subscriber's authorized representative should submit all requests for appeals to:

> VSP
> 3333 Quality Drive
> Rancho Cordova, CA 95670

VSP's review determination, including specific reasons for the decision, shall be provided and communicated to the Subscriber within thirty (30) calendar days after receipt of a request for appeal from the Subscriber or Subscriber's authorized representative. If the Subscriber disagrees with VSP's review determination, he/she may request a second level appeal within sixty (60) calendar days from the date of the determination. VSP shall resolve any second level appeal within thirty (30) calendar days.

## COMPLAINTS OR GRIEVANCES

If a Subscriber has a complaint or grievance regarding VSP services including cultural and linguistic services or claim payment, the Subscriber may communicate his/her complaint or grievance to VSP by using the complaint form which may be obtained by calling the VSP Member Services Department's toll-free number at 800-877-7239

## ARBITRATION

Any dispute or question arising between VSP and Group or any Covered Person involving the application, interpretation, or performance under this plan shall be settled, if possible, by amicable and informal negotiations. This will allow such opportunity as may be appropriate under the circumstances for fact-finding and mediation. If any issue cannot be resolved in this fashion, it shall be submitted to binding arbitration. The procedure for arbitration hereunder shall be conducted pursuant to the Rules of the American Arbitration Association. This paragraph does not apply to a malpractice claim by any Covered Person against a doctor.

## ACCESSING CARE

**Physical Access** - VSP has made every effort to ensure that our offices and the offices and facilities of VSP providers are accessible to the disabled. If you are not able to locate an accessible provider, please call us toll free at 800-877-7239 and we will help you find an alternate provider.

**Access for the Hearing Impaired** - The hearing impaired may contact us through our TDD number at 800-428-4833, Monday through Friday, from 6 am to 7 pm (PST). On weekends, please call the California Relay Service TYY at 711 to get the help you need.

**Access for the Vision Impaired** - This Evidence of Coverage (EOC) and other important plan materials will be made available in larger print for the vision impaired. For alternative formats or for direct help in reading the EOC and other materials, please call us at 800-877-7239.

**The Americans with Disabilities Act of 1990** - VSP complies with the Americans with Disabilities Act of 1990 (ADA). This Act prohibits discrimination based on disability. The Act protects members with disabilities from discrimination concerning program services. In addition, section 504 of the Rehabilitation Act of 1973 states that no qualified disabled person shall be excluded, based on disability, from participation in any program or activity which receives or benefits from federal financial assistance, nor be denied the benefits of, or otherwise be subjected to discrimination under such a program or activity.

**Disability Access Greivances** - If you believe the Plan or its providers have failed to respond to your disability access needs, you may file a grievance with VSP by calling 800-877-7239.

If your disability access complaint remains unresolved, you may contact the:

> ADA Coordinator
> Managed Risk Medical Insurance Board
> P.O. Box 2769
> Sacramento, CA 95812-2769
> 916-324-4695

The hearing impaired should call the California Relay Service at 711(TTY).

## GENERAL INFORMATION

**Other Vision Insurance**

It is to your advantage to let your network provider know if you have vision coverage in addition to this program. Most carriers cooperate with one another to avoid duplicate payments, but still allow you to make use of both programs.

Coverage provided under this program is secondary to all other coverage, except Medi-Cal. Benefits paid under this program are determined after benefits have been paid as a result of a member's enrollment in any other vision program.

Be sure to advise your provider of all programs under which you have coverage so that you will receive all benefits to which you are entitled. For further information, contact VSP's Member Service department.

**Third Party Recovery Process and Member Responsibilities**

The member agrees that, if benefits of this Agreement are provided to treat an injury or illness caused by the wrongful act or omission of another person or third party, provided that the member is made whole for all other damages resulting from the wrongful act or omission before VSP is entitled to reimbursement, member shall:

- Reimburse VSP for the reasonable cost of services paid by VSP to the extent permitted by California Civil Code section 3040 immediately upon collection of damages by him or her, whether by action or law, settlement or otherwise; and
- Fully cooperate with VSP effectuation of its lien rights for the reasonable value of services provided by VSP to the extent permitted under California Civil Code section 3040. VSP's lien may be filed with the person whose act caused the injuries, his or her agent or the court.

VSP shall be entitled to payment, reimbursement, and subrogation in third party recoveries and member shall

cooperate to fully and completely effectuate and protect the rights of VSP including prompt notification of a case involving possible recovery from a third party.

### Non-Duplication of Benefits with Workers' Compensation

If, pursuant to any Workers' Compensation or Employer's Liability Law or other legislation of similar purpose or import, a third party is responsible for all or part of the cost of vision services provided by VSP, VSP will provide the benefits of this Agreement at the time of need. The member will agree to provide VSP with a lien to the extent of the reasonable value of the services provided by VSP. The lien may be filed with the responsible third party, his or her agent, or the court.

For purposes of this subsection, reasonable value will be determined to be the usual, customary, or reasonable charge for services in the geographic area where the services are rendered.

By accepting coverage under this Agreement, members agree to cooperate in protecting the interest of VSP under this provision and to execute and to deliver to VSP or its nominee any and all assignments or other documents which may be necessary or proper to fully and completely effectuate and protect the rights of VSP or its nominee. Members also agree to fully cooperate with VSP and not take any action that would prejudice the rights of VSP under this provision.

### Coordination of Benefits

By enrolling in VSP each member agrees to complete and submit to VSP such consents, releases, assignments and any other document reasonably requested by VSP in order to assure and obtain reimbursement and to coordinate coverage with other vision benefit plans or insurance policies. The payable benefits will be reduced when benefits are available to a member under such other plan or policy whether or not claim is made for the same.

### Limitations of Other Coverage

This vision plan coverage is not designed to duplicate any benefits to which members are entitled under government program, including CHAMPUS, Medi-Cal or Workers' Compensation. By executing an enrollment application, a member agrees to complete and submit to VSP such consents, releases, assignments and other documents reasonably requested by VSP or order to obtain or

19

assure CHAMPUS or Medi-Cal reimbursement or reimbursement under the Workers' Compensation Law.

**Public Participation**

To enable public participation in establishing VSP's public policies, VSP maintains a Standing Committee on Public Policy whose recommendations and reports are regularly and timely reported to VSP's board of directors. A majority of the members of the committee are VSP subscribers and/or enrollees.

**Notifying You of Changes in the Plan**

Throughout the year we may send you updates about changes in the Plan. This can include updates for the Provider Directory, handbook and evidence of coverage. We will keep you informed and are available to answer any questions you may have. Call us toll-free 800-877-7239 if you have any questions about changes in the Plan.

**Privacy Practices**

VSP shall hold in strict confidence all confidential matters and exercise its best efforts to prevent any of its employees, Member Doctors, or agents from disclosing any confidential matter, except to the extent that such disclosure is necessary to enable any of the above to perform their obligations. Covered Persons who want more information on VSP's privacy practices may obtain a copy of VSP's privacy policy by contacting VSP's Customer Service Department or VSP's Web site at vsp.com.

**Organ and Tissue Donation**

Donating organs and tissues provides many societal benefits. Organ and tissue donation allows recipients of transplants to go on to lead fuller and more meaningful lives. Currently, the need for organ transplants far exceeds availability. If you are interested in organ donation, please speak with your doctor. Organ donation begins at the hospital when a patient is pronounced brain dead and identified as a potential organ donor. An organ procurement organization will become involved to coordinate the activities. The Department of Health and Human Services' Internet Web site (http://www.organdonor.gov) has additional information on donating our organs and tissues.

## LIABILITY IN EVENT OF NON-PAYMENT

In the event VSP fails to pay the participating member doctor, you shall not be liable to the provider for any sums owed by VSP other than those not covered by your vision benefit.

## TERMS AND CANCELLATION

This contract shall be effective July 1, 2009 through June 30, 2010. VSP reserves the right to reject any and all claims for services or benefits which are filed more than one hundred eighty (180) days after completion of services.

## DEFINITIONS

**Anisometropia** - A condition of unequal refractive state for the two eyes, one eye requiring a different lens correction than the other.

**Applicant** - A person over the age of 18 years who is a parent; a legal guardian; or a caretaker relative, foster parent, or stepparent with whom the child resides, who applies for coverage under the program on behalf of a child.

**Astigmatism** - A condition of refraction in which all the points of focus from one source are not focused at one point. They are focused, instead, at two different planes or points of focus. For example, a cross should have the vertical line focused in one plane and the horizontal line focused in another plane. It would look like two separate lines, one vertical and one horizontal as they would not be together.

**Axis** - The axis designates the orientation of the astigmatism.

**Benefit Authorization** - Authorization issued by VSP identifying the individual named as a Subscriber of VSP, and identifying those plan benefits to which a Subscriber is entitled.

**Bifocal** - A lens with two refractive powers. Power in upper portion for distant seeing and in the lower portion for seeing close objects, e.g., reading.

**Blended Lenses** - Bifocals which do not have a visible dividing line.

**Claim** - A benefit form submitted to VSP by a participating member doctor for payment of services or submission of a benefit form with paid receipts by a subscriber/applicant who has received services from a non-member provider.

**Clinical Consultant** - An optometrist or ophthalmologist qualified to perform medical decision making and utilization review functions.

**Coated Lenses** - A substance is added to a finished lens on one or both surfaces.

**Complaint** - A complaint is also called a grievance or an appeal. Examples of a complaint can be when: You can't get a service, treatment, or medicine you need. Your plan denies a service and says that it is not medically necessary. You have to wait too long for an appointment. You received poor care or were treated rudely. Your plan does not pay back for emergency or urgent care that you have to pay for. You get a bill that you believe you should not have to pay.

**Copay** - A fee which the Plan provider may collect directly from a member for a particular covered benefit at the time the service is rendered.

**Diopter** - A unit of measurement used to designate the refractive power of a lens or optical system.

21

**Exclusion** - Any vision service for which the program offers no coverage.

**Eyewear** - Lenses, frame, low vision aides, contact lenses.

**Grievance** - A written or oral expression of dissatisfaction regarding the plan and/or a provider, including quality of care concerns and shall include a complaint, dispute, request for reconsideration or appeal made by a member or the member's representative. Where the plan is unable to distinguish between a grievance and an inquiry, it shall be considered a grievance.

**Healthy Families Program** - The State program administered by MRMIB to provide medical, dental and vision coverage to children who meet the eligibility and income requirements and contribute a monthly family contribution.

**Keratoconus** - A developmental or dystrophic deformity of the cornea in which it becomes cone-shaped, due to a thinning and stretching of the tissue in its central area.

**Managed Risk Medical Insurance Board (MRMIB)** - The State agency with the authority to administer the Healthy Families Program.

**Medically Necessary** - Services and materials necessary to restore or maintain a patient's visual acuity and health and for which there is no less expensive professionally acceptable alternative.

**Member** - A person who is enrolled in VSP and receives vision care from a Plan provider.

**Orthoptics** - The teaching and training process for the improvement of visual perception and coordination of the two eyes for efficient and comfortable binocular vision.

**Oversize Lenses** - Larger than standard lens blank to accommodate prescriptions.

**Participating Member Doctor** - An optometrist or ophthalmologist who has signed an agreement with VSP to provide services to VSP patients.

**Photochromic Lenses** - Lenses which change color with intensity of sunlight.

**Plano Lenses** - Lenses which have no refractive power.

**Prism** - An optical element of system which deviates the path of light. They are usually used when the eyes do not coordinate well together.

**Professional Service** - Exam, eyewear selection, fitting of glasses, related adjustments, etc.

**Regional Network Plan** - VSP's plan under which your vision coverage is provided. Commonly referred to as "RNP".

**Subscriber** - A person under the age of 19 who is eligible for and participates in the program.

**Tinted Lenses** - Lenses which have additional substance added to produce constant tint (e.g., pink, green, gray, blue, etc.).

**Trifocal** - A lens with three refractive powers. The upper power is for distant vision, the lower for near vision and the middle for intermediate distances.

**Usual and Customary Fees** - Fees for services and eyewear that are charged by participating member doctors to their private (non-VSP) patients.



**TOTAL DOCTOR ACCESS POINTS STATEWIDE\* — OVER 5,600**

\* Credentialed doctors at every office location.
Visit our Web site at vsp.com.
VSP' is an Equal Opportunity and Affirmative Action employer.

7/09
12093405
#45672

# EXHIBIT B

# INDIVIDUAL VISION CARE PLAN

### VISION SERVICE PLAN
### 3333 Quality Drive
### Rancho Cordova, CA 95670

**PLAN NUMBER:**

**SUBSCRIBER'S NAME:**

**COVERED DEPENDENTS:**

**PLAN EFFECTIVE DATE:**          [12:01 AM PST, January 1, 2006]

**PREMIUM:**                               $             per year

**STATE OF DELIVERY:**            California

The benefits available under this Plan are provided by Vision Service Plan ("VSP"). For questions or problems [concerning Plan Benefits, claims or VSP Network Doctors], please contact VSP at (800) 877-7195 or in writing to 3333 Quality Drive, Rancho Cordova, CA 95670. [If You have questions or problems concerning enrollment, premiums or membership cards or materials, please contact *name of broker and/or third party administrator*].

## DEPENDENT COVERAGE

If coverage has been purchased under this Plan for persons other than the Subscriber, Covered Dependents are listed on page 1 of this Plan. Coverage for dependent children is subject to the following limitations:

Coverage for dependent children will continue through their nineteenth (19th) birthday. Coverage may be extended up to their twenty-third (23rd) birthday if they are unmarried students at an accredited institution. Coverage may be extended indefinitely for unmarried children who are incapable of self-sustaining employment by reason of mental illness, developmental disability, mental retardation or physical handicap.

## RENEWABILITY

This Plan is renewable at the option of the Subscriber so long as premiums are paid in a timely manner, the Subscriber has not performed an act or practice that constitutes fraud, has not made an intentional misrepresentation of material fact and VSP continues to offer this plan in the state of California. This Plan shall be automatically renewed at the end of each Plan Term unless the Subscriber gives VSP at least one month's written notice of termination. VSP will notify Subscriber at least sixty (60) days prior to the expiration of this Plan of any changes in the terms or conditions of this Plan which are to take effect upon renewal.

## GRACE PERIOD

Unless, not less than 30 days prior to the premium due date, VSP has delivered to the Subscriber, or has mailed to the Subscriber's last address as shown by VSP's records, written notice of its intention not to renew this Plan beyond the period for which the premium has been accepted, a grace period of 31 days will be granted for the payment of each premium falling due after the first premium.

## REINSTATEMENT

~~If a renewal premium is not paid before the expiration of the period granted for the Subscriber to make the payment, a subsequent acceptance of the premium by VSP or any agent authorized by VSP to accept the premium, without requiring in connection with the acceptance an application for reinstatement, reinstates the Plan. The Subscriber and VSP have the same rights under the reinstated Plan as they had under the Plan before the due date of the defaulted premium, subject to any provisions endorsed in the Plan or attached to the Plan in connection with the reinstatement.~~

**CANCELLATION AND REINSTATEMENT**

VSP will cancel coverage under this Plan for the following reasons:

    1)   You pay Your Premium more than fifteen (15) days after being notified and billed by VSP.

    2)   You commit fraud or deception in the use of Plan Benefits or knowingly permit such fraud or deception by any other person or persons.

If VSP cancels Your coverage under this Plan for nonpayment of premium as stated above, VSP shall return any unused portion of your premium to You within thirty (30) days. Unused portions of your premiums are those that are not required to satisfy administrative costs and/or outstanding claims under the Plan.

Cancellation for non-payment of premium, as stated above, shall become effective on the sixteenth (16) day following notification and billing by VSP. If VSP does not receive Your premium within fifteen (15) days after notification of cancellation, You will be required to submit a new application in order to reinstate coverage. Upon receipt of Your new application and the required premium, coverage under the reinstated Plan will continue subject to all previous Plan Benefits provisions.

VSP will not cancel coverage under this Plan because of a Covered Person's health status or requirements for vision care services. If you believe that VSP has cancelled Your coverage for either of these reasons, You may request a review of the cancellation by the Director of the California Department of Managed Health Care.

**OTHER PLAN PROVISIONS**

VSP will not increase Your premium amount or reduce Your Plan Benefits unless We notify You in writing at least thirty (30) days prior to any such actions.

VSP will notify You in writing if any VSP Network Doctor from whom You are receiving Plan Benefits is no longer qualified or eligible to provide such services.

In the event that a provider from whom you are receiving Plan Benefits ceases to be a VSP Network Doctor, VSP shall remain liable to such VSP Network Doctor for Plan Benefits being provided to Covered Persons at the time of termination of that provider's contract with VSP. VSP will permit the VSP Network Doctor to continue providing Plan Benefits to Covered Persons until any current course of treatment is complete, or until VSP makes reasonable and appropriate provision for Plan Benefits to be provided by another VSP Network Doctor.

This Plan is subject to the requirements of pertinent provisions of California's Health and Safety Code and Code of Regulations. Any provisions required to be in this Plan by such codes and regulations shall be binding on VSP whether or not actually included in this Plan.

**DEFINITIONS OF WORDS AND PHRASES USED IN THIS PLAN**

| | |
|---|---|
| **Benefit Authorization** | Authorization from VSP identifying the individual named as a Covered Person of VSP, and identifying those Plan Benefits to which Covered Person is entitled at the time the authorization is issued. |
| **Copayment** | An amount required to be paid by or on behalf of a Covered Person for Plan Benefits which are not fully covered, and which are payable at the time services are rendered or materials provided. |
| **Covered Dependent** | A Subscriber's eligible dependent who is covered under this Plan. |
| **Covered Person** | A person insured under this Plan, including the Subscriber and any Covered Dependent. |
| **Elective Contact Lenses** | A corrective lens used to restore a patient's visual acuity and for which less expensive alternative corrective lenses are available. |
| **Experimental Nature** | A service or material that is not universally accepted by the vision care profession, as determined by VSP. |
| **Non-VSP Provider** | Any optometrist, optician, ophthalmologist, or other licensed and qualified vision care provider who has not contracted with VSP to provide vision care services and/or vision care materials to Covered Persons of VSP. |
| **Optometric Consultant** | An individual who: (1) has an active, unrestricted license to practice optometry in the United States and, (2) is active in the Optometric industry or field. |
| **Plan** | This document and all of its attachments, if any. |
| **Plan Benefits** | The vision care services and vision care materials which a Covered Person is entitled to receive by virtue of coverage under this Plan. |
| **Plan Term** | A [twelve (12) or twenty-four (24) month] period beginning on the Plan Effective Date on page 1 of this Plan. |
| **Plan Year** | A twelve- (12) month period beginning on the Plan Effective date and on each subsequent anniversary thereof. |
| **Subscriber** | The person who signed the application for this Plan and who is responsible for payment of premiums for this Plan. |
| **You, Your** | The person insured under this Plan, as shown on page 1.  The Subscriber. |
| **Visually Necessary** | Services and materials needed to restore or maintain a patient's visual acuity and health and for which there is no less expensive professionally acceptable alternative, as determined by VSP. |
| **VSP Network Doctor** | An optometrist or ophthalmologist, licensed and otherwise qualified to practice vision care and/or provide vision care materials, who has contracted with VSP to provide vision care services and/or vision care materials on behalf of Covered Persons of VSP. |
| **We, Us, Our, VSP** | This refers to Vision Service Plan. |

SCHEDULE OF BENEFITS

## PLAN BENEFITS

During each Plan Term the following vision care services and/or materials are available to Covered Persons under this Plan:

### Examination

You and each of Your Covered Dependents are entitled to one complete initial vision analysis [each Plan Year] which will include an examination of visual functions and prescription of corrective eyewear where needed.  At the time of the examination, You will be responsible for paying the VSP Network Doctor a Copayment of [$ 15.00].   You will not be responsible for any other charges relating to the examination.

### Lenses*

You and each of Your Covered Dependents are entitled to receive one pair of corrective lenses [each Plan Year].  For each pair of lenses You and Your dependents receive You will be responsible for paying the VSP Network Doctor 1), a Copayment of [$ 25.00] and 2), any charges for materials not covered under this Plan.  For a list of non-covered materials, please refer to the section on page 7  entitled "Plan Limitations".

### Frames*

You and each of Your Covered Dependents are entitled to an allowance of [$30.00] toward the purchase of one set of frames [each Plan Year].   For each set of frames You and Your dependents receive, You will be responsible for paying the VSP Network Doctor 1), a Copayment of [$25.00] 2), any costs for the purchase of the frames which exceed Your plan allowance and 3), any charges for materials not covered under this Plan.  For a list of non-covered materials, please refer to the section on page 7 entitled "Plan Limitations".

Your plan benefits for frames and lenses shall also include necessary professional services such as prescribing and ordering proper lenses, assisting in frame selection, verifying accuracy of finished lenses, proper fitting and adjustments of frames, subsequent adjustments to frames to maintain comfort and efficiency and progress or follow-up work as necessary.

### Elective Contact Lenses*

You and each of Your Covered Dependents are entitled to an allowance of [$120.00] toward the cost of professional services and the purchase price of one pair of elective contact lenses [each Plan Year].  An additional discount of 15% will apply to the VSP Network Doctor's professional fee.  For each set of elective contact lenses You and Your dependents receive, You will be responsible for paying the VSP Network Doctor 1), any amounts which exceed the VSP Network Doctor's discounted professional fee, and 2), any charges for materials not covered under this Plan.  For a list of non-covered materials, please refer to the section on page 7 entitled "Plan Limitations".

### Visually Necessary Contact Lenses*

You and each of Your Covered Dependents are entitled to one pair of Visually Necessary contact lenses [each Plan Year] when approved by VSP's optometric consultants.  Your VSP Network Doctor will be responsible for providing VSP with all information required for the optometric consultants to determine visual necessity.  If approved, the only cost to You or to each Covered Dependent for purchase of the Visually Necessary contact lenses will be a Copayment of [$25.00].  If VSP's optometric consultants do not approve the Visually Necessary contact lenses, You have the right to appeal the denial.  Please see the section entitled "Denial of authorization for services " on page 6.

**Important:**  Under this Plan, You and each of Your Covered Dependents may purchase either one pair of frames and lenses or one pair of contact lenses per Plan Term.

## OTHER PLAN BENEFITS

You and each of Your Covered Dependents are also entitled to receive the additional vision care services as stated below.

**Low Vision**

When determined to be Visually Necessary by VSP's optometric consultants, You and each of Your Covered Dependents will be entitled to receive professional services for treatment of severe problems which are not correctable with regular lenses. Professional services will include supplemental testing for evaluation, diagnosis and the prescribing of appropriate vision aids. VSP will pay up to [$125.00] for You and each of Your Covered Dependents for supplemental testing.   When prescribed by Your VSP Network Doctor under this Plan Benefit, You and each of Your Covered Dependents will be entitled to receive supplemental visual aids for treatment of the low vision condition.   For You and each of Your Covered Dependents, VSP will pay 75% of the amount approved by VSP's optometric consultants for low vision services and materials.   The maximum amount VSP will pay for all low vision services and materials is [$1000.00] every two (2) years.  For all low vision services and materials You will be responsible for paying the VSP Network Doctor 25% of the amount approved by VSP's optometric consultants and any amounts which exceed the maximum Plan Benefit of [$1,000.00].

**Additional Discount**

In addition to the specific Plan Benefits stated above, You and each of Your Covered Dependents are entitled to receive a discount of twenty percent (20%) toward the purchase of additional complete pairs of prescription glasses (frames, lenses and lens options) from VSP Network Doctors.  Additional pairs are those purchased beyond the Plan Term benefit frequency allowed under this Plan.

Also, You and each of Your Covered Dependents are entitled to receive a discount of fifteen percent (15%) off of any VSP Network Doctor's professional fees for evaluation and fitting of contact lenses.

You will be responsible for paying the VSP Network Doctor the balance of any charges for materials and services after the applicable discount(s) are applied.  To receive the discount(s), all services and/or materials must be purchased within twelve (12) months of an examination covered under this Plan and must be purchased from the same VSP Network Doctor providing that examination.

**Important:**  Discounts do not apply to vision care services and/or materials obtained from a Non-VSP Provider.

**WHAT YOU NEED TO KNOW ABOUT USING YOUR PLAN BENEFITS**

**How to obtain services and materials under this Plan**

When You or any of Your Covered Dependents want to receive Plan Benefits, contact a VSP Network Doctor and make an appointment. Identify yourself as a VSP insured and the VSP Network Doctor will contact VSP to verify Your eligibility and obtain a Benefit Authorization. You should refer to the VSP List of Member Doctors provided to You with Your Plan for the names of the VSP Network Doctors in Your area. You may also find the locations of VSP Network Doctors by visiting VSP's web site at www.vsp.com or by calling VSP Customer Service toll-free at (800) 877-7195. Covered Persons are not limited to any geographic area when they wish to use Plan Benefits. They may select and utilize a VSP Network Doctor anywhere throughout the United States.

**Why a Benefit Authorization is required**

A Benefit Authorization is VSP's way of confirming to You and to the VSP Network Doctor that You and Your Covered Dependents are eligible to receive Plan Benefits. If VSP issues a Benefit Authorization, and You or a Covered Dependent receive Plan Benefits based on that Authorization before it expires, VSP will pay for those Plan Benefits even if this Plan is terminated. If You or a Covered Dependent receive Plan Benefits without a Benefit Authorization, You would be responsible for paying the full amount of the services and/or materials to the doctor.

**Plan Benefits received from a Non-VSP Provider**

Plan Benefits under this Plan are only available from VSP Network Doctors. If any Covered Person receives services or materials from a Non-VSP Provider, the Subscriber will be responsible for payment of all expenses incurred and will not be reimbursed by VSP.

**Emergency services**

Plan Benefits provided by VSP under this Plan are for routine vison care services and materials only. This Plan does not cover treatment for medical problems, whether due to an emergency or to any other cause. If You or any of Your Covered Dependents require medical treatment for any reason, You should contact a medical provider.

**Pre-certification of services**

Some Plan Benefits available under this Plan are available to Covered Persons only if the services and/or materials are Visually Necessary. Your VSP Network Doctor will need to contact VSP for authorization to provide these types of Plan Benefits. If a Covered Person meets the required guidelines for receiving such services and/or materials, as determined by VSP's optometric consultants, VSP will issue an authorization to the doctor to provide them. Plan Benefits under this Plan that require pre-certification are Visually Necessary Contact Lenses and Low Vision services and materials.

**Your rights under this Plan if You have problems or questions**

For any questions or complaints You may have regarding Your coverage under this Plan, please contact VSP's Customer Service Department at (800) 877-7195, Monday through Friday, from 6 AM to 7 PM, Pacific Standard Time. Many of Your questions may also be answered by visiting VSP's web site at www.vsp.com.

If You should ever have a complaint about the quality of the care You receive from a VSP Network Doctor, wish to request reconsideration from VSP of a claim denied for payment, appeal a decision by VSP not to allow certain benefits under this Plan, or for any other similar reason, Your first step should be to contact VSP's Customer Service Department. If they are not able to resolve Your complaint, they will assist You in the procedures for pursuing a formal review of Your concerns by VSP. At any time You may designate another person to act as Your authorized representative for matters involving VSP. For additional information on this subject, please refer to the section of this Plan entitled "Denial of authorization for services" on page 6.

## HOW VSP HANDLES PAYMENT OF CLAIMS

Plan Benefits under this Plan are provided by Vision Service Plan., a California non-profit health plan, and are subject to preferred provider arrangements.

A preferred provider, referred to in this Plan as a "VSP Network Doctor", is an optometrist or ophthalmologist that has signed a contract with VSP to provide Plan Benefits to Covered Persons under VSP policies. Each VSP Network Doctor has agreed to accept discounted fees as payment from VSP in exchange for being listed in VSP's directory of its contracting doctors. A doctor who is not a preferred provider has no contractual arrangement with VSP and can charge whatever fee he or she desires. You can obtain more information regarding VSP's preferred providers, including a list of doctors in Your area, by visiting VSP's web site at www.vsp.com, by calling VSP's Customer Service Department at (800) 877-7195 or by writing to VSP at 3333 Quality Drive, Rancho Cordova, CA 95670.

### Services from VSP Network Doctors

When You or Your Covered Dependents receive services or materials from a VSP Network Doctor, the doctor will submit any required claims directly to VSP. VSP will then pay the doctor for the Plan Benefits You received. You will never be required to file a claim with VSP. If VSP fails to pay the VSP Network Doctor, neither You nor any of Your Covered Dependents will be held liable for any sums owed by VSP other than those not covered by VSP under this Plan.

### Denial of authorization for services

If You ever have a question or problem, Your first step is to call VSP's Customer Service Department. The Customer Service Department will make every effort to answer Your question and/or resolve the matter informally. If a matter is not initially resolved to Your satisfaction, You may communicate a complaint or grievance to VSP orally or in writing by using the complaint form which may be obtained upon request from the Customer Service Department. Complaints and grievances include disagreements regarding access to care, or the quality of care, treatment or service. You also have the right to submit written comments or supporting documentation concerning a complaint or grievance to assist in VSP's review. VSP will resolve the complaint or grievance within thirty (30) days after receipt. Upon final resolution, You will be notified of the outcome in writing.

VSP's determination, including specific reasons for the decision, shall be provided and communicated to You within thirty (30) calendar days after receipt of a request from You or Your authorized representative.

If You disagree with VSP's determination, You may request a second level appeal within sixty (60) calendar days from the date of the determination. VSP shall resolve any second level appeal within fifteen (15) calendar days.

**PLAN LIMITATIONS**

**PATIENT OPTIONS**

This Plan is designed to cover visual needs rather than cosmetic materials. If You or any of Your Covered Dependents select any of the following Lens Options, VSP will pay the amount stated in the Plan Benefits section for the lenses and You will be responsible for paying the VSP Network Doctor for the additional costs of the Options.

Lens Options

- Blended Lenses
- Oversize lenses
- Tinted lenses, except Pink #1 and Pink #2
- Lens coatings
- Lens laminations
- Cosmetic lenses
- UV (ultraviolet) protected lenses
- Photochromic lenses
- Polycarbonate lenses

**NOT COVERED**

The following vision care services and/or materials are not covered under this Plan.

1. Orthoptics or vision training and any associated supplemental testing.
2. Corneal Refractive Therapy (CRT)
3. Orthokeratology (a procedure using contact lenses to change the shape of the cornea in order to reduce myopia).
4. Refitting of contact lenses after the initial (90-day) fitting period.
5. Plano lenses (lenses with refractive correction equal to or less than $\pm$ .50 diopter).
6. Two pair of glasses in lieu of bifocals.
7. Replacement of lenses and frames furnished under this Plan which are lost or broken, except at the normal intervals when services are otherwise available.
8. Medical or surgical treatment of the eyes.
9. Corrective vision treatment of an Experimental Nature.
10. Plano contact lenses to change eye color cosmetically.
11. Artistically-painted contact lenses.
12. Contact lens insurance policies or service contracts.
13. Additional office visits associated with contact lens pathology.
14. Contact lens modification, polishing or cleaning.
15. Costs for services and/or materials exceeding Plan Benefit allowances.
16. Services or materials of a cosmetic nature.
17. Services and/or materials not included as Plan Benefits in this Plan.

# EXHIBIT C



## Staying healthy has never been easier

Since 85% of all you experience is through your eyes, you certainly can't risk neglecting them. Especially now that you can get high-quality eyecare – including exams, prescription eyewear, personalized care and more – for you and your family at an affordable price.



**DID YOU KNOW?**

## Four great reasons to enroll

**Lower cost:** From savings on eyewear to discounts on laser vision correction, your benefit makes healthy and financial sense for you and your family.

**Convenience:** You'll find eyecare doctors right where you need them – close to work, home and shopping centers.

**Exceptional choice:** VSP eyecare doctors offer a wide selection of frames and contacts to choose from.

**Quality doctors:** You know you're receiving quality, personalized care from a doctor you can trust. Their commitment to care and service grows with you and your family for a lifetime.

## Using your coverage is as simple as A, B, C

Everything about the benefit is designed to make it easy for you.

Simply visit **vsp.com** or call **800-225-5877** to find a VSP network doctor near you. Then make an appointment and provide your member ID number. Your network doctor and VSP will handle the rest!

**DID YOU KNOW?**

## Eyecare benefits with you in mind

VSP provides eyecare coverage for individuals and families.

### Individual Eyecare

| Your vision coverage from a VSP network doctor | Your Copays |
|---|---|
| Eye exam covered in full.............................. every 12 months | Exam............................................ $15 |
| **Prescription Glasses** | |
| Lenses covered in full.................................. every 12 months | Prescription Glasses:........................ $25 |
| • Single vision, lined bifocal, lined trifocal lenses. | Contacts:.......................... No copay applies |
| • Polycarbonate lenses for dependent children. | |
| **Frame**.................................................. every 12 months | **Laser Vision Correction Discounts** |
| • Frame of your choice covered up to $120. | |
| –OR– | |
| | **Extra Discounts and Savings** |
| **Contact Lens Care**................................. every 12 months | **Prescription Glasses** |
| When you choose contacts instead of glasses, your $120 allowance applies to the cost of your contacts and the contact lens exam (fitting and evaluation). | • Up to 20% savings on lens extras such as scratch resistant and anti-reflective coatings and progressives |
| | • 20% off additional prescription glasses and sunglasses |
| | **Contacts** |
| | • 15% off cost of contact lens exam (fitting and evaluation) |

### Individual Eyecare Value

| Your vision coverage from a VSP network doctor | Your Copays |
|---|---|
| Eye exam covered in full.............................. every 12 months | Exam............................................ $15 |
| **Prescription Glasses** | Prescription Glasses:........................ $25 |
| Lenses covered in full.................................. every 12 months | Contacts:.......................... No copay applies |
| • Single vision, lined bifocal, lined trifocal lenses. | |
| • Polycarbonate lenses for dependent children. | **Laser Vision Correction Discounts** |
| **Frame**.................................................. every 24 months | |
| • Frame of your choice covered up to $120. | **Extra Discounts and Savings** |
| • Plus 20% off any out-of-pocket costs. | **Prescription Glasses** |
| –OR– | • Up to 20% savings on lens extras such as scratch resistant and anti-reflective coatings and progressives |
| **Contact Lens Care**................................. every 12 months | • 20% off additional prescription glasses and sunglasses |
| When you choose contacts instead of glasses, your $120 allowance applies to the cost of your contacts and the contact lens exam (fitting and evaluation). | **Contacts** |
| | • 15% off cost of contact lens exam (fitting and evaluation) |