# EXHIBIT E

**PROOFING CHECKLIST**
**EVIDENCE OF COVERAGE**

Document Originator:    **Adn**

Date Requested:        **JULY 1, 2004**

Group Name:            **THE CITY OF SAN JOSE**

Group Number:          **12112926**

**EOC DISCLOSURE PAGE**

| Y | N | N/A | CORRECT? |
|---|---|-----|----------|
| | | | Group legal name |
| | | | Group number |
| | | | VSP legal name |
| | | | Effective date |
| | | | Group Contact info |
| | | | Eligibility |
| | | | Ages |
| | | | Plan Type |
| | | | Plan Year/Service Year |

**SCHEDULE OF BENEFITS**

| Y | N | N/A | CORRECT? |
|---|---|-----|----------|
| | | | Allowances |
| | | | Covered Contact lenses? |
| | | | Enhanced Plan B language? |
| | | | Lens Options - all options are now supported<br>- for every option that the group has elected, that option will be automatically removed from the Exclusions section of the EOC booklet (page 5) |
| | | | Copayment |
| | | | EXTENDED BENEFITS (CCL, PEC, VT, VDT and SAFETY)<br>- the usual paragraph will still pull into the Schedules of Benefits; however, in addition the corresponding Addendum will pull into the doc as well. |
| | | | Low Vision - If not covered, remove LV language. Add bullet under Not Covered. OON language if covered? |

Repeat above for each additional Schedule of Benefits.

Proofed by: _____    Date: _____

# *Group Vision Care Plan*



## EVIDENCE OF COVERAGE
## &
## DISCLOSURE FORM

Provided by:

## VISION SERVICE PLAN

3333 Quality Drive, Rancho Cordova, CA  95670
(916) 851-5000   (800) 877-7195

THIS EVIDENCE OF COVERAGE AND DISCLOSURE FORM DISCLOSES THE TERMS AND CONDITIONS OF COVERAGE.  PLEASE READ THE FORM COMPLETELY AND CAREFULLY.  INDIVIDUALS WITH SPECIAL HEALTHCARE NEEDS SHOULD CAREFULLY READ THOSE SECTIONS THAT APPLY TO THEM.  ALL APPLICANTS HAVE A RIGHT TO REVIEW THE EVIDENCE OF COVERAGE AND DISCLOSURE FORM PRIOR TO ENROLLMENT.

To be filled in by employer in the event this document is used to develop a Summary Plan Description:

NAME OF EMPLOYER:
NAME OF PLAN:
PRINCIPAL ADDRESS:


EMPLOYER I.D.#:

PLAN #:

PLAN ADMINISTRATOR:
ADDRESS:


PHONE NUMBER:

REGISTERED AGENT FOR SERVICE OF LEGAL PROCESS, IF DIFFERENT FROM PLAN ADMINISTRATOR:

ADDRESS:

**THIS EVIDENCE OF COVERAGE AND DISCLOSURE FORM CONSTITUTES ONLY A SUMMARY OF THE TERMS AND CONDITIONS OF COVERAGE. THE PLAN CONTRACT ITSELF SHOULD BE CONSULTED TO DETERMINE GOVERNING TERMS AND CONDITIONS OF COVERAGE.**


**DEFINITIONS:**

| | |
|---|---|
| **ANISOMETROPIA** | A condition of unequal refractive state for the two eyes, one eye requiring a different lens correction than the other. |
| **BENEFIT AUTHORIZATION** | Authorization issued by VSP identifying the individual named as a Covered Person of VSP, and identifying those Plan Benefits to which a Covered Person is entitled. |
| **COPAYMENTS** | Any amounts required to be paid by or on behalf of a Covered Person for Plan Benefits which are not fully covered. |
| **COVERED PERSON** | An Enrollee or Eligible Dependent who meets VSP's eligibility criteria and on whose behalf Premiums have been paid to VSP, and who is covered under this plan. |
| **ELIGIBLE DEPENDENT** | Any legal dependent of an Enrollee of Group who meets the criteria for eligibility established by Group and approved by VSP under section VI. ELIGIBILITY FOR COVERAGE of the Group Plan document maintained by your Group Administrator under which such Enrollee is covered. |
| **EMERGENCY CONDITION** | A condition, with sudden onset and acute symptoms, that requires the Covered Person to obtain immediate medical care, or an unforeseen occurrence requiring immediate, non-medical action. |
| **ENROLLEE** | An employee or member of Group who meets the criteria for eligibility specified under section VI. ELIGIBILITY FOR COVERAGE of the Group Plan document maintained by your Group Administrator. |
| **EXPERIMENTAL NATURE** | Procedure or lens that is not used universally or accepted by the vision care profession, as determined by VSP. |
| **GROUP** | An employer or other entity which contracts with VSP for coverage under this plan in order to provide vision care coverage to its Enrollees and their Eligible Dependents. |
| **KERATOCONUS** | A development or dystrophic deformity of the cornea in which it becomes coneshaped due to a thinning and stretching of the tissue in its central area. |

**MEMBER DOCTOR**  An optometrist or ophthalmologist licensed and otherwise qualified to practice vision care and/or provide vision care materials who has contracted with VSP to provide vision care services and/or vision care materials on behalf of Covered Persons of VSP.

**NON-MEMBER PROVIDER**  Any optometrist, optician, ophthalmologist, or other licensed and qualified vision care provider who has not contracted with VSP to provide vision care services and/or vision care materials to Covered Persons of VSP.

**PLAN BENEFITS**  The vision care services and vision care materials which a Covered Person is entitled to receive by virtue of coverage under this plan, as defined on the enclosed insert or in the Schedule of Benefits attached as Exhibit A to the Group Plan document maintained by your Group Administrator.

**PREMIUMS**  The payments made to VSP by or on behalf of a Covered Person to entitle him/her to Plan Benefits, as stated in the Schedule of Premiums attached as Exhibit B to the Group Plan document maintained by your Group Administrator.

**RENEWAL DATE**  The date on which this plan shall renew or terminate if proper notice is given.

**SCHEDULE OF BENEFITS**  The document, attached as Exhibit A to the Group Plan document maintained by your Group Administrator, which lists the vision care services and vision care materials which a Covered Person is entitled to receive by virtue of this plan.

**SCHEDULE OF PREMIUMS**  The document, attached as Exhibit B to the Group Plan document maintained by your Group Administrator, which states the payments to be made to VSP by or on behalf of a Covered Person to entitle him/her to Plan Benefits.

**VISUALLY NECESSARY OR APPROPRIATE**  Services and materials medically or visually necessary to restore or maintain a patient's visual acuity and health and for which there is no less expensive professionally acceptable alternative.

## ELIGIBILITY FOR COVERAGE

Enrollees:  To be eligible for coverage, a person must currently be an employee or member of the Group, and meet the criteria established in the coverage criteria mutually agreed upon by Group and VSP.

Eligible Dependents:  If dependent coverage is provided, the persons eligible for coverage as dependents shall include the legal spouse of any Enrollee, and any unmarried child of an Enrollee who has not attained the limiting age as shown on the enclosed insert, including any natural child from the moment of birth, legally adopted child from the moment of placement for adoption with the Enrollee, or other child for whom a court holds the Enrollee responsible.

A dependent, unmarried child over the limiting age as shown on the enclosed insert may continue to be eligible as a dependent if the child is incapable of self-sustaining employment because of mental or physical disability, and chiefly dependent upon the Enrollee for support and maintenance.

## ANNUAL ENROLLMENT/DISENROLLMENT

Except for new Enrollees joining this plan, Enrollees and Eligible Dependents shall have the right to become covered or cancel coverage once each year during the thirty (30) day period beginning sixty (60) days prior to the anniversary of the effective date of this plan (or as may otherwise be allowed by mutual agreement between the Group and VSP).  Any such coverage or cancellation of coverage may be accomplished only by Group giving VSP written notice thereof on behalf of the Enrollee or Eligible Dependent before the end of the prescribed thirty (30) day period and will take effect on the anniversary date following receipt of such notice.

## PREMIUMS

Your Group is responsible for payments to VSP of the periodic charges for your coverage.  You will be notified of your share of the charges, if any, by your Group.  The entire cost of the program is paid to VSP by your Group.

**PROCEDURES FOR USING THIS PLAN**

**PLEASE READ THE FOLLOWING INFORMATION SO YOU WILL KNOW FROM WHOM OR WHAT GROUP OF PROVIDERS HEALTH CARE MAY BE OBTAINED.**

1.  When you desire to obtain Plan Benefits from a Member Doctor, you should contact a Member Doctor or VSP. A list of names, addresses, and phone numbers of Member Doctors in your geographical location can be obtained from your Group, Plan Administrator, or VSP. If this list does not cover the geographical area in which you desire to seek services, you may call or write the VSP office nearest you to obtain one which does.

2.  If you are eligible for Plan Benefits, VSP will provide Benefit Authorization directly to the Member Doctor. If you contact a Member Doctor directly, you must identify yourself as a VSP member so the doctor knows to obtain Benefit Authorization from VSP.

3.  When such Benefit Authorization is provided by VSP and services are performed prior to the expiration date of the Benefit Authorization, this will constitute a claim against this plan in spite of your termination of coverage or the termination of this plan. Should you receive services from a Member Doctor without such Benefit Authorization or obtain services from a provider who is not a Member Doctor, you are responsible for payment in full to the provider.

4.  You pay only the Copayment (if any) to the Member Doctor for the services covered by this plan. VSP will pay the Member Doctor directly according to their agreement with the doctor. VSP reimburses its Member Doctors on a fee-for-service basis. There are no incentives or financial bonuses paid to Member Doctors for services covered under this plan.

    **Note: If you are eligible for and obtain Plan Benefits from a Non-Member Provider, you should pay the provider his full fee. You will be reimbursed by VSP in accordance with the Non-Member Provider reimbursement schedule shown on the enclosed insert, less any applicable Copayments.**

5.  In emergency conditions, when immediate vision care of a medical nature such as for bodily trauma or disease is necessary, Covered Person can obtain covered services by contacting a Member Doctor (or Out-of-Network Provider if the attached Schedule of Benefits indicates Covered Person's Plan includes such coverage). No prior approval from VSP is required for Covered Person to obtain vision care for Emergency Conditions of a medical nature. However, services for medical conditions, including emergencies, are covered by VSP only under the Acute EyeCare and Primary EyeCare Plans. If coverage for one of these plans is not indicated on the attached Schedule of Benefits or Addendum, Covered Person is not covered by VSP for medical services and should contact a physician under Covered Person's medical insurance plan for care. For emergency conditions of a non-medical nature, such as lost, broken or stolen glasses, the Covered Person should contact VSP's Customer Service Department for assistance.

    Emergency vision care is subject to the same benefit frequencies, plan allowances, Copayments and exclusions stated herein. Reimbursement to Member Doctors will be made in accordance with their agreement with VSP.

6.  In the event of termination of a Member Doctor's membership in VSP, VSP will remain liable to the Member Doctor for services rendered to you at the time of termination and permit Member Doctor to continue to provide you with Plan Benefits until the services are completed or until VSP makes reasonable and appropriate arrangements for the provision of such services by another authorized doctor.

**BENEFIT AUTHORIZATION PROCESS**

VSP authorizes Plan Benefits according to the latest eligibility information furnished to VSP by Covered Person's Group and the level of coverage (i.e. service frequencies, covered materials, reimbursement amounts, limitations, and exclusions) purchased for Covered Person by Group under this Plan. When Covered Person requests services under this Plan, Covered Person's prior utilization of Plan Benefits will be reviewed by VSP to determine if Covered Person is eligible for new services based upon Covered Person's Plan's level of coverage. Please refer to the attached Schedule of Benefits for a summary of the level of coverage provided to Covered Person by Group.

**Prior Authorization**

Certain Plan Benefits require VSP's prior authorization before such Plan Benefits are covered. VSP's prior authorization determinations are based upon criteria developed by optometric and ophthalmic consultants and approved by VSP's Utilization Management Committee and Board of Directors.

A.    **Initial Determination**: VSP will approve or deny requests for prior authorization of services within fifteen (15) calendar days of receipt of the request from the Covered Person's doctor. In the event that a prior authorization cannot be resolved within the time indicated, VSP may, if necessary, extend the time for decision by no more than fifteen (15) calendar days.

B.    **Appeals:** If VSP denies the doctor's request for prior authorization, the doctor, Covered Person or the Covered Person's authorized representative may request an appeal of the denial. Please refer to the section on Claim Appeals, below, for details on how to request an appeal. VSP shall provide the requestor with a final review determination within thirty (30) calendar days from the date the request is received. A second level appeal, and other remedies as described below, are also available. VSP shall resolve any second level appeal within thirty (30) calendar days. Covered Person may designate any person, including the provider, as Covered Person's authorized representative.

For more information regarding VSP's criteria for authorizing or denying Plan Benefits, please contact VSP's Customer Service Department.

**BENEFITS AND COVERAGE**

Through its Member Doctors, VSP provides Plan Benefits to Covered Persons as may be Visually Necessary or Appropriate, subject to the limitations, exclusions, and Copayment(s) described herein. When you wish to obtain Plan Benefits from a Member Doctor, you should contact the Member Doctor of your choice, identify yourself as a VSP member, and schedule an appointment. If you are eligible for Plan Benefits, VSP will provide Benefit Authorization for you directly to the Member Doctor prior to your appointment.

**IMPORTANT: The benefits described below are typical services and materials available under most VSP plans. However, the actual Plan Benefits provided to you by your Group may be different. Refer to the attached Schedule of Benefits and/or Disclosure to determine your specific Plan Benefits.**

1.    Eye Examination: A complete initial vision analysis which includes an appropriate examination of visual functions, including the prescription of corrective eyewear where indicated. Each Covered Person is entitled to a Eye Examination as indicated on the enclosed insert.

2.    Lenses: The Member Doctor will order the proper lenses necessary for your visual welfare. The doctor shall verify the accuracy of the finished lenses. Each Covered Person is entitled to new lenses as indicated on the enclosed insert.

3.    Frames: The Member Doctor will assist in the selection of frames, properly fit and adjust the frames, and provide subsequent adjustments to frames to maintain comfort and efficiency. Each Covered Person is entitled to new frames as indicated on the enclosed insert.

4.    Contact lenses: Unless otherwise indicated on the enclosed insert, contact lenses are available under this Plan in lieu of all other lens and frame benefits described herein.

When you obtain Visually Necessary contact lenses from a Member Doctor, professional fees and materials will be covered as indicated on the enclosed insert with prior authorization from VSP. **Coverage for Visually Necessary contact lenses regardless of whether they are obtained from a Member Doctor or Non-Member Provider is subject to review and authorization from VSP's optometric consultants.**

If you select contact lenses for other than Visually Necessary circumstances, they will be considered Elective contact lenses. When Elective contact lenses are obtained from a Member Doctor, VSP will provide an allowance toward the cost of professional fees and materials. A 15% discount shall also be applied to the Member Doctor's usual and customary professional fees for contact lens evaluation and fitting. Contact lens materials are provided at the Member Doctor's usual and customary charges.

5.     If you elect to receive vision care services from one of the Member Doctors, Plan Benefits are provided subject only to your payment of any applicable Copayment. If your Plan includes Non-Member Provider coverage and you choose to obtain Plan Benefits from a Non-Member Provider, you should pay the Non-Member Provider his full fee. VSP will reimburse you in accordance with the reimbursement schedule shown on the enclosed insert, less any applicable Copayment. THERE IS NO ASSURANCE THAT THE SCHEDULE WILL BE SUFFICIENT TO PAY FOR THE EXAMINATION OR THE MATERIALS. Availability of services under the Non-Member Provider reimbursement schedule is subject to the same time limits and Copayments as those described for Member Doctor services. Services obtained from a Non-Member Provider are in lieu of obtaining services from a Member Doctor and count toward plan benefit frequencies.

6.     Additional Discount: Each Covered Person shall be entitled to receive a 20% discount toward the purchase of additional complete pairs of prescription glasses (lenses, lens options, and frames) from a Member Doctor. Additional pairs means any complete pair of prescription glasses purchased beyond the benefit frequency allowed by your Plan, as indicated on the enclosed insert. Additionally, each Covered Person shall be entitled to receive a 15% discount off the Member Doctor's professional fees for contact lens evaluations and fittings. Contact lens materials are provided at the doctor's usual and customary charges. Discounts are applied to the Member Doctor's usual and customary fees for such services and are available within twelve (12) months of the covered eye examination from the Member Doctor who provided the covered eye examination.

7.     Low Vision Services and Materials (applicable only if included in your Plan Benefits outlined on the enclosed insert): The Low Vision Benefit provides special aid for people who have acuity or visual field loss that cannot be corrected with regular lenses. If a Covered Person falls within this category, he or she will be entitled to professional services as well as ophthalmic materials including but not limited to supplemental testing, evaluations, visual training, low vision prescription services, plus optical and non-optical aids, subject to the frequency and benefit limitations as outlined on the enclosed insert. Consult your Member Doctor for details.

## COPAYMENT

The benefits described herein are available to you subject only to your payment of any applicable Copayment(s) as described in this booklet and on the enclosed insert. ANY ADDITIONAL CARE, SERVICE AND/OR MATERIALS NOT COVERED BY THIS PLAN MAY BE ARRANGED BETWEEN YOU AND THE DOCTOR.

## EXCLUSIONS AND LIMITATIONS OF BENEFITS

**This Plan is designed to cover *visual* needs rather than *cosmetic* materials. If you select any of the following extras, this Plan will pay the basic cost of the allowed lenses, and you will be responsible for the additional costs for the options, unless the extra is defined as a Plan Benefit in the enclosed Schedule of Benefits insert.**

- Optional cosmetic processes.
- Anti-reflective coating.
- Color coating.
- Mirror coating.
- Scratch coating.
- Blended lenses.
- Cosmetic lenses.
- Laminated lenses.
- Oversize lenses.
- Photochromic lenses, tinted lenses except Pink #1 and Pink #2.
- Progressive multifocal lenses.
- UV (ultraviolet) protected lenses.
- Certain limitations on low vision care.

**NOT COVERED**

There is no benefit under this plan for professional services or materials connected with:

1. Orthoptics or vision training and any associated supplemental testing; plano lenses (less than ±.38 diopter power); or two pair of glasses in lieu of bifocals.

2. Replacement of lenses and frames furnished under this plan which are lost or broken except at the normal intervals when services are otherwise available.

3. Medical or surgical treatment of the eyes.

4. Corrective vision treatment of an Experimental Nature.

5. Costs for services and/or materials above Plan Benefit allowances indicated on the enclosed insert.

6. Services/materials not indicated as covered Plan Benefits on the enclosed insert.


**LIABILITY IN EVENT OF NON-PAYMENT**

In the event VSP fails to pay the Member Doctor, you shall not be liable to the Member Doctor for any sums owed by VSP other than those charges for services or materials obtained by you that are not covered by this plan.


**COMPLAINTS AND GRIEVANCES**

If Covered Person ever has a question or problem, Covered Person's first step is to call VSP's Customer Service Department. The Customer Service Department will make every effort to answer Covered Person's question and/or resolve the matter informally. If a matter is not initially resolved to the satisfaction of a Covered Person, the Covered Person may communicate a complaint or grievance to VSP orally or in writing by using the complaint form that may be obtained upon request from the Customer Service Department. Complaints and grievances include disagreements regarding access to care, or the quality of care, treatment or service. Covered Persons also have the right to submit written comments or supporting documentation concerning a complaint or grievance to assist in VSP's review. VSP will resolve the complaint or grievance within thirty (30) days after receipt, unless special circumstances require an extension of time. In that case, resolution shall be achieved as soon as possible, but no later than one hundred twenty (120) days after VSP's receipt of the complaint or grievance. If VSP determines that resolution cannot be achieved within thirty (30) days, a letter will be sent to the Covered Person to indicate VSP's expected resolution date. Upon final resolution, the Covered Person will be notified of the outcome in writing.

**Claim Payments and Denials**

A.    **Initial Determination**:  VSP will pay or deny claims within thirty (30) calendar days of the receipt of the claim from the Covered Person or Covered Person's authorized representative. In the event that a claim cannot be resolved within the time indicated VSP may, if necessary, extend the time for decision by no more than fifteen (15) calendar days.

B.    **Request for Appeals**:  If a Covered Person's claim for benefits is denied by VSP in whole or in part, VSP will notify the Covered Person in writing of the reason or reasons for the denial. Within one hundred eighty (180) days after receipt of such notice of denial of a claim, Covered Person may make a verbal or written request to VSP for a full review of such denial. The request should contain sufficient information to identify the Covered Person for whom a claim for benefits was denied, including the name of the VSP Enrollee, Member Identification Number of the VSP Enrollee, the Covered Person's name and date of birth, the name of the provider of services and the claim number. The Covered Person may state the reasons the Covered Person believes that the claim denial was in error. The Covered Person may also provide any pertinent documents to be reviewed. VSP will review the claim and give the Covered Person the opportunity to review pertinent documents, submit any statements, documents, or written arguments in support of the claim, and appear personally to present materials or arguments. Covered Person or Covered Person's authorized representative should submit all requests for appeals to:

**VSP**
**Member Appeals**
**3333 Quality Drive**
**Rancho Cordova, CA 95670**
**(800) 877-7195**

VSP's determination, including specific reasons for the decision, shall be provided and communicated to the Covered Person within thirty (30) calendar days after receipt of a request for appeal from the Covered Person or Covered Person's authorized representative.

If Covered Person disagrees with VSP's determination, he/she may request a second level appeal within sixty (60) calendar days from the date of the determination. VSP shall resolve any second level appeal within thirty (30) calendar days.

When Covered Person has completed all appeals mandated by the Employee Retirement Income Security Act of 1974 ("ERISA"), additional voluntary alternative dispute resolution options may be available, including mediation and arbitration. Covered Person should contact the U. S. Department of Labor or the State insurance regulatory agency for details. Additionally, under ERISA Section 502(a)(I)(B), Covered Person has the right to bring a civil (court) action when all available levels of reviews of denied claims, including the appeal process, have been completed, the claims were not approved in whole or in part, and Covered Person disagrees with the outcome.

**Review by the Department of Managed Health Care**: The California Department of Managed Health Care is responsible for regulating health care service plans. If you have a grievance against your health plan, you should first telephone your health plan at **(800) 877-7195** and use your health plan's grievance process before contacting the Department. Utilizing this grievance procedure does not prohibit any potential legal rights or remedies that may be available to you. If you need help with a grievance involving an emergency, a grievance that has not been satisfactorily resolved by your health plan, or a grievance that has remained unresolved for more than 30 days, you may call the Department for assistance. You may also be eligible for an Independent Medical Review (IMR). If you are eligible for IMR, the IMR process will provide an impartial review of medical decisions made by a health plan related to the medical necessity of a proposed service or treatment, coverage decisions for treatments that are experimental or investigational in nature and payment disputes for emergency or urgent medical services. The Department also has a toll-free telephone number **(1-888-HMO-2219)** and a TDD line **(1-877-688-9891)** for the hearing and speech impaired. The Department's Internet Web site **http://www.hmohelp.ca.gov** has complaint forms, IMR application forms and instructions online.

## ARBITRATION
Any dispute or question arising between VSP and Group or any Covered Person involving the application, interpretation, or performance under this plan shall be settled, if possible, by amicable and informal negotiations. This will allow such opportunity as may be appropriate under the circumstances for fact-finding and mediation. If any issue cannot be resolved in this fashion, it shall be submitted to arbitration. The procedure for arbitration hereunder shall be conducted pursuant to the Rules of the American Arbitration Association.

## SECOND MEDICAL OPINIONS
1.      All requests for a second medical opinion shall be directed, in writing, to:

                     Vision Service Plan
                     Clinical Consultant
                     Health Care Services Division
                     3333 Quality Drive
                     Rancho Cordova, CA  95670

2.      The Clinical Consultant will review each request and respond within twenty (20) days of receipt of the written request.

3.      The requesting patient shall provide all evidence supporting the request for a second medical opinion when requested by the Clinical Consultant.

4.      A request for a second medical opinion shall be granted when it is determined by the Clinical Consultant, based on information provided by the Enrollee and the original examining Member Doctor, that the initial examination was insufficient to ascertain the visual health problems of the patient.

5.      In no circumstance will a second medical opinion be granted if the patient's initial vision examination was performed by a Non-Member Provider.

## TERMINATION OF BENEFITS
Terms and cancellation conditions of this plan are shown on the enclosed insert. Plan Benefits will cease on the date of cancellation of this plan whether the cancellation is by Group or by VSP due to non-payment of Premium. If service is being rendered to you as of the termination date of this plan, such service shall be continued to completion, but in no event beyond six (6) months after the termination date of this plan.

## INDIVIDUAL CONTINUATION OF BENEFITS
This program is available to groups of a minimum of ten (10) employees and is, therefore, not available on an individual basis. When a Group terminates its coverage, individual coverage is not available for Enrollees of the Group who may desire to retain their coverage.

**THE CONSOLIDATED OMNIBUS BUDGET RECONCILIATION ACT OF 1985 (COBRA)**

The Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA) requires that under certain circumstances health plan benefits available to an eligible participant and his or her dependents be made available to said persons upon the termination of employment of said participant, or the termination of the relationship between said participant and his or her dependents. If, and only to the extent, COBRA applies to your Group Plan, VSP shall make the statutorily-required continuation coverage available in accordance with COBRA.

# VISION SERVICE PLAN

**3333 Quality Drive**
**Rancho Cordova, CA  95670**

Group Name:  *THE CITY OF SAN JOSE*

Plan Number:  *12112926*

Effective Date:  *JULY 1, 2004*

Plan Term:  *TWENTY-FOUR (24) MONTHS*

## VISION CARE PLAN
## DISCLOSURE FORM AND EVIDENCE OF COVERAGE

**PLAN ADMINISTRATOR:**

*LINDA CHARFAUROS*
(NAME)
*801 NORTH FIRST STREET, RM 207*
(ADDRESS)
*SAN JOSE, CA  95110*
(CITY, STATE, ZIP)

**MONTHLY PREMIUM:**

*YOUR GROUP IS RESPONSIBLE FOR PAYMENT TO VISION SERVICE PLAN OF THE PERIODIC CHARGES FOR YOUR COVERAGE.  YOU WILL BE NOTIFIED OF YOUR SHARE OF THE CHARGES, IF ANY, BY YOUR GROUP.*

**ELIGIBILITY:**

*ENROLLEES & ELIGIBLE DEPENDENTS:  UNMARRIED DEPENDENT CHILDREN ARE COVERED TO AGE 19 OR TO AGE 24 IF FULL-TIME STUDENTS. THE WAITING PERIOD IS THE SAME AS YOUR OTHER HEALTH BENEFITS..*

**PLAN AND SCHEDULE:**

**PLAN: PLAN B**

| | |
|---|---|
| EXAMINATION: | ONCE EVERY PLAN YEAR |
| LENSES: | ONCE EVERY PLAN YEAR |
| FRAMES: | ONCE EVERY OTHER PLAN YEAR |

*\*PLAN YEAR BEGINS JANUARY 1ST*

**TERM, TERMINATION AND RENEWAL:**

*AFTER THE PLAN TERM, THIS PLAN WILL CONTINUE ON A MONTH-TO-MONTH BASIS OR UNTIL TERMINATED BY EITHER PARTY GIVING THE OTHER SIXTY (60) DAYS PRIOR WRITTEN NOTICE.*

**TYPE OF ADMINISTRATION:**

*BENEFITS ARE FURNISHED UNDER A VISION CARE PLAN PURCHASED BY THE GROUP AND PROVIDED BY VISION SERVICE PLAN (VSP) UNDER WHICH VSP IS FINANCIALLY RESPONSIBLE FOR THE PAYMENT OF CLAIMS.*

**VSP'S ADDRESS IS:**

*VISION SERVICE PLAN*
*3333 QUALITY DRIVE*
*RANCHO CORDOVA, CA  95670*

## SCHEDULE OF BENEFITS

### GENERAL

This Schedule lists the vision care services and vision care materials to which Covered Persons of VSP are entitled, subject to any Copayments and other conditions, limitations and/or exclusions stated herein. If Plan Benefits are available for Non-Member Provider services as indicated by the reimbursement provisions below, vision care services and vision care materials may be received from any licensed optometrist, ophthalmologist, or dispensing optician, whether Member Doctors or Non-Member Providers.

When Plan Benefits are received from Member Doctors, benefits appearing in the first column below are applicable subject to any Copayment(s) as stated below. When Plan Benefits are available and received from Non-Member Providers, you are reimbursed for such benefits according to the schedule in the second column below less any applicable Copayment.

| PLAN BENEFITS | MEMBER DOCTOR BENEFIT | NON-MEMBER PROVIDER BENEFIT |
|---|---|---|
| **VISION CARE SERVICES** | | |
| Vision Examination | Covered in Full* | Up to $ 45.00* |
| **VISION CARE MATERIALS** | | |
| Lenses | | |
|     Single Vision | Covered in Full* | Up to $ 45.00* |
|     Bifocal | Covered in Full* | Up to $ 65.00* |
|     Trifocal | Covered in Full* | Up to $ 85.00* |
|     Lenticular | Covered in Full* | Up to $125.00* |
| Frames | Covered up to Plan Allowance* | Up to $ 45.00* |
| **CONTACT LENSES** | | |
| Visually Necessary | | |
|     Professional Fees and Materials | Covered in Full* | Up to $ 210.00* |
| Elective | | |
|     Professional Fees and Materials | Up to $ 105.00* | Up to $ 105.00* |

**\*Subject to Copayment, if any.**
**\*\*Additional discount applies to Member Doctor's usual and customary professional fees for contact lens evaluation and fitting.**



CONTINUATION COVERAGE UNDER CAL-COBRA

If you are covered under a group policy providing coverage to 2 to 19 eligible employees, you may be eligible to purchase continued coverage under this group vision plan under California Health and Safety Code Section 1366.20 et seq. (Cal-COBRA).

You may qualify for Cal-COBRA continuation coverage if you lose coverage for one of the following reasons:

a)    The death of the covered employee.
b)    The termination of employment or reduction in hours of the covered employee's employment, except that termination for gross misconduct does not constitute a qualifying event.
c)    The divorce or legal separation of the covered employee from the covered employee's spouse.
d)    The loss of dependent status by a dependent enrolled in the group benefit plan.
e)    With respect to a covered dependent only, the covered employee's entitlement to benefits under Title XVIII of the United States Social Security Act (Medicare).

As a condition of receiving benefits, you must notify VSP within 60 days of the loss of coverage for one of the foregoing reasons. FAILURE TO NOTIFY VSP WITHIN THE REQUIRED 60 DAY PERIOD WILL DISQUALIFY YOU FROM RECEIVING CONTINUATION COVERAGE.

You must request the continuation in writing and deliver the written request to VSP by first class mail or other reliable means of delivery within the 60 day period following the later of (1) the date your coverage under the group benefit plan terminated or will terminate by reason of a qualifying reason, or (2) the date you were sent notice from the group benefit plan or VSP of eligibility to continue coverage under Cal-COBRA.

In order to continue receiving coverage under this plan, you are responsible for making all of the required premium payments in accordance with the terms and conditions of the plan contract. The first premium payment must be made to VSP by first-class mail, certified mail or other reliable means of delivery including personal delivery, express mail, or private courier within 45 days of the date you provided written notice to VSP of your election of continuation of benefits. The first premium payment must equal an amount sufficient to pay any required premiums and all premiums due. Failure to submit the correct premium amount within the 45 day period will disqualify you from receiving continuation coverage.

Notice: If the contract between VSP and the employer is terminated prior to the date your continuation coverage would terminate pursuant to the Cal-COBRA statute, you may elect continuation coverage under the employer's subsequent group benefit plan, if any, for the balance of the period you would have remained covered under this plan. However, continuation coverage shall terminate if you fail to comply with the requirements pertaining to enrollment in and payment of premiums to the new benefit plan within 30 days of receiving notice of termination of the prior group benefit plan.

All notices to VSP must be sent to:

VISION SERVICE PLAN
Attn: COBRA Administration
3333 Quality Drive
Rancho Cordova, CA 95670

**VISION SERVICE PLAN - HEALTH BENEFITS AND COVERAGE MATRIX**

THIS MATRIX IS INTENDED TO BE USED TO HELP YOU COMPARE COVERAGE BENEFITS AND IS A SUMMARY ONLY, THE EVIDENCE OF COVERAGE AND PLAN CONTRACT SHOULD BE CONSULTED FOR A DETAILED DESCRIPTION OF COVERAGE BENEFITS AND LIMITATIONS.

| TYPE OF SERVICE (Not all services are listed) Call VSP or check Official Plan Documents for details | Benefit Description | Copayment | Patient Out-of-Pocket | Plan Maximum (Eligibility) | Emergency Services | Out-Patient Services | Hospitalization Services | Ambulance Services | Prescription Drug Coverage | Durable Medical Equipment | Mental Health Services | Chemical Dependency Services | Home Health Services |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eye Examination | Complete vision analysis which includes an appropriate examination of visual functions, including the prescription of corrective eyewear where indicated. | Normally ranges from $0 - $50 (Can be group specific) | None. Covered in full. | Once every 12, 24 or 36 months (as determined by the group) | Yes. In emergency cases, when immediate vision care is necessary, Covered Persons may obtain Plan Benefits by contacting a Member Doctor or Non-Member Provider. Emergency Vision care is subject to the same benefit frequencies, plan allowances, Copayments, and exclusions stated herein for Member Doctor and Non-Member Provider services. | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| Lenses | Includes such professional services as are necessary, which shall include: prescribing and ordering proper lenses; verifying the accuracy of the finished lenses; progress of follow-up work as necessary. Covered lenses include: Single vision, Bi-focal, Tri-focal and Lenticular. | Normally ranges from $0 - $50 (Can be group specific and may be a combined copayment with frame) | Any cosmetic options not covered by the group | Once every 12, 24 or 36 months (as determined by the group) | Yes | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| Frame | Includes such professional services as are necessary, which shall include: assisting in the selection of frames; proper fitting and adjustment of frames; subsequent adjustments to frames to maintain comfort and efficiency; progress of follow-up work as necessary. | Normally ranges from $0 - $50 (Can be group specific and may be a combined copayment with lenses) | Any amount exceeding VSP's frame allowance (as determined by the group) | Once every 12, 24 or 36 months (as determined by the group) | Yes | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| Contact Lenses (Elective) | Includes such professional services as are necessary, which shall include: contact lens evaluation, fitting, and verifying the accuracy of the finished lenses. | Copay for exam (if applicable) would apply here. Normally ranges from $0 - $50 (Can be group specific) | Any amount exceeding VSP's frame allowance (as determined by the group) Normal allowance: $110 (Can be group specific) | Maximum determined by lens eligibility. Can be once every 12, 24 or 36 months (as determined by the group) | Yes | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| Contact Lenses (Medically Necessary) | Prior Authorization required. Includes such professional services as are necessary, which shall include: contact lens evaluation, fitting, and verifying the accuracy of the finished lenses. | Copay for exam and materials (lenses and frame - if applicable) would apply here. Normally ranges from $0 - $50 (Can be group specific) | None. Covered in full for most lens types, except: Daily disposable contact lenses covered up to $400. Patients responsible for amount in excess of $400. | Maximum determined by lens eligibility. Can be once every 12, 24 or 36 months (as determined by group) | Yes | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| Low Vision | If included in the plan. Prior authorization required. Includes such professional services as are necessary, which shall include: Supplemental testing Low Vision RX Evaluations Optical & non-optical aids Training Plan pays 50-75% of the approved allowable amount (maximum allowable is $500 to $1,000. Benefit is plan specific and can be group specific. | 25-50% of the approved allowable amount. (Maximum allowable is $500 to $1,000. Benefit is plan specific and can be group specific) | Any amount exceeding the maximum allowable amount. | Every 2 years | No | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE |

# EXHIBIT F

**Vision Service Plan**　　　　　　　　　　　　　　　　**Exhibit E-1**
DMHC File No. 933-0049　　　　　　　　　　　　　　　July 8, 2008
**Re: Amendment to Notice Proposing Certain Changes**

**CONFIDENTIAL**

# EXHIBIT E-1
# FILED ON APRIL 21, 2008

**CONFIDENTIAL**

**Vision Service Plan**                                    **Exhibit E-1**
DMHC File No.: 933-0049                                       April 21, 2008
Notice of Material Modification to Plan License Application
Re: Acquisition                                           <u>**CONFIDENTIAL**</u>

---

### NARRATIVE DESCRIPTION OF FILING

Vision Service Plan (the "Plan" or "VSP") submits this Notice of Material Modification to its License Application (the "Notice") pursuant to Section 1352(b) of the Knox-Keene Health Care Service Plan Act of 1975 (the "Act")[1], to advise the Department of Managed Health Care (the "Department") of its intention, along with and through certain of its affiliates, to acquire all of the stock of Marchon Eyewear, Inc., and its affiliate, OSS Holdings, Inc. (collectively, "Marchon") (the "Acquisition"). Marchon is one of the world's largest manufacturers and distributors of prescription eyeglass frames and sunglasses. VSP fully expects the Acquisition to enable VSP to enhance patient eyewear frame choices, reduce eyewear costs and streamline eyewear delivery to its members.

VSP participated in a pre-filing conference with the Department on April 10, 2008, at the Department's offices in Sacramento. VSP appreciates the Department's guidance and collegiality during that meeting, and looks forward to working with the Department in the review of this Notice.

During the pre-filing conference, the Department asked the Plan to clearly state at the beginning of this Exhibit E-1 what this Notice is <u>not</u> proposing. This Notice is <u>not</u> a proposal to change any VSP operations, policies, procedures, benefits, contracts, providers, officers, or directors. This Notice is a proposal for the Plan and certain of its affiliates to acquire two companies whose businesses are complementary to and related to the Plan's business. There are no plans to merge the Plan with the companies to be acquired. There are financial obligations and rewards attendant to this proposal, and this Notice addresses those financial issues.

Because of the extremely sensitive nature of the business and competitive terms of the Acquisition, including the identity of the companies to be acquired, the Plan is filing herewith a Request for Confidential Treatment (the "Request") that encompasses the entire filing. Pursuant to the Request, the Plan is requesting confidential treatment of the entire filing until thirty (30) calendar days after approval of the Notice, except where longer time periods for certain documents are noted in the Request. The Plan intends to make a supplemental filing prior to the Department's issuance of an Order approving the Notice, to provide certain documents in a redacted form which can be disclosed, as redacted, upon the expiration of the thirty (30) calendar days following approval of the Notice.

---

[1] Health and Safety Code section 1340 *et. seq.*

**Overview of the Notice**

VSP is a not-for-profit corporation founded in 1955. It was originally licensed by the Attorney General's office as a Knox-Mills plan, and it has been regulated by the Department and its predecessor, the Department of Corporations, as a Knox-Keene specialized vision health care service plan since the mid-seventies. VSP and its affiliated vision service plans arrange for the provision of vision care and eyewear coverage for their union, private employer, and government agency client groups and individual members and insureds. VSP arranges for covered services through contracts with optometrists, ophthalmologists, optical laboratories, and eyewear manufacturers across the U.S.

The acquisition of Marchon will be an important advancement for VSP, significantly enhancing its efforts to provide value, choice, and timeliness of eyewear delivery to its members. Marchon holds licenses with many impressive brands, including Calvin Klein, Coach, Disney, Fendi, Pucci, Michael Kors, Nautica, Nike, Oscar de la Renta, Sean John and X Games. With greater involvement and management over the manufacturing and distribution of frames, VSP will be able to provide more choices to members within the wholesale frame coverage limit in the majority of VSP's benefit plans.

In order to effectuate the Acquisition, VSP and its subsidiaries Altair Holding Company ("Altair Holding") and Vision Service Plan Insurance Company (CT) ("VSPIC-CT") will each purchase stock in a new company, VSP Holding Company, Inc. ("VSP Holding"). (VSP, Altair Holding, VSPIC-CT and VSP Holding shall be referred to collectively as the "VSP Companies").

**REDACTED**

VSP and VSP Holding will enter into a Stock Purchase Agreement with the current shareholders of Marchon Eyewear, Inc. ("Marchon Eyewear") and its affiliate, OSS Holdings, Inc. (OSS Holdings") (parent company of optometric office-related software businesses) to acquire 100% of the outstanding common stock of Marchon.

**REDACTED**

This Notice provides information to the Department about the Acquisition, the financial impact of the Acquisition on VSP and its affiliates, the benefits of the Acquisition expected to accrue to VSP's members and providers, and other information as requested by the Department. The Plan is filing herewith the Stock Purchase Agreement in an unexecuted form. The parties would like to receive the Department's approval of the Notice as soon as is practical. The parties consider the

**CONFIDENTIAL**

2

Stock Purchase Agreement, along with its exhibits and Disclosure Schedules, to be final.[2]  A few minor changes could be made, but the Plan believes that they will not impact the Department's review of these documents.  If changes are made to any of these documents, the Plan will file such changes in red-line form as an amendment to this Notice.

VSP does not expect the Acquisition to impact its Plan operations, subscriber agreements, evidences of coverage, provider contracts and network, Board of Directors, officers, financial practices, or internal policies, procedures and systems (grievance procedures, quality management procedures, etc.).  Any such changes that occur post-Acquisition will be filed in accordance with the Act and the Act's regulations[3]

## Time Sensitivity for Closing

The current target date for the closing of the Acquisition is July 31, 2008.  The Plan respectfully requests the review and approval of this Notice as soon as practical or by June 30, 2008 in order to proceed to a timely closing.  As explained in the pre-filing conference with the Department, there are certain negative financial consequences arising from one of Marchon Eyewear's licensing agreements should an untimely closing take place.

## Overview of this Exhibit E-1

The Notice consists of this Exhibit E-1 and the additional exhibits identified at the end of this document.  Section I provides additional information on VSP and the other parties to the Acquisition.  Section II describes the Acquisition that will result in the acquisition of Marchon by VSP Holding.  Section III provides information on the financial impact of the proposed Acquisition on VSP.  Section IV describes the benefits expected to accrue to VSP members and providers as a result of the Acquisition.  Section V describes the additional regulatory filings that must be approved prior to the closing.  Section VI identifies the exhibits filed as part of the Notice, including those items and exhibits that are the subject of the Plan's Request for Confidential Treatment, which is filed herewith.  In short, the Notice amply demonstrates that the Acquisition will have no adverse impact on VSP's existing or continued compliance with the Act.

## I. Background Information on the Parties to the Acquisition

The Plan and key parties to the proposed Acquisition are described below:

### A.    Vision Service Plan

The Plan and its affiliated vision service plans (the "VSP Plans") provide eyecare coverage to

---

[2] A few exhibits to the Employment Agreements filed at Attachment 1-B to the Exhibit E-1 are not available at this time.  They will be filed supplementally when they become available.

[3] Regulations promulgated under the Act are codified at Title 28, California Code of Regulations ("Regulations").

**CONFIDENTIAL**

SAC 10089v.3

members in all fifty (50) states under the federally registered service mark "Vision Service Plan" or "VSP". With fifty-two (52) years of experience and fifty-five (55) million members nationwide, the VSP Plans are proud that one in six (1 in 6) people in the United States relies on the VSP Plans for eyecare coverage. The VSP Plans have contracts with 29,000 clients, including more than one hundred (100) health plans. In addition, the VSP Plans contract with just over 50% of the companies on the 2007 Fortune 500 list and Fortune Magazine's 2007 "Best Companies to Work For" that provide fully insured vision benefits.

The VSP Plans have a network of more than 24,000 private-practice doctors, located in rural and metropolitan areas throughout the nation. The doctor network is so comprehensive that Americans have a choice of two (2) VSP doctors within 2.1 miles in urban and suburban neighborhoods and within 8.8 miles in rural areas. The VSP family of companies employs more than two thousand (2,000) people, with its administrative headquarters in Rancho Cordova, California, sales offices nationwide, and optical laboratories in California, Ohio, and Texas.

The VSP family of companies enjoys consistent earnings, a very strong financial position, no debt, and an AM BEST rating of "A". The significant financial metrics are set forth in detail in a later section of this Exhibit E-1.

VSP understands the importance of giving back to the community. In 1997 VSP launched the Sight for Students program. Sight for Students is a VSP charity that provides free vision exams and glasses to low-income, uninsured children. The program operates nationally through a network of community partners who identify children in need and VSP network doctors who provide the eyecare services. More than 50,000 children each year receive a free comprehensive exam and corrective lenses, when needed, through Sight for Students. These are children who would otherwise not receive the eyecare and eyewear they need to do their best work in school and perform their best at play.

### B.    Vision Service Plan Insurance Company ("VSPIC-CT")

VSPIC-CT is a stock insurance company domiciled in Connecticut. Its sole stockholder is VSP. VSPIC-CT commenced business on July 1, 1987 as a licensed accident and health insurer, and today it provides vision coverage to approximately ten (10) million fully-insured and self-insured members in thirty-one (31) states. VSPIC-CT is financially secure, with excess capital and surplus of $258 million.

The significant financial metrics for VSPIC-CT for 2006 and 2007 are as follows:

|                    | 2007          | 2006          |
|--------------------|---------------|---------------|
| Total Assets       | $387,965,000  | $340,046,000  |
| Total Liabilities  | $ 68,067,000  | $ 50,832,000  |
| Total Net Worth    | $319,899,000  | $289,214,000  |

**CONFIDENTIAL**

4

SAC 10089v.3

| | | |
|---|---|---|
| Net Income | $ 26,897,000 | $ 42,061,000 |
| Risk based capital at the company level | $ 61,419,000 | $ 50,438,000 |
| Excess capital and surplus | $258,480,000 | $238,776,000 |

### C.   Altair Holding

Altair Holding is the parent company of Altair Eyewear and Vision Service Plan Insurance
Company (MO) ("VSPIC-MO"), and is wholly-owned by the Plan.   **REDACTED**
                                                                            Altair
Holding owns the buildings and furniture at the VSP corporate headquarters in Rancho Cordova,
California,   **REDACTED**                                         VSP leases its facilities
and furniture from Altair Holding.

Altair Eyewear is a VSP-affiliate frame company that develops frame technologies and delivers a
mix of private-label and distinctive designer brands to private-practice optometrists and
ophthalmologists. It is the only frame company that exclusively supports private-practice eye
doctors throughout the U.S., and it provides a unique service and delivery system to enhance their
profitability. The frame brands that Altair Eyewear distributes include Tommy Bahama, Joseph
Abboud, Sigrid Olsen and Revlon. It distributes over 800,000 frames annually, using a
telemarketing sales force and free consignment inventory at doctor locations.

Altair Eyewear's free consignment practice is an innovative approach. It departs from the standard
industry practice of requiring doctor purchase upon receipt of eyeglass frames, and it is more
consumer-friendly for doctors and patients because it affords greater choice of frames due to the
fact that consignment is free.

Domiciled in Missouri, VSPIC-MO is a specialty vision insurance company that serves patients in
Missouri, New Mexico, Florida and Georgia. It provides eyecare coverage or access to
approximately five million members. About half of the vision coverage provided by VSPIC-MO
is offered on a prepaid basis, while the other half is provided to self-insured groups.

### D.   Marchon Eyewear and OSS Holdings

Marchon Eyewear was founded in 1983 and today is one of the world's largest manufacturers and
distributors of quality prescription-eyeglass frames and sunglasses. Headquartered in Melville,
New York, Marchon Eyewear maintains global operations with the resources necessary to service
global brands. It has regional headquarters in Amsterdam, Italy, and Hong Kong, and principal
design centers in Italy, New York and Hong Kong.

Marchon Eyewear markets prescription-eyeglass frames and sunglasses under its own proprietary
Marchon and Flexon brands. Because Marchon Eyewear has one of the few fully-integrated
global design, manufacturing, distribution and sales operations in the eyewear industry, it is
frequently solicited by potential and established licensors of eyewear brands. Marchon Eyewear

**CONFIDENTIAL**

5

has exclusive license agreements with popular global brands including Calvin Klein, Coach, Disney, Fendi, Pucci, Michael Kors, Nautica, Nike, Oscar de la Renta, Sean John, and X Games.

Marchon Eyewear is well known for bringing new and innovative designs and technologies to the eyewear market, including, for example, the Flexon memory metal. Flexon is a shape memory metal that is used to make eyeglass frames. This metal has special properties that make it light and extremely flexible. The metal can be bent to a significant degree, and when released it will return to its original shape.

After the Acquisition, VSP will investigate the possibility of offering additional frame choices through VSP's Sight for Students program. The potential to provide additional eyewear choices could significantly enhance the public benefit provided by VSP free of charge through the Sight for Students program.

With over 2,000 employees and sales representatives worldwide, Marchon Eyewear's sales force is one of the largest in the eyewear industry. Similar to VSP (which arranges for private-practice eyecare), Marchon Eyewear primarily services independent optometrists and ophthalmologists, as well as, in a limited fashion, optical and sunglass retail chains and department stores. Marchon Eyewear handles approximately 50,000 customer accounts in 100 countries. Its products are manufactured in a combination of company-owned and independent factories in China, Japan and Italy.

OSS Holdings is an affiliate of Marchon Eyewear. OSS Holdings's primary product is OfficeMate Software Solutions ("OfficeMate"), the undisputed industry leader in eye care business software solutions for more than 15,000 eye care professionals in over 7,000 offices. OfficeMate has offices in California, Ohio, Louisiana, and Illinois, and its offices are staffed with professionals specializing in software development, service and support, and sales and training.

OfficeMate was originally introduced as an affordably priced practice management software system in 1991 and gave eye care professionals the first opportunity to purchase eye care specific practice management software without incurring substantial cost. OfficeMate was acquired by Marchon Eyewear in 1994. The acquisition provided additional resources for the development and expansion of OfficeMate and strengthened management and customer support. Through the years, OfficeMate has continued to evolve, and today it offers an expansive line of integrated products.

Filed herewith at Exhibit F-4 is the Plan's representation regarding Marchon's lack of history applicable to criminal, civil and administrative proceedings, and compliance with laws related to the provision of health care services.

**CONFIDENTIAL**

6

## II. The Acquisition

### A.    Creation of VSP Holding and Sale of Stock to VSP, VSPIC-CT and Altair

VSP Holding is a Delaware corporation, formed on January 18, 2008 with the filing of its articles of incorporation with the Delaware Secretary of State. VSP Holding will be the immediate parent company of Marchon Eyewear and OSS Holdings. VSP Holding will be a holding company only, and it is not expected to conduct any business itself.    **REDACTED**

### B.    The Acquisition of Marchon

In accordance with the Stock Purchase Agreement and the exhibits and Disclosure Schedules thereto, filed herewith as Attachments 1, 1-A through 1-G, and 2 to this Exhibit E-1, among and between VSP, VSP Holding, Marchon Eyewear, OSS Holdings and the stockholders of Marchon Eyewear and OSS Holdings, VSP Holding will purchase Marchon

**REDACTED**

For ease in understanding this description of the Acquisition, filed herewith as Attachment 3 to this Exhibit E-1 is a graphic depiction of the proposed organizational structure of the Acquisition.

As can be readily determined by the audited financial statements of Marchon Eyewear, and the unaudited financial statements of OSS Holdings, filed herewith as Exhibits GG-1-a and b, respectively, Marchon is a profitable company. The VSP Companies do not intend to make changes to the management, employees or overall operations of Marchon upon the closing of the Acquisition. The Stock Purchase Agreement provides for the continued employment of Marchon's employees on no less favorable terms than are currently in place.

**REDACTED**

**CONFIDENTIAL**

7

**REDACTED**

There are no VSP executive buy-outs associated with the Acquisition.

**REDACTED**

**REDACTED**    but VSP understands from Department representatives that the Plan may not use Plan assets to secure its affiliates' loans, unless after giving effect to any such payment, the Plan's tangible net equity ("TNE") remains in excess of 130% of minimum requirements, and cash flow and liquidity are not impaired.    **REDACTED**

VSP does not intend to make any significant and/or material changes to Marchon upon the closing of the Acquisition, and there are no plans to enter into administrative services agreements, or a tax sharing agreement between Marchon and VSP. Accordingly, this Notice does not include Exhibits N-1 or F-2-b.

### III. Financial Impact of the Proposed Acquisition on VSP

All of the companies in the VSP family of companies are profitable, have no debt, and none have needed capitalization in several years. Its TNE on a combined basis as of December 31, 2007 was

**CONFIDENTIAL**

greater than $1.0 billion. VSP believes its financial performance and the financial performance of its affiliates will continue to strengthen in the coming years.

VSP also believes Marchon will continue to operate profitably. As part of its due diligence performed on Marchon, VSP obtained a fairness opinion **REDACTED** regarding Marchon Eyewear and OSS Holdings (the "Fairness Opinion"). The Plan has filed the Opinion Letter and the accompanying Fairness Opinion Presentation as Attachment 4 to Exhibit E-1.  **REDACTED**

Set forth below are the significant financial metrics of the Plan, and the Plan on a combined basis with its affiliates, prior to the Acquisition.

**VSP (CA) -- Significant financial metrics pre-Acquisition:**

|                                    | 2007          | 2006          |
|------------------------------------|---------------|---------------|
| Total Assets                       | $608,470,000  | $564,039,000  |
| Total Liabilities                  | $254,720,000  | $214,209,000  |
| Total Net Worth                    | $353,750,000  | $349,830,000  |
| Net Income                         | $ 10,492,000  | $ 15,342,000  |
| Required tangible net equity       | $ 27,217,000  | $ 25,483,000  |
| Current excess tangible net equity | $303,794,000  | $210,732,000  |

**VSP (CA) and its affiliates -- Significant financial metrics on a combined basis pre-Acquisition:**

|                                         | 2007            | 2006            |
|-----------------------------------------|-----------------|-----------------|
| Total Assets                            | $1,318,498,000  | $1,178,481,000  |
| Total Liabilities                       | $ 311,769,000   | $ 274,687,000   |
| Total Net Worth                         | $1,006,729,000  | $ 903,794,000   |
| Net Income                              | $ 108,697,000   | $ 99,005,000    |
| Tangible net equity on a combined basis | $1,000,558,000  | $ 903,794,000   |

Filed herewith as Exhibit GG-1-c are the audited Financial Statements on a consolidated basis for the Plan and its affiliates.

**CONFIDENTIAL**

9

SAC 10089v.3

The Plan commits to maintaining its TNE post-Acquisition at 130% of minimum requirements. While the Plan does not assume risk for more than the cost of vision exams and eyewear, the Plan expects TNE to remain at levels significantly higher than 130% of minimum, as indicated below. Set forth below are the significant financial metrics of the Plan, and the Plan on a combined basis with its affiliates, post-Acquisition.

**VSP (CA) -- Significant Financial Metrics (Estimated) Post-Acquisition:**

<u>2008</u>

Total Assets
Total Liabilities                                         **REDACTED**
Total Net Worth
Minimum tangible net equity
Committed tangible net equity (at 130% of min.)
Tangible net equity
Excess tangible net equity (above 130% of min.)

**VSP (CA) and its Affiliates -- Significant Financial Metrics on a Combined Basis (Estimated) Post-Acquisition:**

<u>2008</u>

Total Assets
Total Liabilities
Total Net Worth                                          **REDACTED**
Tangible net equity on a combined basis
Net Income before tax
Net Income after tax

As evidenced by the financial metrics provided above, and supported by the financial projections and the Fairness Opinion, after the Acquisition as described in this Notice, VSP will remain extremely viable and financially strong. Post-Acquisition, VSP will be better able to serve its members and the private-practice optometrist and ophthalmologist eyecare and eyewear delivery systems that depend so heavily upon VSP's continued development and success.

**IV.    Benefits of the Acquisition Expected for VSP Members and Providers**

The Acquisition of Marchon will enable VSP to enhance both value and choice for its members. The eyeglass frame is an integral part of the Plan's benefits, and an integral part of the corrective spectacle prescription. With greater involvement and management over the manufacturing and distribution process of frames, VSP will be able to provide more choices to members within the wholesale frame coverage limit in the majority of VSP's benefit plans. Currently about **REDACTED** of its

**CONFIDENTIAL**

10

REDACTED

benefit plans cover a frame with a wholesale value of _____ or less. The number of frames available within this dollar limit is anticipated to at least double after the Acquisition, thereby substantially increasing frame choices for VSP members.

Marchon maintains an inventory of 10,000 different combinations of style, color and size of frames. By managing the distribution process through the entire supply chain, including the network of optical laboratories that VSP uses to produce prescriptive eyewear, VSP expects this significant inventory of choices to be more available to members.

The costs of frames are also expected to decrease through more astute management of the supply chain. With a lead time of at least nine months to bring a frame to market through the design, manufacturing and distribution process, this Acquisition will allow VSP to better manage frame costs. Improved forecasting will reduce both backorders and overstocks and remove unnecessary costs from the pipeline.

Another benefit of the Acquisition for VSP's members is that the fabrication process for corrective spectacles and delivery to the member is expected to take less time. With additional input into the distribution process of the supply chain, VSP expects to shorten the time frame for members to receive their prescription eyewear by _____. This substantial improvement in performance metrics is expected to enhance the satisfaction level of the members because they will receive their corrective eyewear more quickly than is the case today.

VSP's contracted panel of independent, private-practice optometrists and ophthalmologists are significantly dependent on VSP and VSP's members for their patient base. By strengthening VSP's robust viability into the future, the Acquisition also strengthens the vision care delivery model of the private-practice optometrists and ophthalmologists. VSP's business model, contracting with such a large majority of the private-practice optometrists and ophthalmologists, essentially enables the continued viability of this entire, independent vision care delivery system in California.

The benefits of the Acquisition for VSP's members will benefit its providers as well. The optometrists and ophthalmologists will be able to carry and offer significantly more frame choices at lower prices, and they will be able to deliver the prescription eyewear to their patients in less time.

## V.   Other Regulatory Filings

VSPIC-CT is the only Plan affiliate that is also required to obtain regulatory approval prior to the effectuation of the Acquisition. VSPIC-CT expects to file its Form D Statement with the Connecticut Department of Insurance shortly after the filing of this Notice. The Plan will provide the Department with the name and contact person at the Connecticut Department of Insurance who is responsible for the VSPIC-CT filing once the filing has been made and the responsible person assigned.

CONFIDENTIAL

11

VSP and Marchon are not required to file notice and report forms with the Federal Trade Commission and the Antitrust Division of the U.S. Department of Justice under the Hart-Scott-Rodino Act because the Acquisition does not meet the two-pronged "size of person" and "size of transaction" test that determines whether or not a transaction is required to be filed. Specifically, this Acquisition does not meet the size of transaction threshold for filing under the Hart-Scott-Rodino Act.

## VI. Exhibits Included in the Notice

As stated above, the effectuation of the Acquisition will have no impact on Plan operations, subscriber agreements, evidences of coverage, benefit plans, policies and procedures, financial practices, inter-company agreements, provider contracts, or officers and directors. Therefore, with a few exceptions as noted below, the Plan is not filing any exhibits herewith that impact the Plan's operations, subscriber agreements, evidences of coverage, benefit plans, policies and procedures, financial practices, inter-company agreements, provider contracts, or officers and directors.

The Notice is based on this Exhibit E-1 and the following exhibits:

Notice of Material Modification Form -- Public

Request for Confidential Treatment -- Public

Exhibit E-1 -- Narrative Description of Filing - Public

Exhibit E-1 -- Narrative Description of Filing - Confidential

Attachment 1 to Exhibit E-1 -- Stock Purchase Agreement - Confidential

Attachment 1-A to Exhibit E-1 -- Escrow Agreement - Confidential

Attachment 1-B to Exhibit E-1 -- Employment Agreements -- Confidential

## REDACTED

Attachment 1-D1 to Exhibit E-1 -- Retention Programs -- Confidential

## REDACTED

Attachment 1-F to Exhibit E-1 -- Form of Charter Amendment -- Confidential

**CONFIDENTIAL**

SAC 10089v.3

## REDACTED

Attachment 2 to Exhibit E-1 -- Disclosure Schedules - Confidential

Attachment 3 to Exhibit E-1 -- Depiction of Acquisition Structure - Confidential

Attachment 4 to Exhibit E-1 -- Fairness Opinion - Confidential

Exhibit F-4 -- Criminal, Civil and Administrative Proceedings - Confidential

Exhibit G-2 -- Disclosure of Financial Information - Confidential

Exhibit GG-1-a -- Audited Financial Statements of Marchon Eyewear - Confidential

Exhibit GG-1-b -- Unaudited Financial Statements of OSS Holdings - Confidential

Exhibit GG-1-c -- Audited Financial Statements of the Plan and its Affiliates - Confidential

Exhibit HH-1-a -- Pro Forma Balance Sheets - Plan - Confidential

Exhibit HH-1-b -- Pro Forma Statement of Revenue and Expenses - Plan - Confidential

Exhibit HH-1-c -- Pro Forma Tangible Net Equity - Plan - Confidential

Exhibit HH-1-d -- Pro Forma Cash Flow Statement - Plan - Confidential

Exhibit HH-1-e -- Pro Forma Balance Sheet, Pre and Post Acquisition - Confidential

Exhibit HH-1-f -- Pro Forma Financial Statements for the Plan and its Affiliates on a Combined Basis - Confidential

Based on this Exhibit E-1 and the other exhibits included in this Notice, the Plan respectfully requests that the Director issue an Order approving the Acquisition as described in this Notice.

**CONFIDENTIAL**

13

# EXHIBIT G

  CCA CONSUMER CHOICE association

VSP vision care for life

# Quality Eyecare + Eyewear in 1 Plan!

**Already Enrolled?**     **Contact Us**

**Español**

## Annual Individual Coverage
from a VSP doctor (Copays: Exam: $15, Rx Glasses: $25)

✔ **Eye Exam - Covered in Full**

✔ **Prescription Lenses - Covered in Full**
- Single Vision
- Lined Bifocal or Trifocal
- Polycarbonate lenses for Children

✔ **Frames - Your Choice!**
**Covered up to $120**
Plus 20% off any out-of-pocket costs

✔ **Contact Lenses - Instead of Glasses!**
$120 allowance for the cost of your contacts and
the contact lens exam (fitting & evaluation).



**55 million members**
who already rely on
**VSP® Vision Care.**
Join the

### Extra Discounts & Savings
- Average 20-25% Savings
  on Lens Options
- 20% OFF Extra Pairs of Glasses
  (including sunglasses)
- Access to 22,000 Doctors
  **Find a Provider**

## ➥ Select Your Home State for Pricing     [Select Home State ▼]

Get your Home State Rates Right Now!
Just select your state in the drop-down menu above

Plan benefits offered by CCA are provided by Vision Service Plan Insurance Company, a Missouri non-profit corporation.
Out of network (OON) coverage is available. Your benefits are reduced. Please call VSP before seeing an OON provider.

# EXHIBIT H

The Signature Plan is a premier full-service plan with choice, flexibility, and maximum value through a VSP Network doctor.

## Plan Coverage

| WellVision Exam® | • Thorough eye exam covered in full less a $10 copay |
|---|---|
| Lenses | • Glass or plastic, single vision, lined bifocal or lined trifocal prescription lenses are covered in full less a $25 materials copay<br>• Cost controls on lens options, saving our members an average of 30%<br>• 20% off unlimited additional pairs of prescription glasses[1]<br>• 20% off unlimited non-prescription sunglasses[1]<br>• Dependent children of members are eligible for covered in full polycarbonate prescription lenses after the $25 materials copay |
| Frames | • Frames are covered in full less a $25 materials copay up to the retail allowance of $130<br>• 20% off any amount exceeding allowance |
| Contact Lenses | • 15% off contact lens services, excluding materials<br>• Instead of eyeglasses, elective contact lens services and materials are covered in full up to $130 toward any type of prescription contact lenses<br>• Current soft contact lens wearers may qualify for a covered in full (up to $130) contact lens evaluation and initial supply of approved replacement lenses<br>• With pre-approval, medically necessary contact lenses are covered in full less a $25 materials copay, if certain medical conditions prevent member from wearing glasses |

## Value-added Benefits

| Laser VisionCare Program℠ | • VSP-contracted laser centers provide discounts for laser surgery including PRK, LASIK, and Custom LASIK[2]<br>• Discounts average 15% off or 5% off if the laser center is offering a promotional price<br>• Members who've had PRK, LASIK, or Custom LASIK vision correction surgery can use their frame benefit for sunglasses, instead of a prescription pair of glasses |
|---|---|
| Low Vision | • Low vision is vision loss sufficient enough to prevent reading and performing daily activities<br>• With pre-approval from VSP, low vision supplemental testing is covered every two years<br>• VSP will pay 75% of the cost for approved low vision aids, up to the maximum of $1,000 (less any amount paid for supplemental testing) per member every two years |

## Exclusions

| Plan Limitations | The following items are excluded under this plan:<br>• Two pairs of glasses instead of bifocals<br>• Replacement of lenses, frames or contacts<br>• Medical or surgical treatment<br>• Orthoptics, vision training or supplemental testing | Items not covered under the contact lens coverage:<br>• Insurance policies or service agreements<br>• Artistically painted or non-prescription lenses<br>• Additional office visits for contact lens pathology<br>• Contact lens modification, polishing or cleaning |
|---|---|---|

## Out-Of-Network Reimbursement Schedule

| Allowances | Although more than 95% of our patients see VSP doctors, we believe that choice is essential when it comes to health care. That's why we provide the following reimbursement schedule for patients choosing a non-VSP provider. The same $10 exam copay and $25 materials copay applies to out of network charges. |
|---|---|

| | | | |
|---|---|---|---|
| eye examination | $ 35 | lenticular lenses | $ 80 |
| single vision lenses | $ 25 | frame | $ 45 |
| bifocal lenses | $ 40 | elective contact lenses | $105 |
| trifocal lenses | $ 55 | necessary contact lenses | $210 |

---

[1] Discounts valid through any VSP doctor within 12 months of the last covered eye exam.
[2] Custom LASIK coverage only available using wavefront technology with the microkeratome surgical device.
Other LASIK procedures may be performed at an additional cost to the member.


VSP
Vision ca

Monday through Friday, 6:00 a.m. - 6:00 p.m. Pacific Standard Time. Send the completed form to:

>  VSP
>  3333 Quality Drive
>  Rancho Cordova, CA 95670

VSP has established a grievance procedure to resolve issues arising between itself and Subscribers or Applicants acting on behalf of Subscribers. VSP's process shall acknowledge receipt of Subscriber grievances within five (5) business days of their receipt by VSP. If your grievance involves an emergency, you may request that VSP expedite its grievance review. VSP will evaluate your request for an expedited review, and if your grievance qualifies as an urgent grievance, we will process your appeal within three (3) business days from receipt of your request. VSP's process shall also provide a written response to Subscriber grievances as required by VSP's licensing statute, the Knox-Keene Health Care Service Plan Act of 1975, as amended. There shall be no discrimination against a member on the basis of filing a complaint or grievance.

The California Department of Managed Health Care is responsible for regulating health care service plans. The department's Health Plan Division has a toll-free telephone number (1-800-400-0815) to receive complaints regarding health plans. The hearing and speech impaired may use the California Relay Service's toll-free telephone numbers 800-735-2929 (TTY) or 888-877-5378 (TTY) to contact the department. The department's internet website (www.hmohelp.ca.gov) has complaint forms and instructions online. If you have a grievance against the health plan, you should first contact your plan at 800-877-7239 and use the plan's grievance process before contacting the Health Plan Division.

If service is being rendered to you as of the termination date of this coverage, such service shall be continued to completion, but in no event beyond six (6) months after the termination date of the contract. If you need help with a grievance involving an emergency, a grievance that has not been satisfactorily resolved by the plan, or a grievance that has remained unresolved for more than 30 days, you may call the Health Plan Division for assistance. The plan's grievance process and the Health Plan Division's complaint review process are in addition to any other dispute resolution procedures that may be available to you, and your failure to use these procedures does not preclude your use of any other remedy provided by law.