UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ASPEX EYEWEAR, INC, | No. CIV-S-10-00632 MCE GGH |
| Plaintiff, | |
| v. | RECUSAL ORDER |
| VISION SERVICE PLAN, et al., | |
| Defendants. | |
| _____/ | |

**ORDER OF RECUSAL AND REASSIGNMENT**

It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

IT IS HEREBY ORDERED that:

1.  The undersigned recuses himself as the judge to whom this case is assigned;

2.  All currently scheduled dates in the above-captioned action are **VACATED**; and

3.  The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments

/////

1

in the assignments of civil cases to compensate for such reassignment.

**IT IS SO ORDERED.**

Dated: April 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE