KATHLEEN E. FINNERTY - (SBN 157638) (Counsel for Service)
NANCY J. DOIG - (SBN 226593)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
finnertyk@gtlaw.com, doign@gtlaw.com

Attorneys for Plaintiff
ASPEX EYEWEAR, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC., | CASE NO. 2:10-CV-00632-JAM-GGH |
| Plaintiff, | **PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| VISION SERVICE PLAN; MARCHON EYEWEAR, INC.; ALTAIR EYEWEAR, INC., | **DATE:** May 19, 2010<br>**TIME:** 9:30 a.m.<br>**CTRM:** 6 |
| Defendants. | **JUDGE:** Hon. John A. Mendez |

TO DEFENDANTS VISION SERVICE PLAN; MARCHON EYEWEAR, INC. AND ALTAIR EYEWEAR, INC. (collectively, "Defendants") AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on May 19, 2010 at 9:30 a.m., or as soon thereafter as counsel may be heard, at the Sacramento Division of the United States District Court for the Eastern District of California located at 501 I Street, Courtroom 6, Sacramento, California 95814, Plaintiff Aspex Eyewear, Inc. ("Aspex") will and hereby does move this Court for an order for a preliminary injunction pursuant to Fed. R. Civ. P. 65 that prohibits the Defendants during the pendency of this action from:

(a) taking any further actions or steps, directly or indirectly, to de-list Aspex from VSP's list of approved frames;

(b) failing or refusing, directly or indirectly, to provide a full frames allowance for its subscribers' purchases of Aspex frames; and,

(c) engaging, directly or indirectly, in any further communications, through any means or media, with VSP's participating providers and subscribers concerning (i) the de-listing of Aspex from VSP's approved list of frames or (ii) any refusal by VSP to provide a full frames allowance for Aspex frames except as outlined below.

Furthermore, Aspex requests that the Court order Defendants to restore the status quo ante by:

(a) sending a written communication to each of VSP's participating providers and subscribers to whom VSP, Altair and/or Marchon have communicated concerning the potential or actual de-listing of Aspex from VSP's approved list of frames, revoking such communication; and,

(b) issuing a press release indicating VSP will not de-list Aspex from its approved list of frames nor will it fail or refuse, directly or indirectly, to provide a full frames allowance for its subscribers' purchases of Aspex frames.

This motion will be made on the grounds that Aspex is likely to prevail on the merits of its claims; Aspex has suffered, and will continue to suffer, irreparable harm if the preliminary injunction is not granted; and the balance of hardships tip sharply in favor of Aspex because if it is not granted, Aspex will suffer loss of business and perhaps go out of business altogether; and if it is issued, Defendants will not be harmed. Defendants have full knowledge of the facts of this dispute. Aspex has attempted to resolve this dispute informally to seek a retraction of the threat to de-list and to prevent the de-listing and advising of customers of the de-listing by defendant representatives independent of court action in the form of a motion. Aspex is prepared to post an appropriate bond should the Court grant the preliminary injunction.

/ / /

/ / /

/ / /

/ / /

PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

1    This motion is based on this amended Notice and the Memorandum of Points and

2    Authorities and the supporting Declarations previously filed in this action on April 9, 2010.

3    DATED:  April 16, 2010                    GREENBERG TRAURIG, LLP

4

5    By: /s/ Kathleen E. Finnerty
          Kathleen E. Finnerty (SBN 157638)
          Nancy J. Doig (SBN 226593)
6         Attorneys for Plaintiff,
7         ASPEX EYEWEAR, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

*Aspex Eyewear, Inc. vs. Vision Service Plan, et al.*
*United States District Court Case No.: 2:10-CV-00632-MCE-GGH*

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, CA 95814. On this day I caused to be served the following document(s):

*PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION*

☒ by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

| | |
|---|---|
| Matthew W. Powell | *Attorney for Defendant,* |
| WILKE, FLEURY, HOFFELT, | *ALTAIR EYEWEAR, INC.* |
| GOULD & BIRNEY, LLP | |
| 400 Capitol Mall, 22nd Floor | |
| Sacramento, California 95814 | |
| Phone: (916) 441.2430 | |
| Fax: (916) 442.6664 | |
| E-mail: Mpowell@wilkefleury.com | |

☒ **BY MAIL**: I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand.

☐ **BY OVERNIGHT COURIER**: I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐ **BY FACSIMILE**: I caused such document(s) to be transmitted by facsimile transmission from (916) 448-1709 to the person(s) and facsimile transmission number(s) shown above. The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine. A true and correct copy of the transmission report will be attached to this proof of service after facsimile service is completed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on *April 16, 2010,* at Sacramento, California.

_____
**SHEILA D. BROWN**

PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION