1  KATHLEEN E. FINNERTY - (SBN 157638) (Counsel for Service)
   NANCY J. DOIG - (SBN 226593)
2  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
3  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
4  Facsimile:  (916) 448-1709
   finnertyk@gtlaw.com, doign@gtlaw.com
5
   Attorneys for Plaintiff
6  ASPEX EYEWEAR, INC.

7

8              UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 ASPEX EYEWEAR, INC.,                    )  CASE NO.  2:10 CV 00632 JAM-GGH
                                           )
12                      Plaintiff,         )  STIPULATION AND ORDER
                                           )  REGARDING BRIEFING SCHEDULE
13 v.                                      )  FOR PLAINTIFF'S MOTION FOR
                                           )  PRELIMINARY INJUNCTION AND
14                                         )  DEADLINE FOR RESPONSIVE
15 VISION SERVICE PLAN; MARCHON            )  PLEADINGS
   EYEWEAR, INC.; ALTAIR EYEWEAR, INC.,)
16                      Defendants.        )  Date:    May 19, 2010
                                           )  Time:    9:30 a.m.
17                                         )  Ctrm:    6
                                           )  Judge:   Hon. John A. Mendez
18 _____)

19        The Court has scheduled a hearing on Plaintiff's motion for preliminary injunctive relief

20 at 9:30 a.m. on May 19, 2010.  The parties agree that the following briefing schedule and

21 alteration of the page limits on principal and final reply briefs will help the better present their

22 arguments to the Court.  The parties also have agreed to integrate their responses to the

23 complaint into the preliminary injunction process as stated below.

24        WHEREFORE, IT IS STIPULATED AS FOLLOWS:

25        1.     Proposed briefing schedule:

26               (a)     Plaintiff filed its Motion for Preliminary Injunction and supporting

27                       documents on April 9, 2010, with a maximum page limit of 30 pages;

28 / / /

                                            1
                      STIPULATION RE: BRIEFING SCHEDULE & EXPEDITED DISCOVERY

PDF created with pdfFactory trial version www.pdffactory.com

1    (b)    Plaintiff will file an Amended Notice of Motion for Preliminary

2            Injunction by April 19, 2010;

3    (c)    Defendants will file their respective Oppositions to the Motion for

4            Preliminary Injunction and supporting documents on or before April 30,

5            2010, with a maximum page limit of 30 pages;

6    (d)    Plaintiff will file its Reply to the Oppositions to the Motion for

7            Preliminary Injunction and supporting documents on or before May 11,

8            2010, with a maximum page limit of 15 pages; and

9    (e)    The hearing on Plaintiff's Motion for Preliminary Injunction and

10           supporting documents shall be on May 19, 2010.

11   2.    All defendants shall file and serve their responsive pleadings on or before April

12   30, 2010.

13   3.    In order to facilitate a full briefing and evidentiary record on the motion, the

14   parties will continue in their efforts to negotiate an expedited discovery schedule and stipulated

15   facts.

16    DATED:  April 15, 2010                   GREENBERG TRAURIG, LLP

17                                             By:  /s/ Nancy J. Doig
18                                                  Kathleen E. Finnerty (SBN 157638)
                                                   Nancy J. Doig (SBN 226593)
19                                                  Attorneys for Plaintiff
                                                   ASPEX EYEWEAR, INC.
20

21

22    DATED:  April 15, 2010                   DOWNEY BRAND LLP

23
                                             By:  /s/ William Warne (as authorized on 4/15/10)
24                                                  William Warne (SBN 141280)
                                                   Attorneys for Defendant
25                                                  VISION SERVICES PLAN

26    DATED:  April __, 2010                   WILKE FLEURY LLP

27

28                                             By:

2

PDF created with pdfFactory trial version www.pdffactory.com

1

_____
Matthew Powell (SBN 114563)
Attorneys for Defendant
ALTAIR EYEWEAR, INC.

2

3

4

DATED:  April 15, 2010                    HOWRY LLP

5

6

By:  /s/ Paul Alexander (as authorized on 4/15/10)

7

Paul Alexander (SBN 49997)
Attorneys for Defendant

8

MARCHON  EYEWEAR, INC.

9

**ORDER**

10

.

11

GOOD CAUSE APPEARING,

12

IT IS SO ORDERED.

13

DATED:  April 16, 2010

14

/s/ John A. Mendez_____
JOHN A. MENDEZ

15

United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: BRIEFING SCHEDULE & EXPEDITED DISCOVERY

PDF created with pdfFactory trial version www.pdffactory.com