SCOTT W. HANSEN (admitted pro hac vice)
LAURA A. BRENNER (admitted pro hac vice)
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097
E-mail: shansen@reinhartlaw.com
lbrenner@reinhartlaw.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MEGHAN M. BAKER (Bar No. 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:   (916) 444-1000
Facsimile:   (916) 444-2100
bwarne@downeybrand.com
mbaker@downeybrand.com

Attorneys for
VISION SERVICE PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VISION SERVICE PLAN; MARCHON EYEWEAR, INC.; ALTAIR EYEWEAR, INC.,<br><br>Defendants. | Case No. 2:10-cv- 00632- JAM-GGH<br><br>**DEFENDANT'S OBJECTIONS AND MOTION TO STRIKE EVIDENCE SUBMITTED BY PLAINTIFF IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION** |

1074392.1

1     Defendant Vision Service Plan ("Defendant") hereby objects to portions of the
2  Declaration of Bernard Pedoussaut, and Exhibits C and D thereto, submitted by Plaintiff Aspex
3  Eyewear, Inc. in support of its Motion for Preliminary Injunction.  Defendant moves to strike all
4  of the evidence identified below:
5     a.   Defendant objects to paragraph 11 on the grounds that the statements therein lack
6  foundation and contain improper opinion.
7     b.   Defendant objects to paragraph 12 on the grounds that the statements therein lack
8  foundation.  Also, the statements violate the best evidence rule and Local Rule 142(a)(3) because
9  the Declaration does not attach documents to support the assertions.  See Local Rule 142(a)(3);
10 Fed. R. Evid. 802.
11    c.   Defendant objects to paragraph 13 on the grounds that the statements therein lack
12 foundation.  Also, the statements violate the best evidence rule and Local Rule 142(a)(3) because
13 the Declaration does not attach documents to support the assertions.  See Local Rule 142(a)(3);
14 Fed. R. Evid. 802.
15    d.   Defendant objects to paragraphs 14-17 on the grounds that the statements therein
16 violate the best evidence rule.  Also, the referenced documents speak for themselves.
17    e.   Defendant objects to paragraph 18 on the grounds that the statements therein lack
18 foundation and personal knowledge, and contain speculation and improper opinion.
19    f.   Defendant objects to paragraph 19 on the grounds that the statements therein lack
20 foundation and personal knowledge, and contain speculation and improper opinion.
21    g.   Defendant objects to paragraph 20 on the grounds that the statements therein lack
22 foundation and personal knowledge, and contain speculation and improper opinion.
23    h.   Defendant objects to paragraphs 21-24 on the grounds that the statements therein
24 violate the best evidence rule.  Also, the referenced documents speak for themselves.
25    i.   Defendant objects to paragraph 26 on the grounds that statements therein contain
26 multiple layers of inadmissible hearsay.  Fed. R. Evid. 802.  The paragraph also lacks foundation
27 and personal knowledge, and contains speculation and improper opinion.
28 ///

     j.     Defendant objects to paragraph 28 on the grounds that the statement therein contains multiple layers of hearsay. Fed. R. Evid. 802.

     k.     Defendant objects to paragraph 29 on the grounds that the statements therein lack foundation and personal knowledge, contain speculation and improper opinion, and are based on inadmissible hearsay.

     l.     Defendant objects to paragraph 30 on the grounds that the statements therein lack foundation and personal knowledge, and contain speculation and improper opinion.

     m.     Defendant objects to paragraph 31 on the grounds that the statement therein contains multiple layers of hearsay. Fed. R. Evid. 802.

     n.     Defendant objects to paragraph 32 on the grounds that the statements therein contain multiple layers of hearsay. Fed. R. Evid. 802.

     o.     Defendant objects to paragraph 33 on the grounds that the statements therein lack foundation and personal knowledge, contain speculation and improper opinion, and are based on inadmissible hearsay.

     p.     Defendant objects to paragraph 34 on the grounds that the statements therein lack foundation and personal knowledge, contain speculation and improper opinion, and are based on inadmissible hearsay.

     q.     Defendant objects to paragraph 35 on the grounds that the statements therein lack foundation and personal knowledge, contain speculation and improper opinion. Also, the statements violate the best evidence rule and Local Rule 142(a)(3) because the Declaration does not attach documents to support the assertions. See Local Rule 142(a)(3); Fed. R. Evid. 802.

     r.     Defendant objects to paragraph 36 on the grounds that the statements therein lack foundation and personal knowledge, and contain speculation and improper opinion.

     s.     Defendant objects to paragraph 37 on the grounds that the statements therein lack foundation and personal knowledge, and contain speculation and improper opinion.

     t.     Defendant objects to paragraph 38 on the grounds that the statements therein lack foundation and personal knowledge, and contain speculation and improper opinion. Also, the statements violate the best evidence rule and Local Rule 142(a)(3) because the Declaration does

not attach documents to support the assertions. See Local Rule 142(a)(3); Fed. R. Evid. 802.

  u. Defendant objects to Exhibits C and D attached to the Declaration. The documents have not been improperly authenticated and contain inadmissible hearsay. See Fed. R. Evid. 802 and 901.

Dated: April 30, 2010

s/ Scott W. Hansen
Scott W. Hansen (admitted pro hac vice)
Laura A .Brenner (admitted pro hac vice)
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone:  414-298-1000
Facsimile:  414-298-8097
E-mail:  shansen@reinhartlaw.com
lbrenner@reinhartlaw.com

and

William R. Warne (Bar No. 141280)
Meghan M. Baker (Bar No. 243765)
Downey Brand
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone:  916-520-5510
Facsimile:  916-520-5910
E-mail:  wwarne@downeybrand.com
mbaker@downeybrand.com

Attorneys for Defendant
Vision Service Plan

OBJECTIONS AND MOTION TO STRIKE