SCOTT W. HANSEN (admitted pro hac vice)
LAURA A. BRENNER (admitted pro hac vice)
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097
E-mail: shansen@reinhartlaw.com
lbrenner@reinhartlaw.com

WILLIAM R. WARNE (Bar No. 141280)
MEGHAN M. BAKER (Bar No. 243765)
Downey Brand
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5510
Facsimile: 916-520-5910
E-mail: wwarne@downeybrand.com
mbaker@downeybrand.com

Attorneys for Defendant
VISION SERVICE PLAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC. <br><br> Plaintiff, <br><br> v. <br><br> VISION SERVICE PLAN; MARCHON EYEWEAR, INC.; ALTAIR EYEWEAR, INC. <br><br> Defendants. | CASE NO. 2:10 CV 00632 _ JAM-GGH <br><br> **DECLARATION OF GARY BROOKS IN SUPPORT OF VISION SERVICE PLAN'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** <br><br> **Date: May 19, 2010** <br> **Time: 9:30 a.m.** <br> **Courtroom: Courtroom No. 6** <br> **Judge: Hon. John A. Mendez** |

## DECLARATION OF GARY BROOKS

1.      My name is Gary Brooks, and I am President of VSP Vision Care, the business that provides VSP eye care insurance. I want to give the court some background about how our business functions, and then I want to explain how and why we arrived at

the decision to change how we do business with Aspex Eyewear, Inc. and what we have done so far to implement that decision. I have personal knowledge of the facts stated in this declaration.

2.     VSP offers vision care insurance policies. There are many variations but they generally cover subscribers for all or part of the cost of one or more of the following eye care services:

> (a)    the eye exam,
>
> (b)    contact lenses, and
>
> (c)    eyeglasses.

3.     We sell vision care insurance policies to governments, union trust funds, businesses and individuals. Many federal government employees, for example, are able to choose a VSP program as one of three options to help pay for their vision care needs. We also offer programs for employees of state and local governments. Individuals can elect to purchase our policies directly or through their employers.

4.     There are many options available to a person interested in reducing his or her out-of-pocket cost of purchasing vision care. VSP insurance is just one option. Other insurers offer policies that just cover vision care, as we do, and many insurers and managed care organizations offer vision care insurance or managed vision care as part of their broader healthcare or managed care programs. Examples of some of our larger private sector competitors include BlueCross BlueShield, United HealthCare (Spectera), EyeMed, Highmark (Davis), Kaiser, Humana and Superior Optical. Many other types of programs also offer ways for people to reduce their cost of vision care and compete with us for customers. Medicare offers coverage to people over 65 years old and others

DECLARATION OF GARY BROOKS

who qualify. Medicaid offers vision care benefits to those who qualify for its coverage. The American Association for Retired People offers its members the ability to purchase vision care services on a discounted basis. So does the American Automobile Association. Millions of people choose to purchase their vision care through retail chains, like Lenscrafters and Pearl Vision. Millions more elect to purchase their vision care through mass merchandisers like WalMart, Costco, Sears, Target and others, including internet providers (for contact lenses and frames), that offer "everyday low prices." All of these ways of reducing a person's out-of-pocket expense for vision care compete with VSP for the customer's dollar.

5.      VSP tries to manage the cost of vision care while also providing its subscribers with meaningful choices among eye care professionals. We do this by contracting with optometrists and ophthalmologists, both to create a list of providers who accept VSP insurance and to reduce the cost of vision care. Then we add the doctor's name to our list of doctors who have agreed to accept VSP insurance.

6.      Our relationship with doctors who agree to accept VSP insurance is not exclusive. Doctors remain free to accept any other methods of payment that they wish. Most doctors who accept VSP insurance also accept many of the other competing programs I just described. Whatever may be the volume of Aspex frames purchased through other means, Aspex frames represent just 2.44% of the frame purchases and only 1.17% of claims for services submitted to VSP for reimbursement in the past 12 months.

7.      VSP was founded by optometrists, and its mission is to preserve and enhance the private practice of optometry to provide superior vision care to the public.

3

DECLARATION OF GARY BROOKS

VSP does not contract for services with providers who are not licensed doctors. Nor do we contract with providers (whether licensed doctors or not) who work as employees or affiliates of retail eyewear chains like Lenscrafters and Pearl Vision or mass merchandisers like WalMart, Costco, Target, Sears and others. We do this because we believe that independent doctors place the highest priority on vision health and we believe that retailers and mass merchandisers place their highest priority on selling eyeglasses.

8.    VSP subscribers do not always purchase their eye care from in-network VSP providers. Sometimes they use out-of-network eye care professionals. Some may be private practice doctors, some may be private practice opticians and others may be eye care professionals affiliated with retail chains or mass merchandisers. All of these are out-of-network providers. Our vision care policies typically offer out-of-network benefits that are less generous to subscribers than our in-network benefits. Still a VSP subscriber who uses out-of-network benefits can purchase eyeglasses at Wal-Mart, for example, at prices net of our out-of-network allowance that might be lower than the net out-of-pocket expense through in-network doctors who accept VSP insurance. This can happen because mass merchandisers offer less expensive frames that may resemble more expensive frames that bear a famous trademark, for example. We find that many potential enrollees decline to purchase VSP insurance because they believe their overall expense will be less if they purchase vision care through these discount-focused channels.

9.    Next, I would like to explain why I concluded that VSP needs to change the nature of its business relationship with Aspex, how we decided to proceed and what we have done to implement our decision.

10.    Aspex has been suing VSP's Altair subsidiary since 2002, and we have been unable to find any mutually acceptable business solution to that dispute. Meanwhile, each year VSP subsidizes the purchase of Aspex frames and Aspex uses its profits, in part, to finance its litigation against us. In September 2009, Aspex sued another VSP subsidiary, Marchon Eyewear, Inc., based on claims that Marchon thought it had settled before VSP acquired that company. Given the long and frustrating litigation history we have had with Aspex, shortly after Aspex sued Marchon a second time, I concluded that it does not make sense to keep financing a company that keeps suing us. I concluded that we need to change the nature of our relationship.

11.    We considered various options to deal with this issue, and ultimately decided that the best option was to cover purchases of Aspex frames on an out-of-network basis, just as we do when a subscriber purchases frames from a retail chain or mass merchandiser. The frames will remain covered but the reimbursement will decline. This change will not affect the amount we reimburse for the eye exam or the lenses, which, collectively, account for the majority of the vision care cost to subscribers who need glasses.

12.    Initially, we decided to implement this change effective on April 1, 2010. In late December we began contacting those VSP network doctors who appeared most likely to be affected by our decision based on their purchase history. We created a set of

"talking points" to avoid an unintended message. Those initial talking points are attached as Exhibit A.

13.    Sometime in January or early February we heard that Aspex had expressed an interest in discussing a settlement. We decided to delay implementation of our change in coverage from April 1 until June 1 in the hope that we could finally find a mutually acceptable way to settle the dispute. Those efforts proved futile.

14.    We developed a second script, much like the first script, to inform participating doctors that the coverage change will take place on June 1. A copy of those talking points are attached as Exhibit B.

15.    Exhibit C is a true and correct copy of what we believe is Aspex's most recent application on file at VSP. It is from a file we maintain in the regular course of our business.

16.    I declare under penalty of perjury that the facts stated in this declaration are true and correct.

Dated this 29th day of April, 2010.

Gary Brooks

# EXHIBIT A


Vision care for life

*Internal Use Only*
*Proprietary & Confidential*

# Frame Coverage Changes

**Please do not copy or distribute this document externally.**

| TALKING POINTS |
| --- |
| • For some time now, certain VSP subsidiaries have been the target of several patent infringement actions by Aspex Eyewear. |
| • Because of that, VSP is planning to discontinue our business relationship with Aspex and will no longer provide standard frame coverage for frames manufactured and/or distributed by Aspex Eyewear. |
| • The target effective date of this change is currently scheduled for April 1, 2010. |
| • Aspex has recently contacted VSP and we are currently in discussions in an attempt to resolve the matter. |
| • Additional information will be available within the next 30 days. |
| • If you have any specific questions regarding the policy or administration, please let me know what questions you have and we'll get back to you with additional information. |

# EXHIBIT B


Vision care for life

*Internal Use Only*
*Proprietary & Confidential*

# Frame Coverage Changes

Please do not copy or distribute this document externally.

| TALKING POINTS |
|---|
| — Because of business issues between VSP Vision Care and Aspex Eyewear, VSP is planning to discontinue our business relationship with Aspex and will no longer provide in-network coverage for frames manufactured and/or distributed by Aspex Eyewear, effective June 1, 2010. |
| — While discussions between VSP and Aspex Eyewear have taken place in an attempt to resolve the matter, unfortunately, we weren't able to come to an understanding and will be moving forward with this change, effective June 1, 2010. |
| — We'll send a letter to your office confirming these details in a few weeks and additional information will be available within the next 30 days. |
| — If you have any specific questions regarding the policy or administration, please let me know what questions you have and we'll get back to you with additional information. |

| FREQUENTLY ASKED QUESTIONS | |
|---|---|
| WHY ARE YOU MAKING THIS CHANGE? | — VSP is making this change because of business issues between VSP and Aspex Eyewear. |
| CAN VSP DO THIS? | — Yes—VSP is able to determine what is part of our coverage under VSP plans. |
| WHO MADE THIS DECISION? | — This change is a VSP policy change that was reviewed and approved by Executive Management. |
| CAN PATIENTS USE THEIR VSP LENS BENEFITS IF THEY GET AN ASPEX FRAME? | — Yes—VSP will continue to provide coverage for lenses (according to the patient's eligibility and benefit) even if the lenses are placed into an Aspex frame. |


Vision care for life

*Internal Use Only*
*Proprietary & Confidential*

| | |
|---|---|
| WHAT DO I DO IF THE PATIENTS INSISTS ON PURCHASING AN ASPEX FRAME? | — If the patient insists on purchasing an Aspex frame, charge the patient your U&C fees (minus a 20% discount) and instruct them to contact VSP to submit for out-of-network frame reimbursement. |
| HOW COME SOME PRACTICES RECEIVED A CALL AND/OR LETTER ABOUT THIS CHANGE AND OTHERS DIDN'T? | — There will be communications sent to all VSP Network regarding this change in April. |
| WHAT REPLACEMENT FRAMES DO YOU RECOMMEND? | — Your practice knows your patients best and is in the best position to determine what frames are appropriate for your office, including frames manufactured and/or distributed by Aspex Eyewear.<br><br>— You're free to do business with anyone you wish — however VSP will no longer provider in-network frame coverage for Aspex frames. |
| WILL I STILL BE ABLE TO SUBMIT AN ASPEX FRAME FOR PAYMENT? | — No—any claims with a date of service on or after June 1, 2010 should not be submitted to VSP by in-network providers and will not be reimbursed.<br><br>— If the patient insists on purchasing an Aspex frame, charge the patient your U&C fees (minus a 20% discount) and instruct them to contact VSP to submit for out-of-network frame reimbursement. |
| WILL YOU BE AUDITING MY PRACTICE FOR COMPLIANCE? | — We don't have any plans to do that at this time. |
| WHAT'S NEXT? WILL YOU STOP COVERING OTHER FRAMES OR MATERIALS? | — At this time, we have no plans to discontinue coverage for any other frames. |

# EXHIBIT C

954 432 0889
Dec 19 00 01:51p     ASPEX GROUP ACCOUNTING     (954)432-0889          p.3
12/06/00 13:08   OPHTHALMIC SERVICES → 954 432 3497
NO.627  P002/003

# VSP FRAME REIMBURSEMENT APPLICATION

VSP will only reimburse for frame companies/lines that meet specific criteria. To apply for approval, please complete the information below.

**I hereby apply for the frame company/line(s) I have listed on the following page to be reimbursable by VSP's Standard Plan benefit. My frame company/line(s) meet one requirement from both sections A and B. I understand that if at any time my frame company/line(s) do not meet these criteria, it may result in my frame company/line(s) being non-reimbursable by VSP.**

**A.    CATALOG/WHOLESALE PRICE**

☒  My frame company/line(s) are listed in the FRAMES® catalog.

☐  My frame company/line(s) are not listed in the FRAMES® catalog. However, I agree to provide doctors and VSP with my catalog/list prices for all frames. I understand that failure to keep VSP and doctors updated at all times with a current catalog/price list is cause for denial of reimbursement from VSP.

**B.    FRAME MARK-UP**

*Note:   For frame line(s) sold through wholesale distributors: Check with your distributors to determine that their pricing to doctors meets VSP's requirements, then complete the information below.*

☒  My frame company/line(s) are available through the buying groups listed below. My catalog/list price or the FRAMES® catalog price does not exceed a 25% mark-up over the doctor's typical acquisition price. (A 25% mark-up is equivalent to a 20% discount.) I understand that mark-ups over 25% may result in my frame company/line(s) being non-reimbursable by VSP.

*All* _____        _____

_____        _____

_____        _____

☐  My frame company/line(s) are not available through any buying groups. However, my catalog/list price or FRAMES® catalog price does not exceed a 25% mark-up over the doctor's typical acquisition price. (A 25% mark-up is equivalent to a 20% discount.) I understand that mark-ups over 25% may result in my frame company/line(s) being non-reimbursable by VSP.

954 432 0889
Dec 19 00 01:52p      ASPEX GROUP ACCOUNTING      (954)432-0889      p.4
12/06/00  13:08   OPHTHALMIC SERVICES → 954 432 3497
NO.627  P003/003

*If VSP should find reason, a VSP representative may, upon notification, audit my company's financial records related to frame sales to verify the doctors' typical net acquisition price. I agree to pay all costs associated with the audit, not to exceed $1,500.00 in a twelve month period. I reserve the right to refuse an audit and understand that my frame company/line(s) will no longer be reimbursable by VSP.*

Frame Company: _Aspex Eyewear, Inc._

Address: _3950 Executive Way_

City/State/Zip: _Miramar, FL 33025_

Telephone/FAX: _954-450-1711_     _954-443-8766_

Email Address: _____

Web Site: _____

Alternate Contact: _Melanie Weber / Patricia Robinson_

Frame Line(s): _Easyclip_     _____
_Memoflex_     _____
_____     _____
_____     _____

Your Name/Title: _Thierry Ifergan_

Signature: _____     Date: _12-15-00_

**VSP USE ONLY:**

Received By VSP: _____     Date: _____

Frame Reimbursement Application            Page 2 of 2

2/9/2000

516 753 3949

MAR 12 '01  01:59PM ASPEX EYEWEAR                                                    P.2

# ASPEX EYEWEAR
## BUYING GROUP LIST

| BUYING GROUP NAME | DISCOUNT |
|---|---|
| 1st Eyecare | 20% |
| AECC/Opticare | 20% |
| American Doctors of Optometry | 20% |
| Aspen Tree c/o Europtics | 20% |
| Blew Eyes LTD | 20% |
| Block Buying Group | 20% |
| Brande Saad Group | 20% |
| C&E Vision Services | 20% |
| Cigna Health Care | 20% |
| Colorado East Dist | 20% |
| Combined Optical Management | 20% |
| Co-Optical | 20% |
| Diversified Opt | 20% |
| Doctors Buying Group | 20% |
| Eye Physicians Optical/EPON | 20% |
| Frames & Company | 20% |
| Great Oaks | 20% |
| Grene Vision | 20% |
| Heartland Opt | 20% |
| HMI Buying Group | 20% |
| J&S Optical | 20% |
| Jacoby Buying Group | 20% |

| BUYING GROUP NAME | DISCOUNT |
|---|---|
| Newton Professional | 20% |
| Nova Med Alliance | 20% |
| OPN Buying Group | 20% |
| Opti Group | 20% |
| Optical Supplies | 20% |
| Optical Wholesale | 20% |
| Optikredit(credit references) | 20% |
| Oregon Optometric Group | 20% |
| Padro | 20% |
| Professional Dispensary | 20% |
| Professional Group Purchasing | 20% |
| Spec Frame Inc. | 20% |
| The Buyers Edge | 20% |
| The Prof Edge Buying Group | 20% |
| Total Resourse | 20% |
| United Vision Care Buying | 20% |
| Utah Optometric | 20% |
| Villavecchia Buying Group | 20% |
| Vision West | 20% |
| VVS Group | 20% |
| Washington Optical | 20% |
| Western Professional | 20% |
| Wisconsin Vision Associates | 20% |

516 753 3949
MAR 19 '01  12:37PM ASPEX EYEWEAR                                    P.1



# Fax Cover Sheet

Date: _3/19/01_          Time _____ AM_____ PM_____

Fax #: _(916) 851 - 4868_

Attn: _Jo Ann Tanaka_

From: _Veronica Coleman_

Total Number Of Pages (Including Cover Sheet) _2_

Subject / Instructions:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

954 432 0889
Dec 19 00 01:52p      ASPEX GROUP ACCOUNTING        (954)432-0889        p.5
    12/06/00 13:08    OPHTHALMIC SERVICES → 954 432 3497            NO.627 P002/003

## VSP FRAME REIMBURSEMENT APPLICATION

VSP will only reimburse for frame companies/lines that meet specific criteria. To apply for approval, please complete the information below.

**I hereby apply for the frame company/line(s) I have listed on the following page to be reimbursable by VSP's Standard Plan benefit. My frame company/line(s) meet one requirement from both sections A and B. I understand that if at any time my frame company/line(s) do not meet these criteria, it may result in my frame company/line(s) being non-reimbursable by VSP.**

**A.    CATALOG/WHOLESALE PRICE**

☐    My frame company/line(s) are listed in the FRAMES® catalog.

☒    My frame company/line(s) are not listed in the FRAMES® catalog. However, I agree to provide doctors and VSP with my catalog/list prices for all frames. I understand that failure to keep VSP and doctors updated at all times with a current catalog/price list is cause for denial of reimbursement from VSP.

**B.    FRAME MARK-UP**

*Note:    For frame line(s) sold through wholesale distributors: Check with your distributors to determine that their pricing to doctors meets VSP's requirements, then complete the information below.*

☒    My frame company/line(s) are available through the buying groups listed below. My catalog/list price or the FRAMES® catalog price does not exceed a 25% mark-up over the doctor's typical acquisition price. (A 25% mark-up is equivalent to a 20% discount.) I understand that mark-ups over 25% may result in my frame company/line(s) being non-reimbursable by VSP.

PENTAX                          _____

MDX                             _____

MAGNETITTE                      _____

☒    My frame company/line(s) are not available through any buying groups. However, my catalog/list price or FRAMES® catalog price does not exceed a 25% mark-up over the doctor's typical acquisition price. (A 25% mark-up is equivalent to a 20% discount.) I understand that mark-ups over 25% may result in my frame company/line(s) being non-reimbursable by VSP.

TAKUMI
ARTIFACTS.

954 432 0889

Dec 19 00 01:52p     ASPEX GROUP ACCOUNTING     (954)432-0889        p.6
        12/06/00  13:08   OPHTHALMIC SERVICES → 954 432 3497      NO.627 P003/003

*If VSP should find reason, a VSP representative may, upon notification, audit my company's financial records related to frame sales to verify the doctors' typical net acquisition price. I agree to pay all costs associated with the audit, not to exceed $1,500.00 in a twelve month period. I reserve the right to refuse an audit and understand that my frame company/line(s) will no longer be reimbursable by VSP.*

Frame Company: _Manhattan Design Studio, Inc._

Address: _3950 Executive Way_

City/State/Zip: _Miramar, FL 33025_

Telephone/FAX: _954.450.1711_      _954-443-8766_

Email Address: _____

Web Site: _____

Alternate Contact: _Melanie Weber / Patricia Robinson_

Frame Line(s): _Pentax_        _Takumi_
               _MDX_            _Artifacts_
               _Magnetitte_

Your Name/Title: _Thierry Ifergan_

Signature: _____    Date: _12-15-00_

---

**VSP USE ONLY:**

Received By VSP: _____    Date: _____

Frame Reimbursement Application              Page 2 of 2                    2/9/2000

516 753 3949
MAR 12 '01  02:00PM ASPEX EYEWEAR                                P.3

# MANHATTAN DESIGN STUDIO
## BUYING GROUP LIST

| GROUP NAME | DISCOUNT |
|---|---|
| 1st Eye Care | 14% |
| ADO (American Doctors of Optometry | 15% |
| Block | 15% |
| C & E Vision Services | 15% |
| Combine Optical Management | 15% |
| Co-Opitcal | 15% |
| Great Oaks Buying Group | 15% |
| HMI Buying Group, Inc | 15% |
| Newton Professional | 15% |
| Nova Med Alliance | 14% |
| Padro | 15% |
| The Buyers Edge | 15% |
| Villavecchia Buying Group | 15% |
| Vision West | 10% |
| Wisconsin Vision Associates | 15% |

# MANHATTAN
### d e s i g n   s t u d i o

# PRICE LIST

| MDX | |
|---|---|
| S2002-S2005 | $89.00 |
| S2006-S2007 | $59.00 |
| S2008-S2010 | $89.00 |
| S2011 | $59.00 |
| S2012-S2021 | $89.00 |
| S3001-S3010 | $79.50 |
| S3101-S3104 | $72.50 |
| S3208-S3210 | $89.00 |
| S3217 | $89.00 |
| S5209-S5210 — *DISC* | $89.00 |
| | |
| **PENTAX** | |
| P9206-9209 — *DISC* | $69.00 |
| P9301-P9320 | $99.00 |
| P9900-P9907 | $89.99 |
| | |
| **MAGNETITE** | |
| MG747 - MG752 | $69.99 |

*DISC* (handwritten across S2002-S2021)

P9301-P9306  phasing out still have stock

# MANHATTAN
## design studio

*Veronica*
*888·416-3937 X234*

# PRICE LIST

*thierry@aspexeyewear.com*

*Veronica colema*

| MDX | |
|---|---|
| S2002-S2005 | $89.00 |
| S2006-S2007 | $59.00 |
| S2008-S2010 | $89.00 |
| S2011 | $59.00 |
| S2012-S2021 | $89.00 |
| S3001-S3010 | $79.50 |
| S3101-S3104 | $72.50 |
| S3208-S3210 | $89.00 |
| S3217 | $89.00 |
| S5209-S5210 | $89.00 |
| | |
| PENTAX | |
| P9206-9209 | $69.00 |
| P9301-P9320 | $99.00 |
| P9900-P9907 | $89.99 |
| P9321 - 9331 | |
| MAGNETITE | |
| MG747 - MG752 | $69.99 |

*In Catalog*

*from P9307 In catalog*

3950  Executive  Way  •  Miramar,  FL  33025  •  Tel 800-707-8834  •  Fax  800-792-7739