SCOTT W. HANSEN (admitted pro hac vice)
LAURA A. BRENNER (admitted pro hac vice)
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097
E-mail: shansen@reinhartlaw.com
lbrenner@reinhartlaw.com

WILLIAM R. WARNE (Bar No. 141280)
MEGHAN M. BAKER (Bar No. 243765)
Downey Brand
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916-520-5510
Facsimile: 916-520-5910
E-mail: wwarne@downeybrand.com
mbaker@downeybrand.com

Attorneys for Defendant
VISION SERVICE PLAN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC. | ) CASE NO. 2:10 CV 00632 _ |
| Plaintiff, | ) |
| | ) **DECLARATION OF JOE PAEK IN** |
| | ) **SUPPORT OF VISION SERVICE** |
| v. | ) **PLAN'S OPPOSITION TO** |
| | ) **PLAINTIFF'S MOTION FOR A** |
| | ) **PRELIMINARY INJUNCTION** |
| VISION SERVICE PLAN; MARCHON | ) |
| EYEWEAR, INC.; ALTAIR EYEWEAR, INC. | ) **Date:** May 19, 2010 |
| | ) **Time:** 9:30 a.m. |
| Defendants. | ) **Courtroom:** Courtroom No. 6 |
| | ) **Judge:** Hon. John A. Mendez |
| | ) |
| | ) |

## DECLARATION OF JOE PAEK

1.     My name is Joe Paek and I am the Vice President and General Counsel of

Marchon Eyewear, Inc. I have personal knowledge of the facts stated in this declaration,

except where indicated otherwise.

2.        On December 15, 2006, Aspex filed a complaint against Marchon in the United States District for the Central District of California, Western Division, Case No. CV 06-08000 MMM (CWx).  This was a patent infringement action alleging that some of Marchon's eyeglass frames infringed U.S. Patent RE 37,545 ("the '545 patent") involving magnetic eyewear clip on technology.

3.        In 2006, Marchon introduced redesigned bottom-mount magnetic clip frames.

4.        On May 29, 2007, Aspex and Marchon submitted a Joint Report to the Court, a true and correct copy of which is attached as Exhibit A.  The Joint Report indicates that at a scheduling conference on May 7, 2007, the parties had discussed Marchon's original and new designs, and the Court ordered the parties to confer and for Aspex to determine which Marchon frames infringed the '545 patent.  Marchon subsequently produced 64 samples including both the original and new design models (which included both the primary frame and the clip-on auxiliary frame for each model). The parties conferred as ordered by the Court and submitted Exhibit A to the Court identifying the Marchon products that Aspex accused of infringing the '545 patent. Aspex did not accuse the Marchon new design frames of infringing the '545 patent.

5.        Marchon settled the Aspex patent infringement case relating to the '545 patent on February 4, 2008.  The litigation in the Central District of California was dismissed with prejudice following the settlement.  A true and correct copy of the dismissal order is attached as Exhibit B.

6.        On September 23, 2009, Aspex sued Marchon in the United States District Court for the Southern District of Florida, again claiming infringement of the

2

DECLARATION OF JOE PAEK

'545 patent. This second suit appears to be aimed at the same Marchon new design frames that were identified by Aspex in the Joint Report to the court in the prior action in the Central District of California as not infringing the '545 patent.

7.    I declare under penalty of perjury that this information is true and correct.

Dated this 28th day of April, 2010.

Joe Paek

REINHART\3518774SWH:CLC 04/25/10

3

# EXHIBIT A

1  **MICHAEL A. NICODEMA** (*admitted pro hac vice*)
   NicodemaM@gtlaw.com
2  **GREENBERG TRAURIG, LLP**
   200 Park Avenue, 34th Floor
3  New York, NY 10166
   Telephone: (212) 801-9200
4  Facsimile: (212) 688-6400

5  **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
   **JON E. HOKANSON** (SBN 118829)
6  Hokanson@lbbslaw.com
   **JOSEPHINE E. BROSAS** (SBN 239342)
7  Brosas@lbbslaw.com
   221 North Figueroa Street, Suite 1200
8  Los Angeles, California 90012
   Telephone:   (213) 250-1800
9  Facsimile:   (213) 250-7900

10 Attorneys for Plaintiffs-Counterdefendants
   ASPEX EYEWEAR, INC. and
11 CONTOUR OPTIK, INC.

12 **HENNIGAN, BENNETT & DORMAN** LLP
   **RODERICK G. DORMAN** (SBN 96908)
13 dormanr@hbdlawyers.com
   **MIEKE K. MALMBERG** (SBN 209992)
14 malmbergm@hbdlawyers.com
   865 South Figueroa Street, Suite 2900
15 Los Angeles, California  90017
   (213) 694-1200 - Telephone
16 (213) 694-1234 - Facsimile

17 **FROMMER LAWRENCE & HAUG**, LLP
   **EDGAR H. HAUG** (*admitted pro hac vice*)
18 ehaug@flhlaw.com
   **JOHN R. LANE** (*admitted pro hac vice*)
19 jlane@flhlaw.com
   745 Fifth Avenue
20 New York, New York 10151
   (212) 588-0800 - Telephone
21 (212) 588-0500 – Facsimile
   Attorneys for Defendant-Counterclaimant
22 MARCHON EYEWEAR, INC.

23
                  UNITED STATES DISTRICT COURT
24
                 CENTRAL DISTRICT OF CALIFORNIA
25
                       WESTERN DIVISION
26

| | |
|---|---|
| ASPEX EYEWEAR, INC. and CONTOUR OPTIK, INC., | Case No. CV 06-08000 MMM (CWx) |
| Plaintiffs, | **JOINT REPORT RE: MARCHON'S NEW DESIGN** |

1     vs.                              )

2                                       )

MARCHON EYEWEAR, INC.,     )

3                                       )

             Defendant.       )

4

5     AND RELATED COUNTERCLAIMS.  )

6                                       )

7

8     At the May 7, 2007 scheduling conference, the Court ordered the parties to

9 meet, confer and file a joint report by May 29, 2007 regarding whether Marchon's

10 "new design" of magnetic clip-on eyewear will be included in the case in a second

11 amended complaint. The parties hereby submit this joint report.

12     On May 25, 2007, Marchon produced to Plaintiffs a box of 64 samples, which

13 contained samples of both the "old design" and "new design" Marchon magnetic clip-

14 on eyewear. These samples were marked with production numbers MAR000001

15 through MAR000064. On May 29, 2007, the parties held a meet and confer telephone

16 conference concerning the samples, and discussed which, if any, of the samples would

17 be included by Plaintiffs in a second amended complaint.

18     Based on the parties' telephone discussion, and Plaintiffs' analysis of the

19 samples produced by Marchon, Plaintiffs will include the following samples in the

20 second amended complaint: MAR000005-MAR000008, MAR000013, MAR000017-

21 18, MAR000029, MAR000031-MAR000047, MAR000050, MAR000052, and

22 MAR000054. The remaining samples will not be included in the amended complaint.

23 The non-included samples have production numbers MAR000001-MAR000004,

24 MAR000009-MAR000012, MAR000014-MAR000016, MAR000019-MAR000028,

25 MAR000030, MAR000048-MAR000049, MAR000051, MAR000053, MAR000055-

26 MAR000064. Marchon has agreed to stipulate to entry of the second amended

27 complaint, without the need for Plaintiffs to file a motion for leave to amend.

28

1    DATED: May 29, 2007

2

3

4    By ~~Mieke Malmberg~~

5        Mieke K. Malmberg

6    Attorneys for Defendant-Counterclaimant
     MARCHON EYEWEAR, INC.

7

8    DATED: May 29, 2007

9

10

11   By ~~Josephine Brosas~~

12       Josephine Brosas

13

14   Attorney for Plaintiffs-Counterdefendants
     Aspex Eyewear, Inc. and Contour Optik, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HENNIGAN BENNETT & DORMAN LLP

FROMMER LAWRENCE & HAUG LLP

**PROOF OF SERVICE**
*Aspex Eyewear v. Marchon Eyewear, Inc., et al* - File No. 28450-8

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On **May 29, 2007,** I served the following document(s) described as **JOINT REPORT RE: MARCHON'S NEW DESIGN** on all interested parties in this action by placing [X] a true [ ] the original - thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

**PLEASE SEE ATTACHED MAILING LIST**

[X]    (BY MAIL, 1013a, 2015.5 C.C.P.)

**[X]**    I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X] [FEDERAL]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 29, 2007, at Los Angeles, California.

_____
Cora Ruvalcaba

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

4844-1528-1409.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012
TELEPHONE 213.250.1800

1

**PROOF OF SERVICE**
_Aspex Eyewear v. Marchon Eyewear, Inc., et al_ - File No. 28450-8

2

3   Roderick G. Dorman, Esq.
    dorman@hbdlawyers.com
4   Mieke K. Malmberg, Esq.
    malmbergm@hbdlawyers.com
5   HENNIGAN, BENNETT, & DORMAN, LLP
    865 South Figueroa Street, Suite 2900
6   Los Angeles, CA 90017
    (213) 694-1200 – Telephone
7   (213) 694-1234 - Facsimile

8

9   Edgar h. Haug, Esq.
    ehaug@flhlaw.com
10  John R. Lane, Esq.
    jlane@flhlaw.com
11  FROMMER LAWRENCE & HAUG, LLP
    745 Fifth Avenue
12  New York, NY 10151
    Telephone:  (212) 588-0800
13  Facsimile:   (212) 588-0500
    **Attorneys for Defendant-Counterclaimant**
14  **MARCHON EYEWEAR, INC.**

15

16  Michael A. Nicodema, Esq.
    NicodemaM@gtlaw.com
17  GREENBERG TRAURIG, LLP
    200 Park Avenue, 34th Floor
18  New York, NY 10166
    Telephone:  (212) 801-9200
19  Facsimile:  (212) 688-6400
    **Attorneys for Plaintiffs-Counterdefendants**
20  **ASPEX EYEWEAR, INC., and CONTOUR OPTIK, INC.**

21

22

23

24

25

26

27

28

4844-1528-1409.1

2

PROOF OF SERVICE

# EXHIBIT B

1  **MICHAEL A. NICODEMA (admitted pro hac vice)**
   NicodemaM@gtlaw.com
2  **GREENBERG TRAURIG, LLP**
   **200 Park Avenue, 34th Floor**
3  **New York, NY 10166**
   **Telephone: (212) 801-9200**
4  **Facsimile: (212) 688-6400**

5  **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
   **JON E. HOKANSON (SBN 118829)**
6  Hokanson@lbbslaw.com
   **JOSEPHINE E. BROSAS (SBN 239342)**
7  Brosas@lbbslaw.com
   **221 North Figueroa Street, Suite 1200**
8  **Los Angeles, California 90012**
   **Telephone: (213) 250-1800**
9  **Facsimile:  (213) 250-7900**

10 Attorneys for Plaintiffs-Counterdefendants
   ASPEX EYEWEAR, INC. and
11 CONTOUR OPTIK, INC.

12 **HENNIGAN, BENNETT & DORMAN LLP**
   **RODERICK G. DORMAN (SBN 96908)**
13 dormanr@hbdlawyers.com
   **MIEKE K. MALMBERG (SBN 209992)**
14 malmbergm@hbdlawyers.com
   **865 South Figueroa Street, Suite 2900**
15 **Los Angeles, California  90017**
   **(213) 694-1200 - Telephone**
16 **(213) 694-1234 - Facsimile**

17 **FROMMER LAWRENCE & HAUG, LLP**
   **EDGAR H. HAUG (admitted pro hac vice)**
18 ehaug@flhlaw.com
   **JOHN R. LANE (admitted pro hac vice)**
19 jlane@flhlaw.com
   **745 Fifth Avenue**
20 **New York, New York 10151**
   **(212) 588-0800 - Telephone**
21 **(212) 588-0500 – Facsimile**

22 Attorneys for Defendant-Counterclaimant
   MARCHON EYEWEAR, INC.
23

24              UNITED STATES DISTRICT COURT

25              CENTRAL DISTRICT OF CALIFORNIA

26                    WESTERN DIVISION

27 ASPEX EYEWEAR, INC. and        )  Case No. CV 06-08000 MMM (CWx)
   CONTOUR OPTIK, INC.,           )
28                                )
                                  )
              Plaintiffs,         )  [~~PROPOSED~~] ORDER DISMISSING

1

vs.

2

MARCHON EYEWEAR, INC.,

3

4

Defendant.

) CLAIMS AND COUNTERCLAIMS
) WITH PREJUDICE
)
)
) CTRM:        Hon. Margaret M. Morrow
)              780, Roybal Federal Bldg.
)

5

6

AND RELATED COUNTERCLAIMS.

)
)
)
)

7

8

9

10

    The Court, having considered the stipulation of the parties and for good cause shown, it is HEREBY ORDERED that:

11

12

13

    1.    The above captioned action, including all claims and counterclaims, is dismissed in its entirety with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party will bear its own fees and costs.

14

15

    **IT IS SO ORDERED.**

16

17

Dated: February 8, 2008

18

United States District Court Judge

19

20

21

22

23

24

25

26

27

28