SCOTT W. HANSEN (admitted pro hac vice)
LAURA A. BRENNER (admitted pro hac vice)
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097
E-mail: shansen@reinhartlaw.com
lbrenner@reinhartlaw.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MEGHAN M. BAKER (Bar No. 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
bwarne@downeybrand.com
mbaker@downeybrand.com

Attorneys for
VISION SERVICE PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISION SERVICE PLAN; MARCHON EYEWEAR, INC.; ALTAIR EYEWEAR, INC., <br><br> Defendants. | Case No. 2:10-cv-00632-JAM-GGH <br><br> **DECLARATION OF M. BAKER IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

I, MEGHAN BAKER, declare as follows:

1. I am an associate in the law firm of Downey Brand LLP, co-counsel of record for Defendant Vision Service Plan. I have personal knowledge of the facts stated in this Declaration and could and would competently testify thereto.

///

///

2. On Friday, April 30, 2010, our law firm conducted a search on PACER for all lawsuits in which Aspex Eyewear, Inc. is a party, either as a plaintiff or defendant. A true and correct copy of the results of this PACER search is attached hereto as **Exhibit A**.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on April 30, 2010, at Sacramento, California.

*/s/ Meghan M. Baker*
MEGHAN BAKER

# Exhibit A

# U.S. Party/Case Index

## Civil Name Search Results

67 Total Party matches for selection ASPEX EYEWEAR, INC for ALL COURTS
Search Complete
Fri Apr 30 12:32:50 2010
Selections 1 through 54 (Page 1)

●Download (2 pages $ 0.08)

 Next 13

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 1 | ASPEX EYEWEAR, INC | cacdce | 2:2007cv05042 | 08/02/2007 | 830 | 04/09/2008 |

Aspex Eyewear, Inc et al v. Revolution Eyewear Inc

| 2 | ASPEX EYEWEAR, INC | cacdce | 2:2007cv05042 | 08/02/2007 | 830 | 04/09/2008 |

Aspex Eyewear, Inc et al v. Revolution Eyewear Inc

| 3 | ASPEX EYEWEAR, INC. | ncwdce | 3:2002cv00385 | 09/16/2002 | 830 | 08/28/2008 |

Aspex Eyewear Inc, et al v. United Syntek Corp

| 4 | ASPEX EYEWEAR, INC. | ncwdce | 3:2002cv00385 | 09/16/2002 | 830 | 08/28/2008 |

Aspex Eyewear Inc, et al v. United Syntek Corp

| 5 | ASPEX EYEWEAR, INC. | nyndce | 3:2006cv00411 | 03/31/2006 | 830 | 04/02/2007 |

Aspex Eyewear, Inc. et al v. Royce International Eyewear, Inc.

| 6 | ASPEX EYEWEAR, INC. | nyndce | 3:2006cv00411 | 03/31/2006 | 830 | 04/02/2007 |

Aspex Eyewear, Inc. et al v. Royce International Eyewear, Inc.

| 7 | ASPEX EYEWEAR, INC. | caedce | 2:2010cv00632 | 03/17/2010 | 410 | |

Aspex Eyewear, Inc. v. Vision Service Plan et al

| 8 | ASPEX EYEWEAR, INC. | vaedce | 1:1997cv00981 | 06/24/1997 | 840 | 09/30/1997 |

The United States Sh v. Chic Optic, et al

| 9 | ASPEX EYEWEAR, INC. | flmdce | 3:1999cv00998 | 10/04/1999 | 830 | 02/01/2000 |

Aspex Eyewear, Inc. v. Avada Eyewear, Inc.

| 10 | ASPEX EYEWEAR, INC. | nysdce | 1:2002cv01227 | 02/26/2007 | 830 | 02/26/2007 |

Aspex Eyewear, Inc., et al v. Cohen's Fashion, et al

| 11 | ASPEX EYEWEAR, INC. | nysdce | 1:2002cv01227 | 02/26/2007 | 830 | 02/26/2007 |

Aspex Eyewear, Inc., et al v. Cohen's Fashion, et al

| 12 | ASPEX EYEWEAR, INC. | pawdce | 2:2006cv01276 | 09/25/2006 | 840 | 02/07/2007 |

ASPEX EYEWEAR, INC. et al v. SPECTACLES, ETC., INC.

| 13 | ASPEX EYEWEAR, INC. | nysdce | 1:2001cv01315 | 08/31/2005 | 830 | 09/19/2005 |

Aspex Eyewear, Inc., et al v. Cheuk Ho Optical

| 14 | ASPEX EYEWEAR, INC. | nysdce | 1:2001cv01315 | 08/31/2005 | 830 | 09/19/2005 |

Aspex Eyewear, Inc., et al v. Cheuk Ho Optical

| 15 | ASPEX EYEWEAR, INC. | njdce | 2:2008cv01442 | 03/20/2008 | 830 | 08/13/2008 |

ASPEX EYEWEAR, INC. et al v. AVALON EYEWEAR, INC.

16 ASPEX EYEWEAR, INC. ilndce 1:2009cv01507 03/10/2009 830 12/02/2009
Aspex Eyewear, Inc. v. Heynen

17 ASPEX EYEWEAR, INC. codce 1:2000cv01632 08/16/2000 830 10/20/2000
Aspex Eyewear, Inc., et al v. Scandinavian Frames

18 ASPEX EYEWEAR, INC. nysdce 1:1999cv02061 03/19/1999 830 07/22/1999
Aspex Eyewear, Inc. v. Best Image Optical, et al

19 ASPEX EYEWEAR, INC. nysdce 1:1999cv02092 09/30/1999 830 10/06/1999
Aspex Eyewear, Inc. v. Everjoy Asia Ltd., et al

20 ASPEX EYEWEAR, INC. nysdce 1:2002cv02108 03/15/2002 830 06/26/2002
Aspex Eyewear, Inc., et al v. United Syntek

21 ASPEX EYEWEAR, INC. gandce 1:1999cv02156 08/23/1999 830 07/23/2002
Aspex Eyewear, Inc. v. Renditions

22 ASPEX EYEWEAR, INC. nysdce 1:2007cv02373 03/22/2007 830 11/26/2008
Aspex Eyewear, Inc. et al v. Clariti Eyewear, Inc.

23 ASPEX EYEWEAR, INC. nysdce 1:2007cv02373 03/22/2007 830 11/26/2008
Aspex Eyewear, Inc. et al v. Clariti Eyewear, Inc.

24 ASPEX EYEWEAR, INC. nysdce 1:2000cv02389 12/21/2005 830 10/11/2006
Aspex Eyewear, Inc. v. Cheuk Ho Optical

25 ASPEX EYEWEAR, INC. nysdce 1:2000cv02389 12/21/2005 830 10/11/2006
Aspex Eyewear, Inc. v. Cheuk Ho Optical

26 ASPEX EYEWEAR, INC. nysdce 1:1998cv02424 10/27/1999 830 01/23/2001
Aspex Eyewear, Inc. v. Ira Lerner, Inc.

27 ASPEX EYEWEAR, INC. nysdce 1:1998cv02424 10/27/1999 830 01/23/2001
Aspex Eyewear, Inc. v. Ira Lerner, Inc.

28 ASPEX EYEWEAR, INC. nysdce 1:2001cv02506 03/23/2001 840 11/30/2001
Aspex Eyewear, Inc., et al v. Revolution Eyewear

29 ASPEX EYEWEAR, INC. nysdce 1:2001cv02506 03/23/2001 840 11/30/2001
Aspex Eyewear, Inc., et al v. Revolution Eyewear

30 ASPEX EYEWEAR, INC. nysdce 1:2001cv02507 03/23/2001 830 05/07/2002
Aspex Eyewear, Inc., et al v. Infinity Eyewear

31 ASPEX EYEWEAR, INC. nysdce 1:2001cv02507 03/23/2001 830 05/07/2002
Aspex Eyewear, Inc., et al v. Infinity Eyewear

32 ASPEX EYEWEAR, INC. nysdce 1:2001cv02508 03/23/2001 830 07/27/2001
Aspex Eyewear, Inc., et al v. Thanks Manufacturing

33 ASPEX EYEWEAR, INC. nysdce 1:2001cv02510 03/23/2001 830 05/24/2001
Aspex Eyewear, Inc., et al v. Kenmark Optical Inc.

34 ASPEX EYEWEAR, INC. nysdce 1:2001cv02671 03/28/2001 830 11/19/2001
Aspex Eyewear, Inc., et al v. Miracle Optics, Inc.

35 ASPEX EYEWEAR, INC. nysdce 1:2001cv02672 03/28/2001 830 04/30/2001
Aspex Eyewear, Inc., et al v. Smile Eyes, Inc.

36 ASPEX EYEWEAR, INC. nysdce 1:2001cv02673 03/28/2001 840 02/14/2002
Aspex Eyewear, Inc. v. E'Lite Optik, Inc.

37 ASPEX EYEWEAR, INC. nysdce 1:2009cv03021 03/27/2009 830 08/12/2009
Aspex Eyewear, Inc. et al v. Vision & Fashion

     ASPEX EYEWEAR, INC. flsdce    1:2000cv03639 09/28/2000 830 04/11/2001
Regent Opticals v. Aspex
39 ASPEX EYEWEAR, INC. nysdce    7:2001cv04050 05/14/2001 830 05/28/2002
Aspex Eyewear, Inc., et al v. Sears Roebuck Co.
40 ASPEX EYEWEAR, INC. nysdce    1:2001cv04062 05/14/2001 830 05/28/2002
Aspex Eyewear, Inc., et al v. BJ's Wholesale Club,
41 ASPEX EYEWEAR, INC. nysdce    7:2002cv04082 05/30/2002 830 12/23/2002
Aspex Eyewear, Inc., et al v. Global Optical Resou
42 ASPEX EYEWEAR, INC. nysdce    7:2002cv04082 05/30/2002 830 12/23/2002
Aspex Eyewear, Inc., et al v. Global Optical Resou
43 ASPEX EYEWEAR, INC. paedce    2:2006cv04643 10/17/2006 830 01/09/2007
ASPEX EYEWEAR, INC. et al v. KB OPTICS, INC. et al
44 ASPEX EYEWEAR, INC. nysdce    1:2007cv05627 06/13/2007 830 10/12/2007
Aspex Eyewear, Inc. et al v. Overlook Optical Inc.
45 ASPEX EYEWEAR, INC. ilndce    1:2000cv05883 09/25/2000 830 11/05/2003
Riach v. Manhattan Design, et al
46 ASPEX EYEWEAR, INC. nysdce    1:1999cv05978 07/27/1999 830 03/20/2003
Aspex Eyewear, Inc. v. Cohen's Fashion
47 ASPEX EYEWEAR, INC. nysdce    7:2002cv06195 08/05/2008 830
Aspex Eyewear, Inc., et al v. Altair Eyewear, Inc.
48 ASPEX EYEWEAR, INC. nysdce    7:2002cv06195 08/05/2008 830
Aspex Eyewear, Inc., et al v. Altair Eyewear, Inc.
49 ASPEX EYEWEAR, INC. flsdce    0:2001cv06973 06/08/2001 830 02/11/2002
Aspex Eyewear, Inc., et al v. Hakim Optical
50 ASPEX EYEWEAR, INC. flsdce    0:2000cv07067 07/28/2000 830 08/01/2005
Aspex, et al v. Concepts in Optics, et al
51 ASPEX EYEWEAR, INC. flsdce    0:2000cv07067 07/28/2000 830 08/01/2005
Aspex, et al v. Concepts in Optics, et al
52 ASPEX EYEWEAR, INC. flsdce    0:2000cv07070 07/28/2000 830 02/27/2001
Aspex Eyewear, Inc., et al v. Eyeglass World, Inc.
53 ASPEX EYEWEAR, INC. flsdce    0:1999cv07112 08/23/1999 830 07/11/2000
Aspex Eyewear, Inc. v. Woodmont Eyewear, et al
54 ASPEX EYEWEAR, INC. nysdce    1:2004cv07473 09/21/2004 830 07/09/2007
Aspex Eyewear, Inc. et al v. Safilo USA, Inc.

 Next 13

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 04/30/2010 12:32:50 |||||
| PACER Login: | db0081 | Client Code: | 40331.0 ||
| Description: | Civil srch pg 1 | Search Criteria: | ASPEX EYEWEAR, INC ||

| Billable Pages: | 1 | Cost: | 0.08 |

## U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page | E-Mail PSC | Logout

Help

# U.S. Party/Case Index

## Civil Name Search Results

**67 Total Party matches for selection ASPEX EYEWEAR, INC for ALL COURTS**
Search Complete
Fri Apr 30 12:32:50 2010
Selections 55 through 67 (Page 2)

●Download (2 pages $ 0.00)


Previous 54

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 55 | ASPEX EYEWEAR, INC. | nysdce | 1:2004cv07473 | 09/21/2004 | 830 | 07/09/2007 |
| | Aspex Eyewear, Inc. et al v. Safilo USA, Inc. | | | | | |
| 56 | ASPEX EYEWEAR, INC. | nysdce | 1:2003cv08948 | 11/12/2003 | 890 | 01/03/2008 |
| | Viva Optique, Inc. v. Contour Optik, Inc., et al | | | | | |
| 57 | ASPEX EYEWEAR, INC. | flsdce | 1:2002cv20609 | 02/26/2002 | 830 | 01/16/2009 |
| | Aspex Eyewear, Inc., et al v. Designer's Eyewear, et al | | | | | |
| 58 | ASPEX EYEWEAR, INC. | flsdce | 1:2002cv20609 | 02/26/2002 | 830 | 01/16/2009 |
| | Aspex Eyewear, Inc., et al v. Designer's Eyewear, et al | | | | | |
| 59 | ASPEX EYEWEAR, INC. | flsdce | 1:2006cv22210 | 09/01/2006 | 830 | 11/22/2006 |
| | Aspex Eyewear, Inc., et al v. Cadore Moda, Inc. | | | | | |
| 60 | ASPEX EYEWEAR, INC. | flsdce | 0:2009cv60488 | 04/02/2009 | 830 | 09/04/2009 |
| | Aspex Eyewear, Inc. et al v. Laczay | | | | | |
| 61 | ASPEX EYEWEAR, INC. | flsdce | 0:2007cv61091 | 08/03/2007 | 830 | 02/15/2008 |
| | Aspex Eyewear, Inc. v. Value Eyewear, Inc. et al | | | | | |
| 62 | ASPEX EYEWEAR, INC. | flsdce | 0:2009cv61467 | 09/17/2009 | 830 | 12/28/2009 |
| | Aspex Eyewear, Inc. et al v. Great Eyeglasses, LLC | | | | | |
| 63 | ASPEX EYEWEAR, INC. | flsdce | 0:2009cv61468 | 09/17/2009 | 830 | |
| | Aspex Eyewear, Inc. et al v. Laczay | | | | | |
| 64 | ASPEX EYEWEAR, INC. | flsdce | 0:2009cv61468 | 09/17/2009 | 830 | |
| | Aspex Eyewear, Inc. et al v. Laczay | | | | | |
| 65 | ASPEX EYEWEAR, INC. | flsdce | 0:2009cv61515 | 09/23/2009 | 830 | |
| | Aspex Eyewear, Inc. et al v. Hardy Life, LLC et al | | | | | |
| 66 | ASPEX EYEWEAR, INC. | flsdce | 0:2009cv61515 | 09/23/2009 | 830 | |
| | Aspex Eyewear, Inc. et al v. Hardy Life, LLC et al | | | | | |
| 67 | ASPEX EYEWEAR, INCORPORATED | miedce | 2:2009cv11151 | 03/27/2009 | 830 | |
| | Aspex Eyewear, Incorporated v. Schmitz et al | | | | | |


Previous 54

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 04/30/2010 12:33:08 | | | |
| PACER Login: | db0081 | Client Code: | 40331.0 |
| Description: | Civil srch pg 2 | Search Criteria: | ASPEX EYEWEAR, INC |
| Billable Pages: | 1 | Cost: | 0.08 |

### U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page | E-Mail PSC | Logout

?? Help