| | |
|---|---|
| 1 | SCOTT W. HANSEN (admitted pro hac vice) |
| | LAURA A. BRENNER (admitted pro hac vice) |
| 2 | Reinhart Boerner Van Deuren s.c. |
| | 1000 North Water Street, Suite 1700 |
| 3 | Milwaukee, WI 53202 |
| | Telephone: 414-298-1000 |
| 4 | Facsimile: 414-298-8097 |
| | E-mail: shansen@reinhartlaw.com |
| 5 | lbrenner@reinhartlaw.com |
| 6 | DOWNEY BRAND LLP |
| | WILLIAM R. WARNE (Bar No. 141280) |
| 7 | MEGHAN M. BAKER (Bar No. 243765) |
| | 621 Capitol Mall, 18th Floor |
| 8 | Sacramento, CA  95814-4731 |
| | Telephone:     (916) 444-1000 |
| 9 | Facsimile:     (916) 444-2100 |
| | bwarne@downeybrand.com |
| 10 | mbaker@downeybrand.com |
| 11 | Attorneys for |
| | VISION SERVICE PLAN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VISION SERVICE PLAN; MARCHON EYEWEAR, INC.; ALTAIR EYEWEAR, INC.,<br><br>Defendants. | Case No.  2:10-cv- 00632- JAM-GGH<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL  PORTIONS OF THE DECLARATION OF DR. JAMES LANGENFELD AND PORTIONS OF EXHIBIT A THERETO** |

Defendant Vision Service Plan ("VSP") has moved to file under seal portions of the Declaration of Dr. James Langenfeld in Support of its Opposition to the Motion for Preliminary Injunction, and portions of Exhibit A attached thereto.  Having considered the papers filed by the parties, the Court hereby GRANTS the Motion.  The <u>unredacted</u> versions of the Declaration of Dr. James Langenfeld and Exhibit A shall be filed <u>under seal</u>.  The redacted versions of the Declaration and Exhibit A shall remain on the public docket.

1

[PROPOSED] ORDER GRATING MOTION TO FILE UNDER SEAL

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO ORDERED.

DATED: May 3, 2010            /s/ John A. Mendez

                                        Hon. John A. Mendez
                                        United States District Court Judge