KATHLEEN E. FINNERTY - (SBN 157638) (Counsel for Service)
NANCY J. DOIG - (SBN 226593)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
finnertyk@gtlaw.com, doign@gtlaw.com

Attorneys for Plaintiff
ASPEX EYEWEAR, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC., ) | CASE NO.  2:10 CV 00632 JAM-GGH |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **REGARDING TIME FOR PLAINTIFF** |
| v. ) | **TO FILE REPLY PAPERS** |
| ) | |
| ) | **DATE:**   May 19, 2010 |
| VISION SERVICE PLAN; MARCHON ) | **TIME:**    9:30 a.m. |
| EYEWEAR, INC.; ALTAIR EYEWEAR, INC.,) | **CTRM:**   6 |
| ) | **JUDGE:**  Hon. John A. Mendez |
| Defendants. ) | |

The Court has scheduled a hearing on Plaintiff's motion for preliminary injunctive relief at 9:30 a.m. on May 19, 2010.  The parties previously agreed that Plaintiff's reply papers would be due on May 11, 2010.  However, due to unforeseen circumstances, lead counsel for Plaintiff is unavailable on this date.  As such, the parties stipulate and agree that the following alteration to the previously stipulated and ordered briefing schedule shall apply.

WHEREFORE, IT IS STIPULATED AS FOLLOWS:

//

//

//

//

1
STIPULATION RE: TIME FOR PLAINTIFF TO FILE REPLY PAPERS

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff will file its Reply to the Oppositions to the Motion for Preliminary Injunction and supporting documents on or before May 13, 2010, at noon.

DATED: May 11, 2010        GREENBERG TRAURIG, LLP

By: /s/ Nancy J. Doig
    Kathleen E. Finnerty (SBN 157638)
    Nancy J. Doig (SBN 226593)
    Attorneys for Plaintiff
    ASPEX EYEWEAR, INC.

DATED: May 11, 2010        DOWNEY BRAND LLP

By: /s/ William Warne (as authorized on 5/11/10)
    William Warne (SBN 141280)
    Attorneys for Defendant
    VISION SERVICES PLAN

DATED: May 11, 2010        WILKE FLEURY LLP

By: /s/ Matthew Powell (as authorized on 5/11/10)
    Matthew Powell (SBN 114563)
    Attorneys for Defendant
    ALTAIR EYEWEAR, INC.

DATED: May 11, 2010        HOWREY LLP

By: /s/ Paul Alexander (as authorized on 5/11/10)
    Paul Alexander (SBN 49997)
    Attorneys for Defendant
    MARCHON EYEWEAR, INC.

**ORDER**

.

GOOD CAUSE APPEARING,

IT IS SO ORDERED.
DATED: May 11, 2010        /s/ John A. Mendez
                           JOHN A. MENDEZ
                           United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com