1  KATHLEEN E. FINNERTY - (SBN 157638) (Counsel for Service)
   NANCY J. DOIG - (SBN 226593)
2  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
3  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
4  Facsimile:  (916) 448-1709
   finnertyk@gtlaw.com, doign@gtlaw.com
5
   Attorneys for Plaintiff
6  ASPEX EYEWEAR, INC.

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ASPEX EYEWEAR, INC.              )  CASE NO.  2:10-CV-00632-JAM-GGH
                                     )
12          Plaintiff,               )  *PRELIMINARY INJUNCTION APPEAL*
                                     )
13  v.                               )  NOTICE OF PLAINTIFF'S APPEAL
                                     )  OF THE DENIAL OF ITS MOTION
14                                   )  FOR PRELIMINARY INJUNCTION
    VISION SERVICE PLAN; MARCHON     )
15  EYEWEAR, INC.; ALTAIR EYEWEAR, INC. )  DATE:    N/A
                                     )  TIME:    N/A
16          Defendants.              )  CTRM:    6
                                     )  JUDGE:  Hon. John A. Mendez
17  _____)

18          Notice is hereby given that plaintiff Aspex Eyewear, Inc. hereby appeals to the United

19  States Court of Appeals for the Ninth Circuit from an Order Denying Aspex Eyewear Inc.'s

20  Motion For Preliminary Injunction as to defendant Vision Service Plan, dated May 19, 2010,

21  and entered in this action on the May 20, 2010.  Such appeal is taken pursuant to 28 U.S.C. §

22  1292(a)(1).

23

24  DATED:  May 28, 2010              GREENBERG TRAURIG, LLP

25
                                     By: /s/ Kathleen E. Finnerty
26                                       Kathleen E. Finnerty (SBN 157638)
                                         Nancy J. Doig (SBN 226593)
27                                       Attorneys for Plaintiff
                                         ASPEX EYEWEAR, INC.
28

                                     1