KATHLEEN E. FINNERTY - (SBN 157638) (Counsel for Service)
NANCY J. DOIG - (SBN 226593)
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
finnertyk@gtlaw.com, doign@gtlaw.com

Attorneys for Plaintiff
ASPEX EYEWEAR, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC. | CASE NO. 2:10-CV-00632-JAM-GGH |
| Plaintiff, | ***PRELIMINARY INJUNCTION APPEAL*** |
| v. | **REPRESENTATION STATEMENT PURSUANT TO FRAP 12** |
| VISION SERVICE PLAN; MARCHON EYEWEAR, INC.; ALTAIR EYEWEAR, INC. | **DATE:** N/A<br>**TIME:** N/A<br>**CTRM:** 6<br>**JUDGE:** Hon. John A. Mendez |
| Defendants. | |

## REPRESENTATION STATEMENT PURSUANT TO FRAP 12

The other party to the Order appealed from and the names and addresses of its attorneys are as follows:

Scott W. Hansen, Esq.                *Attorney for Defendant*
REINHART BOERNER VAN           *VISION SERVICE PLAN*
DEUREN
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Phone: (414) 298-1000
Fax: (414) 298-8097
E-mail: shansen@reinhartlaw.com

| | |
|---|---|
| William Warne | *Attorney for Defendant* |
| DOWNEY BRAND | *VISION SERVICE PLAN* |
| 621 Capitol Mall, 18th Floor | |
| Sacramento, CA 95814 | |
| Phone: (916) 444-1000 | |
| Fax: (916) 444-2100 | |
| E-mail: wwarne@downeybrand.com | |

There are no other parties to this action. Note that on May 28, 2010, prior to filing this Notice of Appeal, Plaintiff voluntarily dismissed its claims against Defendants Marchon Eyewear, Inc. and Altair Eyewear, Inc. without prejudice.

DATED: May 28, 2010                                        GREENBERG TAURIG, LLP

By: /s/ Kathleen E. Finnerty
Kathleen E. Finnerty (SBN 157638)
Nancy J. Doig (SBN 226593)
Attorneys for Plaintiff
ASPEX EYEWEAR, INC.