KATHLEEN E. FINNERTY - (SBN 157638) (Counsel for Service)
NANCY J. DOIG - (SBN 226593)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
finnertyk@gtlaw.com, doign@gtlaw.com

Attorneys for Plaintiff
ASPEX EYEWEAR, INC.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC., | CASE NO.  2:10 CV 00632 JAM-GGH |
| Plaintiff, | **STIPULATION AND ORDER GRANTING ASPEX EYEWEAR, INC. LEAVE TO FILE A FIRST AMENDED COMPLAINT** |
| v. | |
| VISION SERVICE PLAN; MARCHON EYEWEAR, INC.; ALTAIR EYEWEAR, INC., | **COMPLAINT FILED:** March 17, 2010 |
| Defendants. | **JUDGE:**  Hon. John A. Mendez |

Plaintiff Aspex Eyewear, Inc. ("Aspex") filed a Complaint naming as Defendants Vision Service Plan ("VSP"), Marchon Eyewear, Inc. ("Marchon"), and Altair Eyewear, Inc. on March 17, 2010.  Aspex filed a Notice of Voluntary Dismissal Without Prejudice as to Defendants Marchon and Altair Only on May 28, 2010.  VSP filed a motion to dismiss on April 30, 2010, more than twenty-one days ago.  Aspex now seeks to file an Amended Complaint in which it amends the allegations as to VSP.  Fed. R. Civ. P. 15(a)(2) permits a party to file an amended complaint after the time has elapsed to file an amendment as a matter of course, "with the opposing party's written consent or the court's leave."

1

STIPULATION AND [PROPOSED] ORDER GRANTING ASPEX EYEWEAR, INC. LEAVE TO FILE A FIRST
AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREFORE, IT IS HEREBY STIPULATED by and between Aspex and VSP

2  through their respective attorneys of record that Plaintiff Aspex may file an Amended

3  Complaint, a copy of which is attached hereto.

4  IT IS FURTHER STIPULATED that the attached Amended Complaint shall be deemed

5  filed and properly served on the date this stipulation is filed with the Court and electronically

6  served on counsel for VSP.

7  IT IS FURTHER STIPULATED that VSP shall have until August 27, 2010 to file and

8  serve a response to the Amended Complaint.

9

10  DATED:  July 2, 2010                    GREENBERG TRAURIG, LLP

11                                           By:  /s/ Nancy J. Doig_____
12                                                Kathleen E. Finnerty (SBN 157638)
                                                 Nancy J. Doig (SBN 226593)
13                                               Attorneys for Plaintiff
                                                 ASPEX EYEWEAR, INC.
14

15  DATED:  July 2, 2010                    REINHART BOERNER VAN DEUREN S.C.

16

17                                           By:  /su Scott W. Hansen (as authorized 7/2/10)
                                                 Scott W. Hansen (Admitted Pro Hac Vice)
18                                               Attorneys for Defendant
                                                 VISION SERVICES PLAN
19

20

21

22

23

24

25

26

27

28

2

PDF created with pdfFactory trial version www.pdffactory.com

1

**<u>ORDER</u>**

2

3

PURSUANT TO STIPULATION, LEAVE TO FILE PLAINTIFF ASPEX EYEWEAR,

INC.'S AMENDED COMPLAINT ATTACHED HERETO IS GRANTED.  THE AMENDED

4

COMPLAINT IS DEEMED FILED AND PROPERLY SERVED AS OF THE DATE THE

5

STIPULATION WAS FILED AND ELECTRONICALLY SERVED UPON COUNSEL FOR

6

DEFENDANT VISION SERVICE PLAN.  DEFENDANT VISION SERVICE PLAN SHALL

7

HAVE UNTIL AUGUST 27, 2010 TO FILE AND SERVE A RESPONSE TO THE

8

AMENDED COMPLAINT.

9

10

Dated: July 7, 2010

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING ASPEX EYEWEAR, INC. LEAVE TO FILE A FIRST
AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com