KATHLEEN E. FINNERTY - (SBN 157638) (Counsel for Service)
ROGER B. KAPLAN (RK 6985) (Admitted Pro Hac Vice)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
finnertyk@gtlaw.com, kaplanr@gtlaw.com

Attorneys for Plaintiff
ASPEX EYEWEAR, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASPEX EYEWEAR, INC.<br><br>                           Plaintiff,<br><br>v.<br><br>VISION SERVICE PLAN;<br><br>                           Defendant. | CASE NO.  2:10 CV 00632 JAM - GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR MOVE TO DISMISS THE AMENDED COMPLAINT** |

The parties hereby STIPULATE and AGREE that the time within which Defendant shall answer or move to dismiss the Amended Complaint shall be and hereby is extended to and including September 30, 2010.

Dated: September 13, 2010            GREENBERG TRAURIG, LLP

                                     By:/s/ Kathleen E. Finnerty
                                        Roger B. Kaplan (Admitted Pro Hac Vice)
                                        Kathleen E. Finnerty (SBN 157638)
                                        Nancy J. Doig (SBN 226593)
                                        Attorneys for Plaintiff
                                        ASPEX EYEWEAR, INC.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: September 10, 2010 | REINHART BOERNER VAN DEUREN S.C. |

By: /s/ Scott W. Hansen-as authorized on 9/10/10
Scott W. Hansen (Admitted Pro Hac Vice)
Attorneys for Defendant
VISION SERVICE PLAN

The foregoing shall be and hereby is SO ORDERED on this 13th day of September 2010:

/s/ John A. Mendez
United States District Court Judge

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER

PDF created with pdfFactory trial version www.pdffactory.com