KATHLEEN E. FINNERTY - (SBN 157638) (Counsel for Service)
NANCY J. DOIG (SBN 226593)
ROGER B. KAPLAN (RK 6985) (Admitted Pro Hac Vice)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
finnertyk@gtlaw.com, doign@gtlaw.com
Attorneys for Plaintiff
ASPEX EYEWEAR, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC., <br><br>       Plaintiff, <br><br> v. <br><br> VISION SERVICE PLAN, <br><br>       Defendant. | CASE NO.  2:10 CV 00632 JAM-GGH <br><br> **STIPULATION AND ORDER GRANTING ASPEX EYEWEAR, INC. LEAVE TO FILE A SECOND AMENDED COMPLAINT** <br><br> **COMPLAINT FILED:** March 17, 2010 <br> **JUDGE:**  Hon. John A. Mendez |

Plaintiff Aspex Eyewear, Inc. ("Aspex") filed a Complaint naming as Defendants Vision Service Plan ("VSP"), Marchon Eyewear, Inc. ("Marchon"), and Altair Eyewear, Inc. ("Altair") on March 17, 2010.  Aspex filed a Notice of Voluntary Dismissal Without Prejudice as to Defendants Marchon and Altair only on May 28, 2010.  Aspex filed its first Amended Complaint, amending the allegations against VSP on July 2, 2010.  Aspex now seeks to file a Second Amended Complaint in which it further amends the allegations against VSP.  Pursuant to Fed. R. Civ. P. 15(a)(2), a party may file an amended complaint after the time has elapsed to file an amendment as a matter of course, "with the opposing party's written consent or the court's leave."

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Aspex and VSP through their respective attorneys of record that Plaintiff Aspex may file a Second Amended Complaint, a copy of which is attached hereto.

1    IT IS FURTHER STIPULATED that the attached Second Amended Complaint shall be deemed filed and properly served on the date this Stipulation is filed with the Court and electronically served on counsel for VSP.

4    IT IS FURTHER STIPULATED AND AGREED that, by entering into this Stipulation, neither party waives any claim or defense with regard to the merits of the Second Amended Complaint, as to which all such claims and defenses are hereby reserved.

7    IT IS FURTHER STIPULATED AND AGREED that defendant's time to file an answer, move against or otherwise respond to the Second Amended Complaint shall be twenty (20) days after the Court signs this Stipulation and [Proposed] Order.

DATED:  September 23, 2010         GREENBERG TRAURIG, LLP

BY:  */S/ Roger B. Kaplan*
   Roger B. Kaplan (RK 6985) (Pro Hac Vice)
   Kathleen E. Finnerty (SBN 157638)
   Nancy J. Doig (SBN 226593)
   Attorneys for Plaintiff
   ASPEX EYEWEAR, INC.

DATED:  September 23, 2010         DOWNEY BRAND LLP

By:  */S/ William Warne*
   William Warne (SBN 141280)
   Attorneys for Defendant
   VISION SERVICES PLAN

///
///
///
///
///
///
///

2
STIPULATION AND [PROPOSED] ORDER GRANTING ASPEX EYEWEAR, INC. LEAVE TO FILE A SECOND AMENDED COMPLAINT

# ORDER

PURSUANT TO STIPULATION, LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT ATTACHED HERETO IS GRANTED.  THE SECOND AMENDED COMPLAINT IS DEEMED FILED AND PROPERLY SERVED AS OF THE DATE THE STIPULATION WAS FILED AND ELECTRONICALLY SERVED UPON COUNSEL FOR DEFENDANT VISION SERVICE PLAN.

Dated:  September 24, 2010

                                            /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            United States District Court Judge