SCOTT W. HANSEN (admitted pro hac vice)
LAURA A. BRENNER (admitted pro hac vice)
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone: 414-298-1000
Facsimile: 414-298-8097
shansen@reinhartlaw.com
lbrenner@reinhartlaw.com

DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MEGHAN M. BAKER (Bar No. 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:     (916) 444-2100
bwarne@downeybrand.com
mbaker@downeybrand.com

Attorneys for Defendant
VISION SERVICE PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>VISION SERVICE PLAN,<br><br>            Defendant. | Case No.  2:10-cv-00632-JAM-GGH<br><br>**ORDER GRANTING MOTION TO DISMISS SECOND AMENDED COMPLAINT WITH PREJUDICE** |

The Court, having fully considered the Motion to Dismiss, all supporting and opposing papers, as well as the pleadings and papers on file, and having heard argument on December 8, 2010,

**IT IS HEREBY ORDERED** that, for the reasons stated on the record during the hearing, the Motion to Dismiss is GRANTED and the Second Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  December 15, 2010          /s/ John A. Mendez
                                   HONORABLE JOHN A. MENDEZ

1131281.1                                 1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com