ROGER B. KAPLAN (RK 6985) (Admitted Pro Hac Vice)
ALEXANDER J. ANGLIM (AA 0156) (Admitted Pro Hac Vice)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

-and-

200 Park Avenue, P.O. Box 677
Florham Park, NJ 07932-0677
Telephone: (973) 360-7900
Facsimile: (973) 301-8410

Email: kaplanr@gtlaw.com; anglima@gtlaw.com

Attorneys for Plaintiff
ASPEX EYEWEAR, INC.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC.<br><br>    Plaintiff,<br><br>v.<br><br>VISION SERVICE PLAN,<br><br>    Defendant. | CASE NO. 2:10 CV 00632 JAM - GGH<br><br>**NOTICE OF APPEAL**<br><br>**DATE:** N/A<br>**TIME:** N/A<br>**CTRM:** 6<br>**JUDGE:** Hon. John A. Mendez |

Notice is hereby given that plaintiff Aspex Eyewear, Inc. hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgment of this Court, entered on December 16, 2010, dismissing the Second Amended Complaint with prejudice. Such appeal is taken pursuant to 28 U.S.C. § 1291.

DATED: December 30, 2010           GREENBERG TRAURIG, LLP

                                                    BY: /s/ *Roger B. Kaplan*
                                                   Roger B. Kaplan (RK 6985) (Pro Hac Vice)
                                                   Alexander J. Anglim (AA 0156) (Pro Hac Vice)
                                                   Attorneys for Plaintiff
                                                 ASPEX EYEWEAR, INC.