ROGER B. KAPLAN (RK 6985) (Admitted Pro Hac Vice)
ALEXANDER J. ANGLIM (AA 0156) (Admitted Pro Hac Vice)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

-and-

200 Park Avenue, P.O. Box 677
Florham Park, NJ 07932-0677
Telephone: (973) 360-7900
Facsimile: (973) 301-8410

Email: kaplanr@gtlaw.com; anglima@gtlaw.com

Attorneys for Plaintiff
ASPEX EYEWEAR, INC.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPEX EYEWEAR, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VISION SERVICE PLAN,<br><br>　　　　　　Defendant. | CASE NO. 2:10 CV 00632 JAM - GGH<br><br>**REPRESENTATION STATEMENT<br>PURSUANT TO FRAP 12**<br><br>**DATE:** N/A<br>**TIME:** N/A<br>**CTRM:** 6<br>**JUDGE:** Hon. John A. Mendez |

　　　The other party to the judgment appealed from and the names and addresses of its attorneys are as follows:

　　　Scott W. Hansen, Esq.　　　　　　　*Attorney for Defendant*
　　　REINHART BOERNER VAN　　　　*VISION SERVICE PLAN*
　　　DEUREN
　　　1000 North Water Street, Suite 1700
　　　Milwaukee, WI 53202
　　　Phone: (414) 298-1000
　　　Fax: (414) 298-8097
　　　E-mail: shansen@reinhartlaw.com

1
REPRESENTATION STATEMENT PURSUANT TO FRAP 12

```
 1
 2    William Warne                          Attorney for Defendant
      DOWNEY BRAND                           VISION SERVICE PLAN
 3    621 Capitol Mall, 18th Floor
      Sacramento, CA 95814
 4    Phone:  (916) 444-1000
      Fax:  (916) 444-2100
 5    E-mail:  wwarne@downeybrand.com
 6
        There are no other parties to this action.
 7
 8
      DATED:  December 30, 2010              GREENBERG TRAURIG, LLP
 9
                                             BY:  /s/ Roger B. Kaplan
10                                               Roger B. Kaplan (RK 6985) (Pro Hac Vice)
                                                 Alexander J. Anglim (AA 0156) (Pro Hac Vice)
11                                               Attorneys for Plaintiff
                                                 ASPEX EYEWEAR, INC.
12
13
...
28
```

2
REPRESENTATION STATEMENT PURSUANT TO FRAP 12