UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**ASPEX EYEWEAR, INC.,**
      Plaintiff

    v.                                    **CASE NO. 2:10−CV−00632−JAM−GGH**

**VISION SERVICE PLAN, ET AL.,**
      Defendant

You are hereby notified that a Notice of Appeal was filed on **December 30, 2010** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

January 3, 2011

                    **VICTORIA C. MINOR**
                    **CLERK OF COURT**

              **by:** /s/ D. Duong

                    Deputy Clerk