UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:    CLERK, U.S. COURT OF APPEALS

FROM:  CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:10–CV–00632–JAM–GGH** |
| USDC Judge: | **JUDGE JOHN A. MENDEZ** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **ASPEX EYEWEAR, INC. vs. VISION SERVICE PLAN** |
| Type: | **CIVIL** |
| Complaint Filed: | **3/17/2010** |
| Appealed Order/Judgment Filed: | **12/16/2010** |
| Court Reporter Information: | **K. O'Halloran** |

FEE INFORMATION

**Fee Status: Paid on 12/30/2010 in the amount of $455.00**

Information prepared by: /s/ **D. Duong , Deputy Clerk**